# EXHIBIT B

**From:** John Deaton
**To:** William Sarris
**Subject:** Re: meeting for planning
**Date:** Thursday, March 27, 2025 9:38:21 AM

Hi Bill,

I can do 8PM EST tonight. Please CC all-deaton!deatonlawfirm.com on the invite.

Thank you,
John

**From:** William Sarris <ws@williamsarris.com>
**Date:** Thursday, March 27, 2025 at 9:03 AM
**To:** John Deaton <jdeaton@deatonlawfirm.com>
**Subject:** meeting for planning

Privileged and confidential

Hi John … I spoke with Victor Jiang (Australia), Karim Nurani (East Coast) and Joe (West Coast) last night our time about a plan to protect the assets of our customers. Joe is no longer on the Board, so we are cautious about not divulging confidential Board matters. Victor, Karim and I would like to have a privileged discussion with you later today if you are available.

After you have spoken with Dave Anderson from Sidley and, so as to not interfere with your Zoom session, could I arrange a Zoom for the four of us? Perhaps 8:00 or 8:30 your time so all of us can attend? Probably the most important person is Victor, as he is a major investor (Sapien Ventures) and an independent director. He thus is knowledgeable of further board discussion in committee.

If that time does not work for you, please suggest another. Victor has said he will be available other than 7:00 – 8:00 your time (10:00 AM his time).

Best
Bill