# EXHIBIT C

**From:** John Deaton
**To:** ws@williamsarris.com
**Subject:** Accepted: PRIVILEGED: Assets protection planning