# EXHIBIT D

| | |
|---|---|
| **From:** | John Deaton |
| **To:** | ws@williamsarris.com |
| **Subject:** | Draft Complaint |
| **Date:** | Friday, March 28, 2025 7:46:16 PM |
| **Attachments:** | Linqto Draft Complaint[42].docx |

Bill, here is a draft as requested.