Friday, July 25, 2025 at 13:40:41 Eastern Daylight Time

**Subject:** thank you
**Date:** Thursday, June 2, 2022 at 1:36:07 PM Eastern Daylight Time
**From:** Bill Sarris
**To:** John Deaton
**Attachments:** image001.png

John ... just wanted to say thanks for all that you are doing for our XRP community. I read Linqto's email today with your 10 points and it reminds me of a famous quote from CS Lewis:

"Of all tyrannies, a tyranny sincerely exercised for the good of its victims may be the most oppressive. It would be better to live under robber barons than under omnipotent moral busybodies. The robber baron's cruelty may sometimes sleep, his cupidity may at some point be satiated; but those who torment us for our own good will torment us without end for they do so with the approval of their own conscience. They may be more likely to go to Heaven yet at the same time likelier to make a Hell of earth. This very kindness stings with intolerable insult. To be "cured" against one's will and cured of states which we may not regard as disease is to be put on a level of those who have not yet reached the age of reason or those who never will; to be classed with infants, imbeciles, and domestic animals."

Cheers my friend!



Bill Sarris, Co-Founder & CEO
(831) 521-3605
LINQTO    www.linqto.com

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All emails sent to or from Linqto Inc. corporate email systems may be retained, monitored and/or reviewed by each of these named entities and their respective personnel.