Sunday, July 27, 2025 at 12:11:43 Eastern Daylight Time

**Subject:** Connecting in email
**Date:** Tuesday, March 18, 2025 at 7:29:24 PM Eastern Daylight Time
**From:** Anderson, David
**To:** John Deaton, lpjhome@gmail.com, ws@williamsarris.com, Callcott, W. Hardy, Carlson, Rob R., Hiwa, Jennifer
**Attachments:** 12.1.23 D&O Policy .PDF, Linqto Indemnification Agreement_October 2020_William Sarris.pdf

Dear Linda and John: It was a pleasure to speak with you both today. I thought I would follow up on our calls here in email. I have copied my client, Bill Sarris, on this email. I have also copied my partners Hardy Callcott and Rob Carlson, and my assistant, Jen Hiwa. In response to your questions, Linda, attached are the indemnification agreement that I have for Bill and the 2023 D&O policy that I have been provided. Although this policy is no longer in force, I understand from Bill that it was replaced with a successor policy. Bill informs me that Board members are compensated with cash and equity at the rate of $3500 per month for Board service; $500 per month for Committee service; and 12,000 share options per month at FMV, no cliff, and exercise rights during the term of service. Dave

**DAVE ANDERSON**

**SIDLEY AUSTIN LLP**
555 California Street
Suite 2000
San Francisco, CA 94104
+1 415 772 1204
dlanderson@sidley.com
www.sidley.com
**SIDLEY**



****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************