Friday, July 25, 2025 at 13:41:55 Eastern Daylight Time

**Subject:** Linqto Board director position
**Date:** Sunday, March 23, 2025 at 11:38:26 AM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton

Hi John …. Many thanks for your willingness to serve on the Linqto Board and help with our achieving the vision we began five years ago of democratizing the private equity space for smaller investors.

We have a Board meeting scheduled for tomorrow evening. I would like to speak with you prior to that meeting and update you on everything so you have full knowledge before your election to the Board. Your support with both our customer interactions and our regulatory path are truly appreciated. Do you have time today or tomorrow for a call? Let me know what works best for you.

Best
Bill