Friday, July 25, 2025 at 13:42:30 Eastern Daylight Time

**Subject:** today's call
**Date:** Tuesday, March 25, 2025 at 7:10:51 PM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton

Hi John ... thanks again for the talk today. If you could send me any info before tomorrow's meeting, it would be greatly appreciated.

Cheers
Bill