Friday, July 25, 2025 at 13:44:42 Eastern Daylight Time

**Subject:** Re: New CEO Letter
**Date:** Tuesday, March 25, 2025 at 7:39:16 PM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton

Got it ... thanks John.

---

**From:** John Deaton <jdeaton@deatonlawfirm.com>
**Date:** Tuesday, March 25, 2025 at 4:21 PM
**To:** William Sarris <ws@williamsarris.com>
**Subject:** Fwd: New CEO Letter

My email to Nick

Sent from my iPhone

Begin forwarded message:

> **From:** John Deaton <jdeaton@deatonlawfirm.com>
> **Date:** March 15, 2025 at 3:54:21 PM EDT
> **To:** Nick Burrafato <nick@linqto.com>
> **Subject: New CEO Letter**
>
> Dear Nick,
>
> As you know, I'm a Linqto client as well as a Linqto shareholder, with a portfolio valued at $495,000 on the platform. As you're also aware, I represented 75K XRP holders in the SEC lawsuit against Ripple. Dozens of those clients are also Linqto investors. I am getting many calls and emails from those investors, panicking over the CEO's recent letter. Also, the Linqto app is asking me and others to suddenly acknowledge that we could lose all our investments funds. This new notice request, coupled with the recent CEO letter, is extremely alarming and it has people understandably unnerved. Several Linqto investors have already asked me to file a class action against Linqto and its executives, both past and present. As you can imagine, that is not something I wish to entertain. Please accept that me informing you of this is not a threat in anyway. I share it only to provide context regarding the level of panic and anger building. I'm requesting a call with management to try and avoid this situation from getting worse. My cell phone is 857-472-2498. I truly hope you and management do not choose to ignore the level of panic and anger building within the community. Thanks
>
> JD