**Subject:** our letter to the Board
**Date:** Wednesday, March 26, 2025 at 3:53:55 PM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton
**Attachments:** Letter to Board in Support of Victor Jiang Motion.pdf

**Privileged and confidential**

Hi John ... attached is the letter from Victor, Karim and myself to the directors supporting Victo's motion for removal of the Nikkl execs. Thanks again for the support.