**Subject:** Re: our letter to the Board
**Date:** Wednesday, March 26, 2025 at 8:03:25 PM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton

Hi John ... we just had our Board meeting. We had sent that document for the directors to review prior to calling the vote on the motion we had created on Monday to remove the Nikkl management from Linqto. The Board voted to adjourn the meeting until Monday so they would have more time to review our claims.

Can you contact Dave Anderson at Sidley tomorrow and see what we may be able to do to protect our assets as we navigate this Board stonewall? If you would like an engagement letter and retainer, LMK.

Thanks
Bill

---

**From:** William Sarris <ws@williamsarris.com>
**Date:** Wednesday, March 26, 2025 at 12:53 PM
**To:** John Deaton <jdeaton@deatonlawfirm.com>
**Subject:** our letter to the Board

Privileged and confidential

Hi John ... attached is the letter from Victor, Karim and myself to the directors supporting Victo's motion for removal of the Nikkl execs. Thanks again for the support.