**Subject:** board seat
**Date:** Wednesday, April 2, 2025 at 2:35:27 PM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton

Privileged and confidential

Hi John

When I spoke again with Adam Henderson yesterday, he indicated that you and Linda Jones are both being considered as directors. I emphasized the urgency of the matter, in an attempt to get them to act at tomorrow's Board meeting. There is no legal reason why the Board can't take this action. I assume, however, that Dan will manufacture some delay or substitution as he will be intimidated by the loss of control that two new Board members who are not nominated by him would present.

Time being of the essence, could you reach out to Adam directly and inquire about the status of your nomination? Perhaps a further understanding of the immediate customer relationship danger Linqto faces by inaction will stimulate his action. He has indicated in all my discussions that he agrees with having you and Linda as directors and the positive addition that would be for our Board. But he may not feel the urgency in making this happen.

Adam is a good person. He has been a friend for many years. He and Norman both know you, know of Linqto's involvement in getting signatures for your amicus brief, and both contributed to your campaign. They are both quality people. And they both believe in the Linqto vision of democratizing private equity for our investors.

Adam Henderson
adam@fewinery.com
925-788-6210
He will answer on WhatsApp at the same phone number if you get VM by cell. He often does not answer cell if it is not a number he recognizes

Thank you.
Bill