**Subject:** Re: Draft Complaint
**Date:** Friday, March 28, 2025 at 9:17:22 PM Eastern Daylight Time
**From:** William Sarris
**To:** John Deaton

I think he would do whatever Adam does.

Working it!

Sent from my iPhone

> On Mar 28, 2025, at 6:14PM, John Deaton <jdeaton@deatonlawfirm.com> wrote:
>
> What about Norman? No chance?
>
> Sent from my iPhone
>
>> On Mar 28, 2025, at 8:36PM, William Sarris <ws@williamsarris.com> wrote:
>>
>> Thanks John. I am still concerned about the games that Dan will play if I can't get Adam's vote. Now that they changed the bylaws to add a nominating su-committee stuffed with only "Dan" directors they could approve you and put their own pick on instead of Linda, leaving us with a 5-4 vote against.
>>
>> Oh well, one step at a time. Will let you know how I make out with Adam.
>>
>> Sent from my iPhone
>>
>>> On Mar 28, 2025, at 5:30PM, John Deaton <jdeaton@deatonlawfirm.com> wrote:
>>>
>>> Good luck tomorrow.

Sent from my iPhone

On Mar 28, 2025, at 8:21PM, William Sarris <ws@williamsarris.com> wrote:

Never mind my last question John ... according to the attached it shows Victor Jiang as being the duly elected director.

Great job on the complaint.

**From:** John Deaton <jdeaton@deatonlawfirm.com>
**Date:** Friday, March 28, 2025 at 4:46 PM
**To:** "ws@williamsarris.com" <ws@williamsarris.com>
**Subject:** Draft Complaint

Bill, here is a draft as requested.
<Linqto - Stockholder Consent (Preferred Director Election).PDF>