**Subject:** Board Observer status as an expedited step to joining the Linqto board (if desired).
**Date:** Thursday, April 10, 2025 at 2:39:27 PM Eastern Daylight Time
**From:** Dan Siciliano
**To:** John Deaton
**CC:** Jennifer Poole, All-Deaton
**Attachments:** Board Observer Agreement - Linqto - John Deaton.docx

John,

Sorry this took a couple weeks, but the board needed to sort out a process for evaluating board candidates (it didn't have one previously) and only just this week settled on the formalities.

The approach taken in your case is, effectively, an expediting strategy that gives you (and Linqto) some options while you evaluate if coming on to the board makes sense to you.

By having you come aboard as a board observer (see attached agreement), you avoid any formal obligations (fiduciarily speaking) except for matters related to confidentiality. But access to that confidential information (and a much more detailed conversation with Mike Huskins and perhaps me or another board member and/or outside counsel) will give you the information you need to make an informed decision about formally joining the board. It also allows the Nominating and Governance subcommittee to have a much more free flowing set of interactions with you (zoom meetings to answer your questions and a chance to ask your thoughts about board service, etc).

For my part, I am hopeful that you will be willing and able to join the board (and if not, that you'll stay on a board observer). But you obv iously aren't obligated to do either. I also think the nom/gov sub-committee (the three independent directors) will be very much favorably inclined to ask you to join the board formally, if you are willing.

We have one other board observer that we only just brought on. He is a retired PWC audit partner with some very relevant background. He is also a (small) shareholder in Linqto and understands the company and platform well.

Please let me know if you'd like to hop on a call or zoom to discuss the board observer role (and next steps to turn that into a full board role, if you choose). If/when you are ready I can have someone send you the board observer agreement as a docusign.

Thanks and talk to you soon.

Best,
Dan

650.776.6211

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email