**Subject:** Withdrawal of Application for Board of Directors
**Date:** Tuesday, May 20, 2025 at 11:01:44 AM Eastern Daylight Time
**From:** Linda P. Jones
**To:** ALISON KUTLER
**CC:** Adam Henderson, Dan@linqto.com, Karim Nurani, normanreed@gmail.com, William Sarris, victor.jiang@sapiengroup.co

Dear Alison,

I hope this message finds you well. Thank you for the opportunity to apply for a role on the Linqto Board.

Following my conversation and invitation from Adam and Dan, I took some time to better understand the direction and leadership of the company and conducted further due diligence. After careful consideration, I have decided to withdraw my application. In the course of my review, I encountered information that raises concerns about potential conflicts of interest, lack of oversight and transparency in financial reporting. Specifically, there appear to be delays in the release of financial updates, which I believe are important for the confidence of shareholders.

Additionally, I understand that the role I applied for is really an observer position without voting rights. This was not made clear to me at the outset, and had I known this earlier, I would have reconsidered applying. I do not believe I can effectively contribute in a purely observational capacity, particularly when representing the interests of hundreds of small investors who rely on my insights and seek active advocacy.

Given these circumstances, I feel it is not in alignment with my principles or objectives to move forward in this process. I wish Linqto and its leadership the best as the company navigates its path forward.

Thank you again for your time and consideration.

Respectfully,

Linda

Linda P. Jones