UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI RAFFA MAXWELL AND ANTHONY DELUCCIA<br>*Individually and on Behalf of All Others Similarly Situated*,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS,<br>　　　　　　　　　Defendant. | Case No.: 1:25-cv-5643-LAK<br><br>**DECLARATION OF VICTOR JIANG** |

I, Victor Jiang, declare as follows pursuant to 28 U.S.C. § 1746 under penalty of perjury:

1.　　I am a former member of the Board of Directors of Linqto. I am not a party to this lawsuit, but I understand John Deaton's declaration in opposition to Bill Sarris' motion to disqualify him as counsel references communications in which I participated. I submit this declaration to share my recollection of those communications.

2.　　I participated in at least one call with Mr. Deaton and Mr. Sarris in March 2025. I remember specifically speaking with Mr. Deaton and Mr. Sarris by Zoom on or around March 27, 2025, along with our fellow Board member Karim Nurani. At that time, Mr. Sarris, Mr. Nurani, and I shared the view that Linqto was being mismanaged by current management, and we were seeking ways to change the direction of the Company.

3.　　I knew that Mr. Deaton was a lawyer, and the purpose of the Zoom call with Mr. Deaton on or around March 27 was to consider potential legal options to enable such change. During the call, we discussed with Mr. Deaton some of the issues facing the Company and our disagreements with current management. Mr. Deaton recommended that we file a derivative action in Delaware Chancery Court, and he offered to prepare the complaint. He said he could

draft it quickly. We asked for a cost estimate for Mr. Deaton's services and he said he would do it free because he viewed this as protecting Linqto's customers.

4.   I never heard Mr. Deaton threaten or suggest legal action against Mr. Sarris during this period. I never heard Mr. Deaton tell Mr. Sarris that he might use the information we were sharing against Mr. Sarris in the future, such as in a potential lawsuit. I understood that our conversation was confidential and protected, and I would not have participated in this conversation otherwise.

5.   I understood Mr. Deaton was acting as Mr. Sarris's attorney by preparing the derivative complaint at Mr. Sarris's request. I never heard Mr. Deaton tell Mr. Sarris that Mr. Deaton was not acting as his attorney.

6.   I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2025 in Sydney, Australia.

_____
Victor Jiang