**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORI RAFFA MAXWELL AND ANTHONY DELUCCIA<br>*Individually and on Behalf of All Others Similarly Situated*,<br><br>    Plaintiffs,<br><br>        v.<br><br>WILLIAM SARRIS,<br><br>        Defendant. | Case No.: 1:25-cv-5643-LAK |

**[PROPOSED] ORDER**
**EXTENDING TIME TO ANSWER**

WHEREAS, on July 9, 2025, Plaintiffs Lori Raffa Maxwell and Anthony Deluccia ("Plaintiffs") filed a complaint ("Complaint") with this Court in the above-captioned action against Defendant William Sarris ("Defendant");

WHEREAS, the Defendant agreed to waive or accept service of the summons and Complaint, without waiver of, or prejudice to, any of his rights or defenses (other than improper service);

WHEREAS, the current deadline for the Defendant to answer, move, or otherwise respond to the Complaint in this action is September 15, 2025;

WHEREAS, the Complaint asserts federal securities claims arising under the Securities Act of 1933 and the Securities Exchange Act of 1934 on behalf of a putative class;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a lead plaintiff and lead counsel will be appointed to pursue the alleged class claims asserted in this action;

WHEREAS, pursuant to the PSLRA, putative class members are entitled to file motions seeking appointment as lead plaintiff within sixty (60) days of plaintiffs publishing notice of the pendency of the action (*see* 15 U.S.C. § 77z-1(a)(3)(A)); and

WHEREAS, following the statutory lead plaintiff process, the appointed lead plaintiff(s) ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") may file a consolidated or amended complaint or designate the initial Complaint as the operative complaint;

IT IS HEREBY ORDERED that:

1.      Defendant's time to answer, move, or otherwise respond to the Complaint is extended until after a Lead Plaintiff has been appointed and an operative complaint has been filed or so designated;

2.      Within fourteen days following entry of an order pursuant to the PSLRA selecting a Lead Plaintiff and appointing Lead Counsel, counsel for Defendant and Lead Counsel shall confer and submit a proposed schedule for (a) the filing of an amended complaint or the designation of the initial Complaint as the operative complaint and Defendant's response thereto and (b) in the event Defendant files motions to dismiss the operative complaint, a date by which Lead Plaintiff shall file opposition papers and Defendant shall file reply papers to such motions; and

3.      Except as specifically set forth therein, all rights, claims and defenses of the parties are fully preserved.

Dated: August 18, 2025                    Respectfully submitted,

                                          */s/ James Heyworth*

                                          SIDLEY AUSTIN LLP

                                          James Heyworth
                                          Ana Pajar Blinder
                                          787 Seventh Avenue
                                          New York, New York 10019
                                          (212) 839-5300
                                          jheyworth@sidley.com
                                          ablinder@sidley.com

                                          Kevin Rubino (admitted *pro hac vice*)
                                          555 California Street
                                          San Francisco, California 94104
                                          (415) 772-1200
                                          krubino@sidley.com

                                          *Attorneys for Defendant*

**IT IS SO ORDERED.**

                                          _____

                                          Hon. Lewis A. Kaplan
                                          United States District Judge