**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-05643-LAK |
| Plaintiffs, | CLASS ACTION |
| v. | DEMAND FOR JURY TRIAL |
| WILLIAM SARRIS, | |
| Defendant. | |

**NOTICE OF MOTION AND MOTION BY LINQTO INVESTORS FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

**TO:    THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that A.O.H. Driedijk Holding B.V. ("A.O.H.") and Jaimin Bhatt ("Bhatt" and, collectively with A.O.H., "Linqto Investors" or "Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Scott+Scott Attorneys at Law LLP and Catherine Pratsinakis of Dilworth Paxson LLP as Co-Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits A-E attached thereto, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  September 8, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 _s_/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV (NY 4471975)
Matthew A. Peller (NY 4513412)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
mpeller@scott-scott.com

**DILWORTH PAXSON LLP**
Catherine Pratsinakis (*pro hac vice forthcoming*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: 215-575-7013
cpratsinakis@dilworthlaw.com

*Counsel for Lead Plaintiff Movant Linqto Investors
and Proposed Co-Lead Counsel for the Class*

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 8, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 <u>*s/* Thomas L. Laughlin, IV</u>
Thomas L. Laughlin, IV
