## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-05643-LAK |
| Plaintiffs, | CLASS ACTION |
| v. | DEMAND FOR JURY TRIAL |
| WILLIAM SARRIS, | |
| Defendant. | |

## DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MOTION BY LINQTO INVESTORS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and Lead Plaintiff Movant A.O.H. Driedijk Holding B.V. and Jaimin Bhatt (together, "Linqto Investors"), and, with Catherine Pratsinakis of Dilworth Paxson LLP ("Dilworth Paxson"), proposed Co-Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Linqto Investors' motion for appointment as Lead Plaintiff and approval of Linqto Investors' selection of Scott+Scott and Catherine Pratsinakis of Dilworth Paxson as Co-Lead Counsel for the Class.

3. Attached hereto as exhibits are true and correct copies of the following:

Exhibit A: Linqto Investors' Certifications, pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B: Chart of Linqto Investors' financial interest in the above-captioned action;

Exhibit C: Linqto Investors' Joint Declaration;

Exhibit D: Scott+Scott's firm résumé; and

Exhibit E: Dilworth Paxson Plaintiffs' Rights Practice Group résumé.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on the 8th day of September, 2025.

*s*/ Thomas L. Laughlin, IV  
Thomas L. Laughlin, IV

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 *s/* Thomas L. Laughlin, IV
Thomas L. Laughlin, IV
