# EXHIBIT A

**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Ademar Odin Haron Driedijk, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.       I have reviewed the Class Action Complaint (the "Complaint") against William Sarris, the former Chief Executive Officer of Linqto, Inc. ("Linqto"), filed as ECF No. 1 in *Maxwell v. Sarris*, No. 25-cv-5643 (S.D.N.Y.), and authorize the filing of this Certification and a comparable complaint and/or motion for appointment as Lead Plaintiff.

2.       I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

3.       During the Class Period (as defined in the Complaint), I purchased the securities that are the subject of the Complaint as set forth on the attached Schedule A, through my holding company, A.O.H. Driedijk Holding B.V., of which I am the Director and Sole Owner..

4.       I did not engage in the foregoing transactions at the direction of counsel, or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5.       During the three-year period preceding the date on which this Certification is signed, I have neither served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act.

6.       I will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

#125191428v1

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of September, 2025.

_____
Mr. Ademar Driedijk
Director and Sole Owner of
A.O.H. Driedijk Holding B.V.

#125191428v1

## Schedule A – Transactions in Linqto Securities

Pursuant to the Federal Securities Laws Certification, the following is a complete list of all transactions in Linqto-related securities made by A.O.H. Driedijk Holding B.V. during the relevant period.

**Investments A.O.H. Driedijk Holding B.V. (Linqto)**

| Date of Transaction | Security (Series) | Number of Units | Order ID | Purchase Price |
|---|---|---|---|---|
| | | | | USD |
| Dec 22, 2022 | Ripple - Series 5 | 4.445 | 32680 | $200,025.00 |
| Dec 28, 2022 | Ripple - Series 5 | 4.445 | 32866 | |
| | Total | 8.890 | | |
| | | | | |
| Dec 28, 2022 | Polysign - Series 13 | 20.577 | 32867 | $100,004.22 |
| Dec 28, 2022 | Polysign - Series 13 | 20.577 | 32823 | |
| | Total | 41.154 | | |
| | | | | |
| **Total Investment** | | | | **$300,029.22** |

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jaimin Bhatt, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Class Action Complaint (the "Complaint") against William Sarris, the former Chief Executive Officer of Linqto, Inc. ("Linqto"), filed as ECF No. 1 in *Maxwell v. Sarris*, No. 25-cv-5643 (S.D.N.Y.), and authorize the filing of this Certification and a comparable complaint and/or motion for appointment as Lead Plaintiff.

2. I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

3. During the Class Period (as defined in the Complaint), I purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

4. I did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5. During the three-year period preceding the date on which this Certification is signed, I have neither served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23th day of August, 2025.

_____
Jaimin Bhatt

#125174339v1

# Schedule A – Transactions in Linqto Securities

Pursuant to the Federal Securities Laws Certification, the following is a complete list of all transactions in Linqto-related securities made by Jaimin Bhatt during the relevant period.

**Investments Jaimin Bhatt (Linqto)**

| Date of Transaction | Security (Series) | Number of Units | Order ID | Purchase Price |
|---|---|---|---|---|
| | | | | USD |
| 12/8/2024 | H2O.ai – Series 3 | 468 | 76532 | $5,002.92 |
| 12/4/2024 | Databricks– Series 1 | 34 | 76187 | $5,093.88 |
| 12/4/2024 | Cerebras- Series 28 | 87 | 76186 | $5,047.74 |
| 12/4/2024 | Anthropic- Series 16 | 62 | 76185 | $5,034.40 |
| 7/26/2024 | Space Exploration | 30 | 66231 | $5,040.00 |
| | | | | |
| 8/10/2023 | Ripple | 44 | 41099 | $2,257.60 |
| 7/24/2024 | Ripple- Series 29 | 376 | 65485 | $15,012.20 |
| | | | | |
| **Total Investment** | | **1,101** | | **$42,488.74** |

#125193771v1