# EXHIBIT B

Principal Loss Analysis
Class Period: 01/01/2018 to 09/07/2025

Linqto Investors
Jaimin Bhatt

| Purchases | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Ripple | 8/10/2023 | 44 | $51.31 | -$2,257.60 |
| Ripple - Series 29 | 7/24/2024 | 376 | $39.93 | -$15,012.20 |
| Space Exploration | 7/26/2024 | 30 | $168.00 | -$5,040.00 |
| Cerebras - Series 28 | 12/4/2024 | 87 | $58.02 | -$5,047.74 |
| Anthropic - Series 16 | 12/4/2024 | 62 | $81.20 | -$5,034.40 |
| Databricks - Series 1 | 12/4/2024 | 34 | $149.82 | -$5,093.88 |
| H2O.ai - Series 3 | 12/8/2024 | 468 | $10.69 | -$5,002.92 |
| Class Period Purchases: | | 1,101 | | -$42,488.74 |
| | Retained Purchases: | 1,101 | $0.00 | $0.00 |

Principal Loss: *-$42,488.74*

A.O.H. Driedijk Holding B.V.

| Purchases | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Ripple - Series 5 | 12/22/2022 | 4.45 | $22,500.00 | -$100,012.50 |
| Ripple - Series 5 | 12/28/2022 | 4.45 | $22,500.00 | -$100,012.50 |
| Polysign - Series 13 | 12/28/2022 | 20.58 | $2,430.00 | -$50,002.11 |
| Polysign - Series 13 | 12/28/2022 | 20.58 | $2,430.00 | -$50,002.11 |
| Class Period Purchases: | | 50.04 | | -$300,029.22 |
| | Retained Purchases: | 50.04 | $0.00 | $0.00 |

Principal Loss: *-$300,029.22*

A.O.H. Driedijk Holding B.V.: *-$300,029.22*
Jaimin Bhatt: *-$42,488.74*

Total Principal Loss: *-$342,517.96*

Note:  The current values of these pre-IPO companies may far exceed that of the principal investments and accounts for additional losses in amounts to be proven at trial.