# EXHIBIT E



# Dilworth Paxson LLP
# Plaintiffs' Rights Practice Group
# 2025

Contact:                    Catherine Pratsinakis
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Direct: 215-575-7013
cpratsinakis@dilworthlaw.com

## ABOUT DILWORTH

Formed over 90 years ago, Dilworth is a multi-disciplinary law firm with over 120 attorneys headquartered in Philadelphia with satellite offices in Harrisburg, Pennsylvania; Cherry Hill, Freehold and Princeton, New Jersey; New York, New York; and Wilmington, Delaware. The Firm has a broad, diverse regional and national law practice representing a wide variety of clients including government entities, quasi-governmental entities, public pensions, institutional clients, Fortune 500 companies, start-ups, closely-held businesses, and individuals.

Dilworth prides itself on its rich history filled with landmark work that has sparked growth and progress in American society and business. For example, the plaintiff's briefing in the landmark *Brown v. Board of Education,* was largely Dilworth work product. Dilworth partner Harold Kohn was the pioneer of the modern-day class action, prosecuting the earliest anti-competition class actions. Presently Dilworth's Plaintiffs' Rights Practice Group (PRPG) has a team of experienced litigators with deep experience in complex commercial, class and representative litigation from building successful litigation strategies to obtaining class certification, securing discovery, negotiating settlements, conducting trials, and handling appeals. The PRPG has experience in: (1) unfair and deceptive business practices and antitrust violations; (2) breaches of fiduciary duty; (3) consumer fraud; (4) data breach; (5) environmental law; (6) ERISA; Qui Tam/whistleblower actions; (7) securities fraud; (8) shareholder disputes; and (9) technology and privacy suits.

## THE PLAINTIFFS' RIGHTS PRACTICE GROUP



**Catherine Pratsinakis**
Partner, Co-chair of Plaintiffs' Rights Group
Dilworth Paxson
1650 Market Street | Suite 1200
Philadelphia, PA 19103-7391
Tel: 215-575-7013
cpratsinakis@dilworthlaw.com

Catherine Pratsinakis is Co-chair of the Plaintiffs' Rights Practice Group. She has been litigating securities, corporate, antitrust, and consumer class and representative actions for over 24 years in varied industries. Her matters are nationwide in scope and significance. She has successfully litigated dozens of complex securities and investors actions and has recovered hundreds of millions of dollars for institutional and individual investors. Catherine has been a member of the Pennsylvania and New Jersey bars since 2001 and a member of the Delaware bar since 2004.

In addition to litigating class action lawsuits, Ms. Pratsinakis worked as a Director at Epiq Systems, Inc., where she handled the class settlement and claims administration needs of her firm clients, overseeing and helping develop settlement notice programs, drafting and reviewing class notices, developing and effectuating claims processes, troubleshooting special issues and issues related to large administrations, working with the SEC on improvements to the Fair Fund distribution process, responding to requests for proposals, handling contracts and pricing of administrations and notice programs, working with notice experts.

Ms. Pratsinakis received a B.S. from the University of Maryland, College Park, a J.D. from Rutgers University School of Law with high honors, and an MBA from Rutgers University School of Business with high honors.

Ms. Pratsinakis' experience includes:

- *Verthelyi v. PNMAC Capital Management, LLC and PennyMac Mortgage Investment Trust*, Case No. 2:2024-cv-05028 (C.D. Cal.): Representing investors in a nationwide class action involving violations of the LIBOR Act.

- *CAPP, Inc. et al. v. Discover Financial Services et al.,* Case No. 1:23-cv-4676 (N.D. Ill.): Co-lead of nationwide settlement class of merchants alleging claims of RICO and statutory fraud violations against Discover; preliminarily approved settlement of $1.3 billion plus interest through the date of final funding.

- *DeLuca, et al. v. GPB Auto. Portfolio, LP*, et al., No. 19-cv-10498-LAK (SDNY): Represented investors in a putative class action against GPB auditors; preliminarily approved settlement in $46 million.

- *FritzCo LLC et al v. Verizon Communications Inc. et al*, No. 1:21-cv-10432 (S.D.N.Y.): Representing plaintiffs in class case involving allegations of negligence in the maintenance and operation of security systems and a data breach of confidential information.

- *In re Facebook Inc Deriv. Litig.*, No. 2018-0307 (Del. Ch.): initiated and prosecuted derivative suit against officers and directors of Meta for their roles in the alleged misappropriation and illegal sharing of personal Facebook user data with third party developers in violation of FTC Consent Orders from 2012 and 2019; serve as Co-chair of the Executive Committee in the consolidated matter.

- *Dr. Travis Martin v. Harbor Diversified, Inc.*, No. 2018-0762-SG (Del. Ch.): successfully forced a dark company to resume annual stockholder meetings, removed two insiders from the Board, and used the tools at hand to provide basic financial disclosures to shareholders and launch a direct registration campaign forcing resumption of SEC reporting; this led to a liquid, efficient market with a market capitalization of nearly $50 million.

- *W2007 Grace Acquisition I, Inc., Preferred Stockholder Litig.,* No. 2:13-cv-2777 (W.D. Tenn.): representing preferred stockholders in a breach of fiduciary duty action against a real estate investment trust that was taken private and went "dark" on its stockholders for over five years; settlement valued at over $76 million for W2007 Grace preferred stockholders; a near 100% take rate for this settlement following aggressive class member outreach campaign.

- *Roth v. The Phoenix Companies*, No. 650634/2016 (N.Y. Sup. Ct.): represented bondholders against Phoenix Companies, a publicly-traded insurer that had entered into a going-private transaction and sought to amend the bond indenture to limit financial reporting obligations to bondholders. The settlement secured ongoing financial reporting akin to that of a public company for bondholders as well as third parties, such as prospective buyers, brokers, market makers and analysts. This preserved the liquidity of the bonds and enhanced the bonds' value by millions of dollars. The Court stated that the settlement was "outstanding" and provided "expeditious beneficial relief for the class that affords them material remedial disclosures…. Class counsel performed substantial work and obtained an extremely favorable result for the class."

- *TRSL v. Greenberg*, et al., No. 20106 (Del. Ch.): on the trial and litigation team that represent institutional stockholder in a derivative suit against the officers and directors of AIG for certain self-dealing transactions involving related party entities CV Starr, successfully challenged findings of a special litigation committee and securing a $115 million settlement on the eve of trial.

- *In re American International Group, Inc. Consolidated Derivative Litig.*, No. 769 (Del. Ch.): litigation team that represented an institutional investor in a derivative suit challenging officer and board conduct in connection with various accounting schemes, and recovering $90 million for AIG.

- *Delaware County Retirement Fund v. Portnoy*, No. 1:13-cv-10405 (D. Mass.): represented shareholders in an action to invalidate arbitration bylaw.

- *In re Parmalat Sec. Litig.*, MDL 04-1653 (S.D.N.Y.): prosecuted a cross-border securities fraud; succeeded in withdrawing the reference from U.S. Bankruptcy Court, which allowed stockholders to pursue debtor Parmalat in federal district court; and recovered over $100 million in connection with the most infamous securities frauds in Italy's history.

- *In re Hollinger Int'l Sec. Litig*., No. 04-CV-0834 (N.D. Ill.): assisted in the recovery of $37.5 million settlement for defrauded investors.

- *In re Cigna-American Specialty Health Administrative Fee Litig.*, No. 2:16-cv-03967-NIQA (E.D. Pa.): represented insureds alleging that Cigna violated ERISA by overcharging for services by the amount of administrative fees and hiding the fees from insureds. The matter settled for near full recovery of administrative fee overcharges.

- *In re 24 Hour Fitness Prepaid Memberships. Litig.*, No. 4:16-cv-01668-JS (N.D. Cal.): full-relief settlement providing over $8 million in refunds and an estimated minimum of $16 million in future rate reductions, for class of consumers who purchased prepaid gym memberships.

- *High Street Rehab., LLC, et al. v. American Specialty Health Inc., et al.*, No. 2:12-cv-07243-NIQA (E.D. Pa.): represented medical professionals in class action alleging that Cigna and American Specialty Health impose utilization management review requirements on out-of-network chiropractic providers in a deliberate effort to avoid paying benefits provided by employer-sponsored health benefits plans that Cigna insured and/or for which Cigna administered benefits claims in violation of ERISA and the terms of Cigna insurance plans; matter settled for $11.75 million.

- *Sturgeon, et al. v. PharMerica Corp.,* 15-cv-6829 (E.D. Pa.): Co-lead counsel in a nationwide *qui tam* action against PharMerica Corp. for alleged violations of the federal False Claims Act and corollary state statutes; settled in 2024.



**Jerry R. DeSiderato**
Partner, Executive Committee Member, and Co-chair Plaintiffs' Rights Practice Group
1650 Market Street | Suite 1200
Philadelphia, PA 19103-7391
Tel: 215-575-7290
jdesiderato@dilworthlaw.com

Jerry DeSiderato represents clients in the prosecution and defense of claims in state and federal courts throughout the country. He is the Co-chair of the Plaintiffs' Rights Practice Group, which focuses on complex, high-profile litigation on behalf of corporate and governmental entities, and individuals, in the prosecution of claims seeking damages and injunctive relief derived from corporate malfeasance.

Mr. DeSiderato represents cities and counties in their proprietary capacities, as well as District Attorneys (often in collaboration with Attorneys General) in civil public law enforcement actions. Mr. DeSiderato also routinely litigates cases involving shareholder disputes, corporate fraud, and other business torts, including deceptive practices under Pennsylvania's Unfair Trade Practices Consumer Protection Law and New Jersey's Consumer Fraud Act.

Mr. DeSiderato received his J.D. from University of Pittsburgh School of law and his B.S., with honors, from the Syracuse University, Maxwell School of Citizenship & Public Affairs.

Mr. DeSiderato's experience includes:

- Following a 5-day jury trial, successfully obtained a directed verdict on behalf of plaintiffs in a case alleging fraud, breach of contract, negligent misrepresentation, and violations of the Unfair Trade Practices Consumer Protection Law.

- Served as co-lead class counsel in a consumer class action against the Progressive Insurance entities derived from the unlawful issuance of health-first personal injury protection (PIP) policies to individuals covered by Medicare and Medicaid. The lawsuit resulted in a settlement of roughly $2.5 million, together with injunctive relief requiring changes to the business practices of defendants.

- Counsel for multiple class representatives in consumer antitrust litigation against 1-800 Contacts and other market participants, which litigation resulted in a $40 million class settlement and changes to the business practices of defendants

- Representation of the City of Philadelphia, Philadelphia District Attorney, and Allegheny County District Attorney in litigation against the manufacturers, distributors and dispensers of opioids.

- Successful representation of the City of Philadelphia in litigation defending the acceptance and use of private, non-partisan grant money awarded by The Center for Tech and Civic Life for the administration of the 2020 Presidential election. This representation culminated in the United States Supreme Court denying plaintiffs' Petition for Writ of Certiorari, which sought the review of a judgment entered in favor of the City by the Middle District of Pennsylvania and upheld by the Third Circuit. Press: Pennsylvania Record, PENN LIVE

- Representation of the City of Philadelphia in litigation commenced against JUUL seeking injunctive relief and abatement remedies to combat the e-cigarette epidemic among youth in Philadelphia. Media Alert: City Files Suit Against JUUL Labs, Inc.

- Lead counsel for multiple counties, local governments and District Attorneys in litigation against the manufacturers of Aqueous Film Forming Foam containing PFAS chemicals.



**Ira Neil Richards**
**Partner**
Dilworth Paxson
1650 Market Street | Suite 1200
Philadelphia, PA 19103-7391
Tel: 215-575-7000
irichards@dilworthlaw.com

Ira Richards practices nationally representing governments, funds, and private clients in high stakes litigation. He has decades of experience litigating complex, multiparty actions for businesses and government agencies on both sides of the "v". His class action experience spans a variety of substantive areas, including antitrust, securities, and consumer matters. He represents

clients in matters involving obligations under leases for gas in the Marcellus Shale region, corporate governance disputes, and partnership and shareholder disputes. In addition, Mr. Richards represents government agencies in matters under state and federal law. As an appellate advocate, Mr. Richards has argued cutting-edge issues in federal and state appellate courts. Mr. Richards has represented the City and its elected officials and worked with the Law Department in a broad range of matters, including as counsel to the City in securities litigation. Mr. Richards is also actively involved in the community, having served on a variety of boards of organizations devoted to the needs of underserved communities. He presently serves as Chair of the Board of Pathways to Housing PA, which uses a "housing first" model to combat homelessness.

Mr. Richards received his J.D. from University of Pennsylvania School, *magna cum laude* and his B.S. in industrial and labor relations from Cornell University.
Mr. Richards representative experience includes:

- *Koch v. Healthcare Services Group, Inc.*, No. 2:19-cv-01227 (E.D. Pa.): served as liaison counsel for the lead plaintiff in this class action that resulted in $16.8 million of recovery for a class of investors.

- *In re IndyMac Mortgage Backed Sec. Litig.,* Civ. No. 09-4583 (LAK) (S.D.N.Y.): served as counsel to a government pension fund in this investor class action that resulted in $364 million in recoveries.

- *In re KLA Tencor Sec. Litig.,* Civ. No. 06-04065-CRB (N.D. Cal.): served as co-lead counsel in this investor class action that resulted in a $65 million settlement for a class of investors.

- *Lucas v. Hill*, Civ. No. 20-12664-SAH (D.N.J.): served as co-lead counsel for plaintiffs in litigating claims relating to corporate governance and mergers and acquisitions involving TD Bank's acquisition of Commerce Bank.

- *In re Pillar Point Partners Patent and Antitrust Litig.*, MDL No. 1202 (D. Ariz.): served as co-lead counsel for plaintiffs in multidistrict litigation involving antitrust claims against manufacturers of excimer lasers used in vision correction procedures. The litigation resulted in a $50 million recovery for a class of direct purchasers.

- *In re Pressure Sensitive Labelstock Antitrust Litig.*, MDL No. 1556 (M.D. Pa.): served as co-lead counsel in multidistrict litigation involving allegations of market allocation, output restriction, and price fixing; resulted in class settlements totaling over $46 million.

- *In re Airline Ticket Commission Antitrust Litig.*, MDL No. 1058 (D. Minn.): served as co-lead counsel and a member of the trial team in an antitrust action brought against major domestic airlines; resulted in an $86 million settlement for a class of travel agency owners.

- *In Meijer, Inc. v. 3M,* Civ. No. 04-5871 (E.D. Pa.): served as counsel in a class action brought on behalf of direct purchasers of private label tape, alleging monopolization of the tape market; resulted in a $28.8 million settlement for the class.

- *Boyle v. Progressive Specialty Ins. Co.,* Civ. No. 09-5515 (E.D. Pa.): served as lead counsel for plaintiffs in a class action brought on behalf of Pennsylvania insurance customers who did not receive a state-mandated 10% discount for passive anti-theft devices; resulted in a $2 million settlement for the class.



**Lisa J. Rodriguez**
Of Counsel
Dilworth Paxson
1650 Market Street | Suite 1200
Philadelphia, PA 19103-7391
Tel: 215-575-7000
ljrodriguez@dilworthlaw.com

Lisa Rodriguez is a member of the Plaintiffs' Rights and Antitrust practice groups. She has decades of experience litigating complex, multiparty class actions for business and government agencies on both the plaintiffs' and defendants' sides. Her class action experience spans a variety of substantive areas, including antitrust, securities, and consumer matters. She represents clients in matters involving intellectual property issues, corporate governance issues, and franchise. As an appellate advocate, Ms. Rodriguez frequently briefs and argues appeals in both state and federal appellate courts.

Ms. Rodriguez is actively involved in the Federal Bar of the United States District Court for the District of New Jersey. She is a Past President of the Association of the Federal Bar of the District of New Jersey, 2011-2012. She is currently a member the Lawyers Advisory Committee for the District of New Jersey, a committee that serves the District Court and among other things, serves as a liaison and a method of communication between the bench, bar, and the public.

Ms. Rodriguez was instrumental in developing the Brown Bag Lunch Series sponsored by the Association of the Federal Bar of New Jersey, in cooperation with the Judges of the District Court for the District of New Jersey. This is a lunch time continuing education program during which a panel of District Court Judges and federal court practitioners address issues of federal practice and procedure.

Ms. Rodriguez is a frequent panel speaker. She has appeared for the Practicing Law Institute on Securities Regulation and the Philadelphia Bar Education Center on consumer and class action issues. She has spoken at a HarrisMartin Antitrust Pay-for-Delay Litigation Conference and the American Bar Association National Institute on Class Actions. She has also appeared for the New Jersey Institute for Continuing Education on a variety of topics, including best appellate practices and class actions practices and procedures.

She received her B.A. from George Washington University and her J.D., with honors, from George Washington University Law School.

Ms. Rodriguez's representative experience includes:
- Served as co-lead counsel in class actions challenging the practices of some companies in the rent-to-own industry in New Jersey, obtaining summary judgment on liability and damages on behalf of three certified classes.

- Represented indirect purchasers of ductile pipe in antitrust litigation pending in the United States District Court for the District of New Jersey.

- Served as liaison counsel in a number of federal court actions in actions relating to the pricing of various name-brand and generic drugs.

- Court-appointed by United States District Court Judge to serve as a member of the steering committee in an MDL antitrust litigation in the United States District Court for the District of New Jersey,

- Appointed by the court to serve as class counsel on behalf of the inmates of the Camden County Correctional Facility in an unconstitutional overcrowding action. As a result of the parties' combined efforts in that case, the inmate processing through the entire Camden County criminal justice system was revamped, resulting in the substantial reduction of the inmate population. In connection with that case, Camden County became the first county in New Jersey to offer a pretrial services program to county and state inmates.



## Mariah Heinzerling

Associate

Dilworth Paxson

1650 Market Street, Suite 1200

Mariah Heinzerling is an associate in Dilworth's Plaintiffs' Rights Practice Group, where she focuses on securities fraud, consumer protection, shareholder derivative suits and environmental law. She works closely with senior attorneys to investigate claims, review evidence, conduct legal research and draft filings for complex class actions in federal and state courts.

Mariah's work includes analyzing public records, case law and client-provided materials to help build strong complaints and respond to defense motions. She is skilled at identifying potential claims, assessing their viability and framing them effectively without overstating the facts. Her casework has involved consumer claims, data breaches, products liability and corporate misconduct, and she enjoys applying her skills to new and challenging subject areas.

She received her B.A. in Physics and Astronomy from the University of Rochester and her J.D. from the Georgetown University Law Center.

## Representative Experience

- *Verthelyi v. PNMAC Capital Management, LLC and PennyMac Mortgage Investment Trust*, Case No. 2:2024-cv-05028 (C.D. Cal.): Representing investors in a nationwide class action involving violations of the LIBOR Act.

- *FritzCo LLC et al v. Verizon Communications Inc. et al*, No. 1:21-cv-10432 (S.D.N.Y.): Representing plaintiffs in case involving allegations of negligence in the maintenance and operation of security systems stemming from a data breach of confidential information.

- *In Re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, Case No. 2:21-mc-01230 (W.D. Pa.): Represented plaintiffs in multi-district litigation alleging claims for economic losses, medical monitoring and personal injury in connection with Philips' recall of millions of CPAPs, BiPAPs and ventilators that contained polyester-based polyurethane foam that degrades into particles and emits volatile toxic compounds.

- *Artistic Industries, LLC et al., v. Walmart, Inc., et. al.*, Case No. 1:24-cv-01044 (D. Del.): Represented Amazon sellers against Walmart and fraudulent sellers participating in an alleged triangulation fraud scheme. Drafted complaint.

- *Mator v. Wesco Distribution, Inc.*, Case No. 2:21-cv-00403-MJH (W.D. Pa.): Represented plaintiffs in ERISA class action lawsuit alleging breach of fiduciary duties by imprudently allowing the Wesco Distribution, Inc. Retirement Savings Plan to pay unreasonable recordkeeping and administrative expenses and retain higher-cost share classes of funds when lower-cost funds were available.

- *Orrstown Financial Services, Inc., et al., Securities Litig.*, Case No. 12-cv-00793 (M.D. Pa.): Drafted fee petition in federal securities class action lawsuit by large transportation authority institutional investor client, named sole lead plaintiff, challenging false and misleading statements made by Orrstown to investors about its internal controls and financial condition.

- *Fadlalla et al v. Dyncorp International LLC et. Al*, Case No: 8:15-cv-01806-PX (D. Md.): Whistleblower (*qui tam*) case involving violations of the False Claims Act in connection with military contracts providing linguist support in the Middle East. During the early-2000s.



**Stanford B. Ponson**
Associate
1650 Market Street | Suite 1200
Philadelphia, PA 19103-7391
215-575-7038
sponson@dilworthlaw.com

Stanford B. Ponson is an associate in Dilworth's general litigation practice. He holds a strong interest in plaintiffs' rights and commercial litigation. Prior to joining Dilworth, Stanford worked for a national firm representing states and municipalities affected by the opioid epidemic. He also has experience in multidistrict litigations where he has represented hundreds of individual plaintiffs in defective medical device and pharmaceutical cases. In the process, he has gained experience in all aspects of litigation, while standing up for clients across the country in state and federal proceedings.

Mr. Ponson is also interested in promoting corporate social responsibility and how corporations can and should establish objectives to invest in and improve the communities in which they operate.

Mr. Ponson received his bachelor's in marketing from Louisiana State University and his Juris Doctor from Thomas R. Kline School of Law at Drexel University in Philadelphia, Pennsylvania. In law school, He earned recognition as a leader in the law school community, especially in the area of pro bono work, where he counseled Philadelphia-based entrepreneurs in navigating the complexities and uncertainties of starting a business. He is also a former entrepreneur and remains active in the Philadelphia startup and small business community.