UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORI RAFFA MAXWELL and ANTHONY   :   ECF Case
DELUCCIA, Individually and on Behalf of All
Others Similarly Situated,                       :

            Plaintiffs,          :   Case No. 1:25-cv-5643-LAK

     v.                          :   **NOTICE OF APPEARANCE**

WILLIAM SARRIS,               :

            Defendant.     :
-------------------------------------------------------------X

     PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 1.4 of this Court, the

undersigned attorneys are all admitted to practice in this Court and hereby appear as counsel on

behalf of defendant William Sarris in the above-captioned action.  Counsel respectfully request

that all pleadings, notices, orders, correspondence and other papers in connection with this action

be served upon them at the following address:

                  TREANOR DEVLIN BROWN PLLC
                  c/o Clark Smith Villazor
                  666 Third Avenue, 21st Floor
                  New York, New York 10017

                  Timothy J. Treanor
                  (917) 445-3440
                  ttreanor@tbdlaw.com

                  Arlo Devlin-Brown
                  (646) 594-4564
                  arlo@tdblaw.com

Dated:  September 29, 2025
       New York, New York

                                  Respectfully submitted,

                                  TREANOR DEVLIN BROWN PLLC

By:    /s/ Timothy J. Treanor
        Timothy J. Treanor
        c/o Clark Smith Villazor
        666 Third Avenue, 21st Floor
        New York, New York 10017
        (917) 445-3440
        ttreanor@tbdlaw.com

        Arlo Devlin-Brown
        (646) 594-4564
        arlo@tdblaw.com

        *Attorneys for Defendant*

2