UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

-against-

WILLIAM SARRIS,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/25

25-CV-5643 (LAK) (BCM)

**ORDER SCHEDULING ORAL ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

On July 9, 2025, plaintiffs Lori Raffa Maxwell and Anthony DeLuca, represented by attorney John Deaton, filed a Class Action Complaint (Dkt. 1), asserting federal and state securities fraud claims against defendant William Sarris. On July 17, 2025, defendant Sarris moved to disqualify attorney Deaton from representing plaintiffs. (Dkt. 6.) On August 21, 2025, the Hon. Lewis A. Kaplan, United States District Judge, referred the disqualification motion to me for determination. (Dkt. 20.) On September 17, 2025, Judge Kaplan appointed A.O.H. Driedijk Holding B.V. and Jaimin Bhatt as lead plaintiffs, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), and approved their selection of Scott+Scott Attorneys at Law LLP and Catherine Pratsinakis of Dilworth Paxson LLP to serve as co-lead counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(y). (Dkt. 26.)

Because Mr. Deaton remains on the docket as one of several attorneys representing plaintiffs Maxwell and DeLuca, it appears to this Court that the disqualification motion is not moot. Consequently, the Court will hear oral argument on that motion on **October 30, 2025, at 2:00 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. This is an in-person proceeding.

2

If any party contends that the disqualification motion has become moot as a result of the selection of different attorneys as co-lead counsel (or any other developments in this action), that party must set forth its position in a letter-brief, not to exceed three pages, no later than **October 22, 2025**. Any party wishing to respond must do so, in a letter-brief not to exceed three pages, no later than **October 28, 2025**.

Dated: New York, New York
       October 16, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2