UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LORI RAFFA MAXWELL and ANTHONY        :   ECF Case
DELUCCIA, Individually and on Behalf of All
Others Similarly Situated,            :

        Plaintiffs,          :   Case No. 1:25-cv-5643-LAK

   v.                                 :   **NOTICE OF APPEARANCE**

WILLIAM SARRIS,                       :

        Defendant.           :
-----------------------------------------------------------X

    PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 1.4 of this Court, the undersigned attorney is admitted to practice in this Court and hereby appears as counsel on behalf of defendant William Sarris in the above-captioned action.  Counsel respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

        TREANOR DEVLIN BROWN PLLC
        c/o Clark Smith Villazor
        666 Third Avenue, 21st Floor
        New York, New York 10017

        John J. Lavelle
        (917) 822-9201
        Jlavelle@tdblaw.com

Dated:  October 22, 2025
       New York, New York

                                        Respectfully submitted,

                                        TREANOR DEVLIN BROWN PLLC

By:    /s/ *John J. Lavelle*
           John J. Lavelle
           c/o Clark Smith Villazor
           666 Third Avenue, 21st Floor
           New York, New York 10017
           (917) 822-9201
           Jlavelle@tdblaw.com

           *Attorneys for Defendant*