SCOTT+SCOTT

THOMAS + LAUGHLIN IV

**+VIA ECF+**

October 22, 2025

The Hon. Barbara C. Moses
United States District Court
for the Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:    *Maxwell, et al. v. Sarris*
                 No. 25-cv-5643-LAK-BCM (the "Action")

Dear Judge Moses:

      Per the Court's instruction at ECF No. 35, we write on behalf of the Court-appointed lead plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt ("Lead Plaintiffs") to provide our position on Defendant William Sarris' Motion to Disqualify Opposing Counsel, dated July 17, 2025 (ECF No. 6) (the "Disqualification Motion").

      The Disqualification Motion seeks to disqualify John Deaton, Esq. as counsel for the original plaintiffs in the Action, Lori Raffa Maxwell and Anthony DeLuccia, and to replace him with the appointment of new counsel.

      On September 17, 2025, new counsel was appointed when the Court deputized Lead Plaintiffs and their choice of counsel, Scott+Scott Attorneys at Law LLP and Catherine Pratsinakis of Dilworth Paxson LLP ("Co-Lead Counsel"), to lead the prosecution of this Action. (ECF No. 26; the "Lead Plaintiff Order".) The Lead Plaintiff Order gives Lead Plaintiffs and Lead Counsel the authority to coordinate and supervise all matters concerning the prosecution or resolution of the claims asserted in the Action. (ECF No. 26 ¶¶1, 3.) "The Second Circuit has held that the PSLRA's lead plaintiff provisions are a mandate by Congress to vest the lead plaintiff with authority 'to exercise control over the litigation as a whole.'" *In re Facebook, Inc., IPO Sec. & Derivative Litig.*, 2013 WL 4399215, at *3 (S.D.N.Y. Aug. 13, 2013) (quoting *Hevesi v. Citigroup, Inc.*, 366 F.3d 70, 83 n.13 (2d Cir. 2004)); *see also In re Bank of Am. Corp. Sec., Derivative & Emp. Ret. Income Sec. Act (ERISA) Litig.*, 2010 WL 1438980, at *2 (S.D.N.Y. Apr. 9, 2010) ("in a securities class action, a lead plaintiff is empowered to control the management of the litigation as a whole. . . .").

      Since the original plaintiffs have been replaced by Lead Plaintiffs, and since Mr. Deaton has been replaced by Co-Lead Counsel through the PSLRA leadership process, Defendant's

Hon. Barbara C. Moses
October 22, 2025
Page 2

Disqualification Motion is effectively moot. Lead Plaintiffs take no position on the merits of the Disqualification Motion or Mr. Deaton's opposition thereto. We communicated our position to Mr. Deaton and Defendant, and will cooperate with any order deemed appropriate by this Court in compliance with the NYSBA NY Rules of Professional Conduct.

We are available at the Court's convenience to address any further questions or concerns.

Respectfully submitted,

*s*/ Thomas L. Laughlin, IV
SCOTT+SCOTT ATTORNEYS AT LAW LLP
Thomas L. Laughlin, IV
Amanda Lawrence
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
alawrence@scott-scott.com

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)-575-7000
cpratsinakis@dilworthlaw.com
mheinzerling@dilworthlaw.com

*Co-Counsel for Lead Plaintiffs*