```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/31/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.O.H. DRIEDIJK HOLDING B.V. *and* JAIMIN BHATT, *Individually and on Behalf of All Others Similarly Situated*,

          Plaintiffs,

-against-

WILLIAM SARRIS,

          Defendant.

25-CV-05643 (LAK) (BCM)

**ORDER**

On July 9, 2025, plaintiffs Lori Raffa Maxell and Anthony DeLuccia (the Original Plaintiffs), represented by John E. Deaton, Esq. of Deaton Law Firm LLC, filed this securities fraud action, on behalf of themselves and all others similarly situated, against William Sarris, the founder of Linqto, Inc. (Linqto). On July 17, 2025, Sarris moved to disqualify attorney Deaton from representing "plaintiffs and/or the putative class" in this action. (Dkt. 6.) After the disqualification motion was fully briefed, the Hon. Lewis A. Kaplan, United States District Judge, referred it to me for determination. (Dkt. 20.)

On September 17, 2025, Judge Kaplan appointed A.O.H. Driedijk Holding B.V. and Jaimin Bhatt, jointly, as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(i), and approved their selection of Scott+Scott Attorneys at Law LLP and Catherine Pratsinakis, Esq., of Dilworth Paxson LLP, to serve as Co-Lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). (Dkt. 26.) Thereafter, attorney Pratsinakis, together with another attorney from her firm, appeared as counsel of record for the Original Plaintiffs, individually and on behalf of all others similarly situated. (Dkts. 33, 37.) However, attorney Deaton remained on the docket as additional counsel of record for the Original Plaintiffs. Moreover, according to Deaton, he represents nearly 2500 additional Linqto investors who "have signed up and requested to be represented by me in the class action lawsuit against Sarris." Deaton Decl. (Dkt. 12) ¶ 65.

On October 30, 2025, after oral argument on the disqualification motion, attorney Deaton moved in open court to withdraw as counsel for the Original Plaintiffs in this action. Co-Lead Counsel Pratsinakis then agreed to serve as counsel, in place of Deaton, not only for the Original Plaintiffs but also for the almost 2500 unnamed members of the putative class previously represented by attorney Deaton. I granted the withdrawal motion from the bench, thereby mooting the disqualification motion.

For these reasons, the Clerk of Court is respectfully directed to: (1) terminate attorney John E. Deaton as counsel of record for plaintiffs Maxwell and Deluccia in this action; and (2) close the motion at Dkt. 6 as moot in light of Deaton's withdrawal.

Dated: New York, New York
       October 31, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**