## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WILLIAM SARRIS,<br><br>    Defendant. | Civil Action No. 1:25-cv-05643-LAK<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Lana V. Levin hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt in the above-captioned action.

I am in good standing of the bar of the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 3, 2025        Respectfully submitted,

                /s/ *Lana V. Levin*
                Lana V. Levin
                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                The Helmsley Building
                230 Park Ave., 24th Fl.
                New York, NY 10169
                Telephone: (212) 223-6444
                Facsimile:  (212) 223-6334
                llevin@scott-scott.com

2

*Counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt*