UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS,<br><br>Defendant. | Civil Action No. 1:25-cv-05643-LAK<br><br>**CLASS ACTION** |

**AFFIDAVIT OF LANA V. LEVIN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Lana V. Levin, make this affidavit in support of the motion for my admission *Pro Hac Vice* as counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt in the above-captioned matter, pursuant to Local Rule 1.3.

1. I am an attorney with the law firm Scott+Scott Attorneys at Law LLP.

2. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the State of New York.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me in any state or federal court.

I certify and attest that the foregoing statements made by me are true and correct.

Dated: November 3, 2025

*Lana Levin*
Lana V. Levin
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building

230 Park Ave., 24th Fl.
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
llevin@scott-scott.com

*Counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt*

SUBSCRIBED AND SWORN TO
Before me this 3rd day
of November 3, 2025

*[signature]*

**NOTARY PUBLIC**

MANDEEP S MINHAS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MI6428477
Qualified in New York County
Commission Expires January 24, 2026

2