**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS,<br><br>Defendant. | Civil Action No. 1:25-cv-05643-LAK<br><br><u>CLASS ACTION</u> |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/04/25

**MEMO ENDORSED**

<u>ORDER FOR ADMISSION *PRO HAC VICE*</u>

The motion of Lana V. Levin ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

Lana V. Levin
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Fl.
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
llevin@scott-scott.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated:   November 4, 2025

_____
United States Magistrate Judge