# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-05643-LAK<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Counsel of Record:

　　PLEASE TAKE NOTICE that Amanda F. Lawrence of Scott+Scott Attorneys at Law LLP, admitted to practice in this Court, hereby enters an appearance in the above-captioned action as counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

　　I hereby certify that I am a member in good standing of the bar of this Court.

Dated: November 4, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

　　　　　　　　　　　　　　　　　*s/* Amanda F. Lawrence
　　　　　　　　　　　　　　　　　Amanda F. Lawrence
　　　　　　　　　　　　　　　　　156 S. Main Street
　　　　　　　　　　　　　　　　　P.O. Box 192
　　　　　　　　　　　　　　　　　Colchester, CT 06415
　　　　　　　　　　　　　　　　　Telephone: (860) 537-5537
　　　　　　　　　　　　　　　　　Facsimile: (860) 537-4432
　　　　　　　　　　　　　　　　　alawrence@scott-scott.com

*Counsel for Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt*