SCOTT
+
SCOTT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-25

November 19, 2025

**VIA ECF**
The Hon. Lewis A. Kaplan
United States District Court
for the Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

    Re:  *Maxwell, et al. v. Sarris*, No. 25-cv-5643 (LAK) (S.D.N.Y.) (the "Action")

Dear Judge Kaplan:

    We write on behalf of Lead Plaintiffs in the above-noted matter in response to the notification on the docket stating that the Amended Complaint, filed on November 17, 2025, was untimely. *See* ECF No. 46.

    The Stipulation and Scheduling Order, dated October 16, 2025 (ECF No. 34) instructed Lead Plaintiffs to file an Amended Complaint on November 15, 2025. However, because November 15 was a Saturday, Lead Plaintiffs filed their Amended Complaint on November 17, 2025—the first business day following the November 15 deadline—pursuant to Federal Rule of Civil Procedure 6.[1] Lead Plaintiffs did not intend to shorten Defendant Sarris's time to answer, but understand now that this was the effect of their interpretation of Rule 6. Lead Plaintiffs apologize for any inconvenience caused by the application of Rule 6.

    The parties have conferred, and respectfully request that the Court accept the Amended Complaint filed on November 17, 2025, as timely and extended the deadline for Defendant Sarris to answer or move to dismiss the Amended Complaint to December 17, 2025; a modest extension to his original answer deadline of December 15, 2025.

---

[1] Fed. R. Civ. P. 6 provides:

  (a) Computing Time. The following rules apply in computing any time period specified in these rules, in any local rule or court order,. . .

    (1) *Period Stated in Days or a Longer Unit.* When the period is stated in days or a longer unit of time:

        * * *

    (C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

Hon. Lewis A. Kaplan
November 19, 2025
Page 2

We are available at the Court's convenience to address any further questions or concerns.

Respectfully submitted,

*s/* Amanda Lawrence
SCOTT+SCOTT ATTORNEYS AT LAW LLP
Amanda Lawrence
Lana Levin (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
alawrence@scott-scott.com
llevin@scott-scott.com

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)-575-7000
cpratsinakis@dilworthlaw.com
mheinzerling@dilworthlaw.com

*Co-Counsel for Lead Plaintiffs*

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/20/25