UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
A.O.H DRIEDIJK HOLDING B.V. and
JAIMAN BHATT, Individually and on Behalf of
All Others Similarly Situated,

                Plaintiffs,

    -against-

WILLIAM SARRIS, JOSEPH A. ENDOSO,
DAVID PAUL, BRIAN MORAN, KARIM
NURANI, MARGARET SLEMMER, VICTOR
JIANG, ALISON DAVIS, NORMAN REED,
ADAM T. HENDERSON, AND RAINMAKER
SECURITIES, LLC,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-25

Case No. 1:25-cv-5643-LAK

[PROPOSED] AMENDED
SCHEDULING ORDER

WHEREAS, on July 9, 2025, Lori Raffa Maxwell and Anthony Deluccia filed a putative class action complaint against Defendant William J. Sarris the ("Original Complaint") (ECF No. 1);

WHEREAS, July 17, 2025, Defendant Sarris agreed to waive or accept service of the summons and Original Complaint, without waiver of or prejudice to any of his rights or defenses (other than improper service) (ECF No. 5);

WHEREAS, on August 21, 2025, the Court entered an order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") extending Defendant Sarris's time to answer, move, or otherwise respond to the Original Complaint from September 15, 2025 until after appointment of the statutory lead plaintiff(s) ("Lead Plaintiffs") and approved lead counsel ("Lead Counsel") and the filing or designation of an operative complaint (ECF 19);

WHEREAS, on September 17, 2025, the Court appointed A.O.H. Driedijk Holding B.V. and Jaiman Bhatt as Lead Plaintiffs and Scott+Scott Attorneys at Law LLP and Catherine Pratsinakis of Dilworth Paxson LLP as Co-Lead Lead Counsel (ECF No. 26);

WHEREAS, on October 16, 2025, the Court entered a Stipulation and Scheduling Order directing that Lead Plaintiffs file any amended complaint on November 15, 2025 and that Defendant Sarris move, answer, or otherwise respond to any amended complaint by December 15, 2025 (ECF No. 34);

WHEREAS, on November 17, 2025, Lead Plaintiffs filed an amended complaint ("First Amended Complaint") naming defendant Sarris and 10 additional parties as new defendants ("New Defendants") (ECF No. 46);

WHEREAS, on November 19, 2025, the Court granted the parties' request to accept the Amended Complaint filed on November 17, 2025 as timely and to extend Defendant Sarris's time to answer, move, or otherwise respond to the First Amended Complaint from December 15, 2025 to the current deadline of December 17, 2025 (ECF No 47);

WHEREAS, as of the date of this filing, the docket sheet indicates that Lead Plaintiffs did not submit any request for issuance of a summons until December 10 and have not filed any proof of service with respect to any of the ten New Defendants;

WHEREAS, defendant Sarris respectfully submits that, in the interests of judicial efficiency, orderly case management, and fairness to the New Defendants, the deadline to answer or file motion to dismiss the First Amended Complaint should be extended until after Lead Plaintiffs have served all 10 of the New Defendants in order to permit the filing of a consolidated motion to dismiss that avoids, among other issues, (a) piecemeal motion practice and duplicative briefing involving overlapping legal issues based on a common nucleus of facts, and (b)

staggered and inefficient operation of the automatic discovery stay under the PSLRA among multiple defendants and related discovery disputes and conflicts over the scheduling of depositions for key witnesses, among other procedural issues; and

WHEREAS, counsel for defendant Sarris conferred with Lead Counsel to obtain consent to the proposed amendment to the scheduling order, but Lead Counsel declined to consent.

IT IS HEREBY ORDERED that:

1. Defendant Sarris's time to answer, move, or otherwise respond to the First Amended Complaint under the Scheduling Order is extended until Lead Plaintiffs serve a summons and the First Amended Complaint on each of the New Defendants, and/or indicates that Lead Plaintiffs do not intend to serve a particular New Defendant;

2. Within seven days following service of the final New Defendant, Lead Counsel and counsel for defendants shall confer and submit a proposed amended scheduling order and modified briefing schedule for any consolidated motion to dismiss or other motion with respect to the First Amended Complaint; and

3. Except as specifically set forth therein, all rights, claims, and defenses of the parties are fully preserved.

**SO ORDERED:**

Dated: 12/11/25

_____
HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE

3