**Subject:** RE: Teleconference: Maxwell v. Sarris, Disqualification Motion
**Date:** Wednesday, October 22, 2025 at 11:57:22 AM Eastern Daylight Time
**From:** Pratsinakis, Catherine
**To:** Tim Treanor
**CC:** Matthew Peller, Tom Laughlin, John Lavelle
**Attachments:** ~WRD0005.jpg

Tim,

During our October 3, 2025 videoconference to discuss the case schedule, I asked whether anyone would object to us serving a subpoena on Debtors to obtain a copy of insurance agreements and other documents produced to the Unsecured Creditors' Committee. We recall that your colleague stated he had no objection. However, based on our recent exchange and your email below, we understand that Defendant does, in fact, object to us serving this subpoena and therefore we confirm no subpoena will be served without seeking the appropriate form of relief.

Moreover, as we discussed, we take no position on the merits of Defendant's motion to disqualify John Deaton as counsel, except to state that we believe the motion is moot given Scott+Scott and Dilworth are prosecuting this action, not John Deaton.

Best,
Catherine

CATHERINE PRATSINAKIS | DILWORTH PAXSON LLP

1650 Market Street | Suite 1200 | Philadelphia, PA 19103-7391
Tel: (215) 575-7013 | Cell: 267-934-7027 | Fax: (215) 754-4603
cpratsinakis@dilworthlaw.com | www.dilworthlaw.com

Gender pronouns: she/her/hers

---

**From:** Tim Treanor <ttreanor@tdblaw.com>
**Sent:** Tuesday, October 21, 2025 1:51 PM
**To:** Pratsinakis, Catherine <cpratsinakis@dilworthlaw.com>
**Cc:** Matthew Peller <mpeller@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>; John Lavelle <Jlavelle@tdblaw.com>
**Subject:** RE: Teleconference: Maxwell v. Sarris, Disqualification Motion

**This message is from an external sender.**

Hi Catherine,

We took a look at the issue you raised yesterday regarding serving subpoenas in the Linqto bankruptcy and concluded that the Court would consider this an end-run around the PSLRA's discovery stay which is currently in place in the Maxwell class action. As a result, based on what we know, we don't think the subpoenas would be proper, and we would object. Sorry for any lack of clarity in my last email.

Tim

**TIMOTHY J. TREANOR**
Treanor Devlin Brown PLLC
ttreanor@tdblaw.com

---

**From:** Tim Treanor
**Sent:** Monday, October 20, 2025 4:25 PM
**To:** Catherine Pratsinakis (cpratsinakis@dilworthlaw.com) <cpratsinakis@dilworthlaw.com>
**Cc:** Matthew Peller <mpeller@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>; John Lavelle <Jlavelle@tdblaw.com>
**Subject:** RE: Teleconference: Maxwell v. Sarris, Disqualification Motion

Catherine,

To follow-up on our call this afternoon, we intend to proceed with argument on defendant's motion to disqualify Mr. Deaton unless he withdraws as counsel in the in the class action. We also checked for email correspondence with you regarding subpoenas to the parties in the bankruptcy and did not locate any. Please send us any correspondence on this issue that you may have had with Mr. Sarris's prior counsel at Sidley Austin LLP. To be clear, we don't have a position either way on whether you serve subpoenas in the bankruptcy, although we do expect to receive copies of any subpoenas that you do serve and of any responsive documents or information received from the debtors or the creditors' committee. Thanks.

Tim

**TIMOTHY J. TREANOR**
Treanor Devlin Brown PLLC
ttreanor@tdblaw.com

-----Original Appointment-----
**From:** Matthew Peller <mpeller@scott-scott.com>
**Sent:** Friday, October 17, 2025 5:10 PM
**To:** Tim Treanor; Catherine Pratsinakis (cpratsinakis@dilworthlaw.com); Tom Laughlin; John Lavelle
**Subject:** Teleconference: Maxwell v. Sarris, Disqualification Motion
**When:** Monday, October 20, 2025 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

## Microsoft Teams Need help?

### Join the meeting now

Meeting ID: 257 223 873 570 0
Passcode: E4Jq7Ss3

---

For organizers: Meeting options

This meeting invite may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.