```
 1                IN THE UNITED STATES BANKRUPTCY COURT

 2                 FOR THE SOUTHERN DISTRICT OF TEXAS

 3                           HOUSTON DIVISION

 4   IN RE:                        §   CASE NO. 25-90186-11
                                   §   HOUSTON, TEXAS
 5   LINQTO TEXAS, LLC,            §   FRIDAY,
     ET AL,                        §   DECEMBER 5, 2025
 6         DEBTORS.                §   1:00 P.M. TO 2:30 P.M.

 7
         DISCLOSURE STATEMENT AND MOTION HEARING (VIA ZOOM)
 8
              BEFORE THE HONORABLE ALFREDO R. PEREZ
 9                  UNITED STATES BANKRUPTCY JUDGE

10

11

12   APPEARANCES:                      SEE NEXT PAGE

13   COURTROOM DEPUTY/ERO:              AKEITA HOUSE

14

15

16

17

18

19

20                    TRANSCRIPTION SERVICE BY:

21          JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                   935 Eldridge Road, #144
22                   Sugar Land, TX 77478
                        281-277-5325
23                www.judicialtranscribers.com

24
     Proceedings recorded by electronic sound recording;
25       transcript produced by transcription service.
```

```
 1                    APPEARANCES (VIA ZOOM):

 2

 3   FOR THE DEBTOR:           SCHWARTZ LAW, PLLC
                               By:  SAMUEL A SCHWARTZ, ESQ.
 4                                  VERONICA POLNICK, ESQ
                               601 E. Bridger Avenue.
 5                             Las Vegas, NV 89101
                               702-385-5544
 6

 7   FOR COMMITTEE:            BROWN RUDNICK
                               By:  KENNETH AULET, ESQ.
 8                             7 Times Square
                               New York, NY 10036
 9                             212-209-4800

10
     US TRUSTEE:               LAW OFFICES OF ANDREW JIMENEZ
11                             By:  ANDREW JIMENEZ
                               515 Rusk St. Ste 3516
12                             Houston, TX 77002

13
     FOR DEATON REPRESENTED
14   CREDITORS:                DEATON LAW FIRM, LLC
                               By:  JOHN E. DEATON, ESQ.
15                             450 No. Broadway
                               East Providence, RI 02914
16                             401-351-6400

17

18   (Please also see Electronic Appearances)

19

20

21

22

23

24

25
```

Case 1:25-cv-05643-LAK-BCM    Document 78-5    Filed 12/16/25    Page 3 of 5

53

```
 1  lot of money, and the SCC does not seem to be interested in
 2  that, which makes me think there isn't a fraud that is being
 3  talked about.  And so I invested in a company that was
 4  growing.  It's healthy.  The original board had -- I never
 5  saw any lack of ethics.  Anytime they asked me to vote on
 6  something, I always voted their way.  And I feel like our
 7  interests are not being heard in this.  This company should
 8  not be in bankruptcy.  I am being called a Debtor.  I am an
 9  equity investor, and it seems to me like we -- if there is
10  something about the way the company was handling securities,
11  it should be the SCC that's involved, not a bankruptcy
12  court.
13              THE COURT:  All right.  Thank you.  Okay.
14          Ms. Aaronson, did I unmute you?
15              MS. PRATSINAKIS:  Yes, Your Honor.  This is
16  Catherine Pratsinakis with Dilworth Paxson with my colleague
17  Anne Aaronson in the room.  We are the lead counsel for
18  Plaintiffs in the securities trial class action going
19  forward in the Southern District of New York.  The Docket
20  Number is 25-CV-5643, and I just wanted to point out that as
21  Your Honor said, you don't know what you don't know, and
22  especially in a fraud case.
23              We appreciate Steven Reisman's assessment of his
24  opinion on whether claims (glitch in the audio) conduct.  We
25  filed a 2004 request for information and would like to make
```

```
 1  our own assessments as well, on behalf of the staff, as is
 2  our fiduciary obligation to do so.  And therefore, any
 3  mechanism that would require a holder or a customer to make
 4  a choice about claims -- it should be on a fully informed
 5  consent basis.  And so we would appreciate that any opt out
 6  or automatic -- opt in, excuse me -- automatic opt out, be
 7  given fair consideration and it be incredibly narrow and
 8  only after the counsel -- my co-counsel and the Southern
 9  District of New York has had a chance to review the
10  discovery in this case.  And so --
11            THE COURT:  And has that class action been
12  certified?
13            MS. PRATSINAKIS:  The class action has not been
14  certified.  It's under the PSRA.  We've been appointed lead
15  counsel on behalf of the Plaintiffs.  We're in the
16  process -- we've filed an amended complaint.  We are
17  expecting a response to that complaint from (indiscernible)
18  and have also -- are in the process of serving other former
19  officers and directors of the company.
20            THE COURT:  All right.  I have, in several cases,
21  accepted a class opt out subject to certification.
22            MS. PRATSINAKIS:  Wonderful, Your Honor.  We
23  actually did file a class with the claim in this action and
24  would be happy to comply with the requirements of Rule 23,
25  either under a 9023 or in the Southern District of New York;
```

1  however, Your Honor would prefer.
2              THE COURT:  Okay.
3              MR. REISMAN:  Your Honor, if I may speak to --
4  just for one minute --
5              THE COURT:  Sure.
6              MR. REISMAN:  Ms. Aaronson, as well as to that.
7  I'm just trying to be helpful here.  And I say this openly
8  and candidly.  We don't have a monopoly on intelligence or
9  information.  So if there is anyone that is listening or on,
10 including yourself -- one of your clients that wants to
11 speak with us, would like to share anything with us,
12 regarding the management team, or anything in that regard --
13 and I'm not trying to incite a riot or spark a fire in any
14 regard, but I don't want to have a closed door.
15             We're trying to do -- we're doing a thorough --
16 we've done a thorough investigation as to the -- these eight
17 parties that will be released by the Debtors, in that
18 regard, and if anyone is aware of anything, please feel free
19 to reach out to us.  Steven Reisman at Katten.  Cindi Giglio
20 at Katten.  Mark Whiteman (phonetic) at Katten, and we're
21 happy to talk with you.
22             We'll make it as easy and convenient as painless
23 and helpful.  We'll be as helpful to you as possible in that
24 regard.  If there are claims.  We are not aware of any, and
25 I'm not trying to suggest authority.  And if either has any