AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC. <br> *Defendant(s)* | Civil Action No. 1:25-cv-5643 (LAK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alison Davis
4545 Paradise Drive
Belvedere Tiburon, California 94920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2025                                                                           /s/ J. Gonzalez
                                                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alison Davis was received by me on *(date)* Dec 16, 2025.

**[X]** I personally served the summons on the individual at *(place)* 4545 Paradise Dr, Tiburon, CA 94920 on *(date)* Tue, Dec 16 2025 at 4:40 pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ __ for travel and $ __ for services, for a total of $ __.

I declare under penalty of perjury that this information is true.

Date: 12/17/2025

*Server's signature*

Matthew Anderson
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
*Server's address*

Additional Documents Served:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws