AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:25-cv-5643 (LAK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Paul
1504 Emperor Way
Sunnyvale, California 94087

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      12/12/2025                                              /s/ J. Gonzalez

*Tammi M. Hellwig*                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>David Paul</u> was received by me on *(date)* <u>Dec 16, 2025</u>.

☒ I personally served the summons on the individual at *(place)* <u>1504 Emperor Way, Sunnyvale, CA 94087</u> on *(date)* <u>Wed, Dec 17 2025 at 6:08 pm</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___.

I declare under penalty of perjury that this information is true.

Date: 12/18/2025

_____
*Server's signature*

Gary Genest
_____
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
_____
*Server's address*

Additional Documents Served:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws