AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC. <br> *Defendant(s)* | Civil Action No. 1:25-cv-5643(LAK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Margaret Slemmer
  145 Reservoir Road
  San Rafael, California 94901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Lana V. Levin
  Scott+Scott Attorneys at Law LLP
  230 Park Ave, 24th Floor
  New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2025                    /s/ J. Gonzalez
                      *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-05643 (LAK)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Margaret Slemmer was received by me on *(date)* 12/16/25, 12:56 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[X] I left the summons at the individual's residence or usual place of abode with *(name)* Guillanume Canivet, Co-Occupant and Finance , a person of suitable age and discretion who resides there, on *(date)* Tue, Dec 16, 2025, 5:32 pm at 145 Reservoir Rd, San Rafael, CA 94901 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/17/2025

_____
*Server's signature*

Matthew Anderson - Marin 97
_____
*Printed name and title*

1537 Fourth St, San Rafael, CA 94901
_____
*Server's address*

Additional Documents:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws

14800123

MC-031

| PLAINTIFF / PETITIONER: A.O.H. Driedijk Holding B.V., et al.  DEFENDANT / RESPONDENT: William Sarris, et al. | CASE NUMBER: 1:25-cv-05643-LAK-BCM |
|---|---|

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.
2. I served copies of the Summons in a Civil Action; Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws
3. By placing a true copy of each document in United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Thurs, Dec 18 2025
   b. Place of Mailing: Riverside, CA 92509
   c. Addressed as Follows: Margaret Slemmer
      145 Reservoir Rd
      San Rafael, CA 94901
4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service
5. **Person who mail served papers**
   a. Name: Monique Gonzalez
   b. Address: 4651 Brookhollow Cir Suite C, Riverside, CA 92509
   c. Telephone number: 951-353-8281
   d. I am:
      (1) [ ] not a registered California process server.
      (2) [X] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor
         (ii) Registration No:
         (iii) County:

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 12/18/2025

Monique Gonzalez
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

[ ] Attorney for  [ ] Plaintiff  [ ] Petitioner  [ ] Defendant
[ ] Respondent  [ ] Other *(Specify):*

MC-031 [Rev.July 1, 2005]  
Job: 14800123

**ATTACHED DECLARATION**

Page 1 of 1