UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **A.O.H. DRIEDIJK HOLDING B.V., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM SARRIS, et al.,**<br><br>Defendants. | No: 1:25-cv-5643 (LAK)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE THAT David S. Slovick of the law firm Kopecky Schumacher Rosenburg LLC, a member in good standing of this Court and the New York State Bar, hereby enters his appearance in the above-captioned case on behalf of Defendant Rainmaker Securities, LLC.

Dated: February 5, 2026

Respectfully submitted,

*David Slovick*

David Slovick (DS1103)
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
dslovick@ksrlaw.com
(773) 680-5711