AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-5643 (LAK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adam T. Henderson
925 Beech Drive
Walnut Creek, California 94596

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12/11/2025

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Adam T. Henderson</u> was received by me on *(date)* <u>Feb 4, 2026.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: <u>I posted the summons at the individual's residence on Feb 7, 2026 at 2:23 pm at 925 Beech Dr Walnut Creek, CA 94596 and mailed a copy to the individual's last known address</u> ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: 02/10/2026

_____
*Server's signature*

Gonzalo Andy Lazalde

_____
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509

_____
*Server's address*

Additional Documents Served:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws







# AFFIDAVITS OF NON-SERVICE FOR PRIOR SERVICE ATTEMPTS ARE ATTACHED HERETO

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| N/A<br>MAGNA (BOSCO LEGAL SERVICES)<br>4651 BROOKHOLLOW CIR. STE.C<br>RIVERSIDE, CA 92509 | *E-MAIL ADDRESS (Optional):* | |
| *TELEPHONE No.:* (951) 353-8281      *FAX No. (Optional):* | | |
| *Attorney for:* | | |
| | *Ref No. or File No.:*<br>14799461 | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| None - |

*Plaintiff:* A.O.H. DRIEDIJK HOLDING B.V.

*Defendant:* WILLIAM SARRIS, ET AL.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:25-cv-05643-LAK-BCM |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ADAM T. HENDERSON**

Documents:  SUMMONS IN A CIVIL ACTION; AMENDED CLASS ACTION; ETC.

| Date | Time | Results |
|---|---|---|
| 12/16/2025 | 1:50 PM | THERE IS A GIANT GATE ON THE DRIVEWAY AND THERE IS NO BELL OR INTERCOM.  UNABLE TO GAIN ACCESS TO THE HOUSE.  NO RESPONSE AT THE GATE. - MARIANNE COULSON |
| | Location: | 925 Beech Dr,  Walnut Creek, CA 945966204 |
| 12/17/2025 | 6:15 PM | THE GATE IS CLOSED AND THERE NO RESPONSE AT THE GATE. I WAS UNABLE TO GAIN ACCESS TO THE HOUSE AT THIS TIME. - MARIANNE COULSON |
| | Location: | 925 Beech Dr,  Walnut Creek, CA 945966204 |
| 12/18/2025 | 10:23 AM | THE GIANT GATE ON THE DRIVEWAY IS CLOSED AND THERE IS NO BELL OR INTERCOM.  I AM UNABLE TO GAIN ACCESS TO THE HOUSE. - MARIANNE COULSON |
| | Location: | 925 Beech Dr,  Walnut Creek, CA 945966204 |
| 12/20/2025 | 7:42 PM | NO ACCESS PAST THE GATE AND NO RESPONSE AT THE GATE.  NO ACTIVITY. - MARIANNE COULSON |
| | Location: | 925 Beech Dr,  Walnut Creek, CA 945966204 |
| 12/22/2025 | 7:46 AM | THERE WAS NO RESPONSE AT THE GATE AND NO ACCESS AT THIS TIME. WAITED 15 MINUTES BUT THERE WAS NO ACTIVITY. - MARIANNE COULSON |
| | Location: | 925 Beech Dr,  Walnut Creek, CA 945966204 |

Fee for Service:
County:  **CONTRA COSTA**
Registration No.:  **914**
**MAGNA (BOSCO LEGAL SERVICES)**
**4651 BROOKHOLLOW CIR.**
**RIVERSIDE, CA 92509**
**(951) 353-8281**
Ref: 14799461

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 29, 2025.

Signature: *Marianne Coulson*
**MARIANNE COULSON**

**NON SERVICE REPORT**

Order#: 46545

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  1:25-cv-5643 (LAK) |
| WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC, | ) ) ) ) ) ) ) |
| _____ *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam T. Henderson
925 Beech Drive
Walnut Creek, California 94596

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/11/2025_____          _____/S/ V. BRAHIMI_____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Adam T. Henderson</u> was received by me on *(date)* <u>Dec 31, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>after four attempts, I was unable to serve the subject. Please see</u> <u>'Additional information regarding attempted service' on the next page</u> ; or

☐ Other: _____ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: 01/16/2026

_____
*Server's signature*

Damon Pulido
_____
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
_____
*Server's address*

Additional Document(s) Served and Additional information regarding attempted service, etc.:

Summons in a Civil Action; Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws

1) Unsuccessful Attempt: Jan 2, 2026, 2:52 pm at Home: 925 Beech Dr., Walnut Creek, CA 94596
This residence is secured by a private gate with a keypad for entry. The gate was closed and locked; therefore, I was unable to gain access to the premises. There was no intercom available at the gate to contact the residence and no activity was seen or heard. Attempted by Edwin Blama.

2) Unsuccessful Attempt: Jan 3, 2026, 10:41 am at Home: 925 Beech Dr., Walnut Creek, CA 94596
The gate to the residence was closed and locked; therefore, I was unable to gain access to the premises. There was no activity seen or heard. Attempted by Edwin Blama.

4) Unsuccessful Attempt: Jan 5, 2026, 6:19 pm at Home: 925 Beech Dr., Walnut Creek, CA 94596
The gate to the residence was closed and locked; therefore, I was unable to gain access to the premises. I honked my vehicle's horn and waited; however, I received no response, and no one came out of the residence. Attempted by Edwin Blama.

5) Unsuccessful Attempt: Jan 7, 2026, 7:40 am at Home: 925 Beech Dr., Walnut Creek, CA 94596
The gate to the residence was closed and locked; therefore, I was unable to gain access to the premises. I honked my vehicle's horn and waited; however, I received no response. Vehicles were observed parked in the driveway behind the gate; however, I was unable to obtain vehicle descriptions or license plate information.

Date: 01/16/2025

_____
Server's signature

Damon Pulido
_____
Printed name and title

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ☐

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:25-cv-5643 (LAK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adam T. Henderson
925 Beech Drive
Walnut Creek, California 94596

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     12/11/2025                                    /S/ V. BRAHIMI
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Adam T. Henderson</u> was received by me on *(date)* <u>Jan 12, 2026</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service
of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>After making four diligent attempts, I was unable to serve the subject.</u>
<u>Please see the service details below.</u> ; or

☐ Other: _____ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: 01/28/2026

_____
*Server's signature*

Marianne Coulson
_____
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
_____
*Server's address*

Additional Documents to be Served and Service Details:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws

1) Unsuccessful Attempt: January 19, 2026, 6:40 p.m. Home: 925 Beech Dr., Walnut Creek, CA 94596
The residence is secured by a private gate. The gate was closed and locked, therefore I was unable to gain access to the front door.
A Volkswagen was parked behind the gate; however, I was unable to obtain the license plate number.

2) Unsuccessful Attempt: January 23, 2026, 12:56 p.m. Home: 925 Beech Dr., Walnut Creek, CA 94596
The gate was closed and locked, therefore I was unable to gain access to the front door. A white van was parked behind the gate,
but I was unable to obtain the license plate number.

3) Unsuccessful Attempt: January 24, 2026, 6:08 p.m. Home: 925 Beech Dr., Walnut Creek, CA 94596
The gate was closed and locked, therefore I was unable to gain access to the front door. Two vehicles were observed on the
premises behind the gate; however, they were positioned at a distance and sideways, making the license plates not visible.

4) Unsuccessful Attempt: January 25, 2026, 9:46 a.m. Home: 925 Beech Dr., Walnut Creek, CA 94596
The gate was closed and locked, therefore I was unable to gain access to the front door. The same two vehicles seen during my
previous attempt were again observed on the premises behind the gate; however, due to their distance and positioning, the license
plates were not visible.


I declare under penalty of perjury that this information is true.


Date: 01/28/2026

_Marianne Coulson_

Marianne Coulson                                                              Server's signature
Printed name

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▼

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:25-cv-5643 (LAK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam T. Henderson
925 Beech Drive
Walnut Creek, California 94596

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/11/2025

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Adam T. Henderson</u> was received by me on *(date)* <u>1/28/26</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>The building appears vacant and partly furnished. The lights were on inside the building but no office equipment was observed on the desks. There was no answer at the door, and no activity was seen or heard. No signs were posted, and the doorbell appears to have been removed.</u> ; or

☐ Other: _____ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: 02/04/2026

_____
*Server's signature*

Gonzalo Andy Lazalde - San Francisco 1357
_____
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
_____
*Server's address*

Additional Documents to be Served:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws