# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/5/2026

**LICENSEE NAME:** David Malcolm Furbush

**LICENSEE BAR NUMBER:** 83447

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/29/1978

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of David Malcolm Furbush's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

**Iliana Cervantes**

Custodian of Record

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Francisco_
Subscribed and sworn to (or affirmed) before me on this __5th__ day of __May__, 20_26_, by _Iliana Cervantes_

_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

D. HAYS
COMM. # 2480654
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. JAN. 30, 2028

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*