AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Victor Jiang was received by me on *(date)* Dec 23, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the Summons and Amended Class Action Complaint on *(name of individual)* Winson Song , who stated that he is designated by law to accept service of process on behalf of *(name of defendant)* Victor Jiang on *(date)* Thu, Jan 08, 2026, 12:46 pm at 171 La Trobe St. Level 2, Melbourne, VIC 3000 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: January 8, 2026

_____
*Server's signature*

Numan Amjad
_____
*Printed name*

Magna Legal Services
4651 Brookhollow Cir., Ste. C, Riverside, CA 92509
_____
*Server's address*

Additional information regarding attempted service, etc.:
Service was completed on January 8, 2026, at 12:46 p.m. at Sapien Ventures, Level 2, 171 La Trobe Street, Melbourne, VIC 3000, Australia, by serving the Summons and Amended Class Action Complaint on Winson Song.

This is the business address of the Defendant, Victor Jiang. I spoke with Mr. Song, who identified himself as being authorized to accept service on behalf of Victor Jiang.