**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

## <u>DECLARATION OF MARIAH HEINZERLING</u>

I, Mariah Heinzerling, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am an Attorney with the law firm Dilworth Paxson, LLP (Dilworth Paxson), counsel for A.O.H. Driedijk Holding, B.V. and Jaimin Bhatt ("**Lead Plaintiffs**").

2.     I submit this Declaration as part of Lead Plaintiffs' proof of service on Victor Jiang ("**Jiang**").

3.     On December 17, 2026, Dilworth Paxson requested its process server, Magna Legal Services ("**Magna**") effect both personal service and service through the Hague Convention on Jiang, whose residence and primary place of business is located in Australia. Dilworth Paxson provided the address Level 9, Tower B, The Zenith, 821 Pacific Hwy, Chatswood NSW 2067, Australia (the "**NSW Address**"). This was a business address for Sapien Ventures, where Jiang is a managing partner.

4.     On January 2, 2026, Dilworth Paxson received notice from Magna that neither Jiang nor Sapien Ventures was located at the NSW Address. Attached hereto as Exhibit A is a true and correct copy of the affidavit signed by the process server showing that service at the NSW Address was unsuccessful.

5.     On January 5, 2026, Dilworth Paxson asked Magna to attempt service at a second address for Jiang's place of business: Level 2, 171 La Trobe Street, Melbourne, VIC, 3000 (the "**Melbourne Address**"). This is another business address for Sapien Ventures.

6.     On January 8, 2026, service was completed at Jiang's place of business at the Melbourne Address.

7.     On January 12, 2026, Dilworth Paxson instructed Magna to effect service through the Hague Convention at the Melbourne Address.

8.     On January 21, 2026, Magna requested service on Jiang at the Melbourne Address through the Hague Convention. Attached hereto as Exhibit B is a true and correct copy of the Request for Service Abroad of Judicial or Extrajudicial Documents.

9.     On February 3, 2026, Dilworth Paxson instructed Magna to attempt to effect service on Jiang at the Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, TX 77002 (the "**Texas Address**") after learning that Jiang would be testifying at a hearing.

10.     On February 3, 2026, the process server left the Texas Address without serving Jiang after Dilworth Paxson determined Jiang was testifying virtually and was not physically present at the hearing. Attached hereto as Exhibit C is a true and correct copy of the affidavit signed by the process server showing that service at the Texas Address was unsuccessful.

2

11.    On February 6, 2026, the summons and complaint were transmitted to Jiang via email at victor.jiang@sapiengroup.com. Attached hereto as Exhibit D is a true and correct copy of the affidavit signed by the process server showing that the summons and complaint were transmitted to Jiang via electronic service.

12.    On April 16, 2026, Dilworth Paxson contacted Process Service Network, LLC ("**PSN**") to request an update on the status of service through the Hague Convention initiated on January 21, 2026.

13.    On April 28, 2026, PSN informed me that Hague service had not been effectuated and the relevant Australian Attorney General's office had not received a proof of service from the Sheriff in Victoria, the state where the Melbourne Address is located.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on the 19th day of May, 2026.

*/s/ Mariah Heinzerling*
Mariah Heinzerling

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Catherine Pratsinakis*
Catherine Pratsinakis