# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

<table>
<tr><td>A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td rowspan="2"></td></tr>
<tr><td style="text-align:center"><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td><td>Civil Action No. 1:25-cv-5643 (LAK)</td></tr>
<tr><td>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Victor Jiang
Level 9, Tower B, The Zenith
821 Pacific Hwy, Chatswood
NSW 2067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lana V. Levin
Scott+Scott Attorneys at Law LLP
230 Park Ave, 24th Floor
New York City, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___12/12/2025___                                          ___/s/ J. Gonzalez___
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05643-LAK-BCM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Victor Jiang</u> was received by me on *(date)* <u>Dec 23, 2025.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and Amended Class Action Complaint on *(name of individual)* _____ , who stated that he is designated by law to accept service of process on behalf of *(name of defendant)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>On January 2, 2026 at 11:18am, I attempted service of process on Victor Jiang at Sapien Ventures, a business associated with him, located at 821 Pacific Hwy. Level 9, Tower B, The Zenith, Chatswood, NSW 2067 Australia. I was advised by building personnel that Sapien Ventures no longer operates from this location and had vacated the premises, with no forwarding information available.</u> ; or

☐ Other: _____ ; or

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date: ~~January 2~~, April 30, 2026

_____
Server's signature

Jin Wu Yang
_____
Printed name and title

4651 Brookhollow Cir., Ste. C, Riverside, CA 92509
_____
Server's address

Additional information regarding attempted service, etc.:
This address was believed to be a business location associated with Victor Jiang. At the time of the attempt, it was confirmed that the business was no longer present at this location.