# EXHIBIT B

A.O.H. Driedijk Holding B.V., et al., v. Sarris, et al.
Civil Action No. 1:25-cv-5643 (LAK)

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Mariah Heinzerling, Esq.<br>Authorized to act as Applicant<br>Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, Pennsylvania 19103 | Private International and Commercial Law Section<br>Australian Government<br>Attorney-General's Department<br>Robert Garran Offices<br>3-5 National Circuit<br>BARTON ACT 2600<br>Australia |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**Victor Jiang**
**c/o Sapien Ventures**
Level 2, 171 La Trobe Street
Melbourne, VIC, 3000 Australia

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

**Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention**

**List of documents:**
Summons in a Civil Action; Plaintiffs' Amended Class Action Complaint

Done at Philadelphia, Pennsylvania, USA, on the 21st day of January, 2026.

_Mariah Heinzerling_
Signature

* Delete if inappropriate.

1

USM-94

A.O.H. Driedijk Holding B.V., et al., v. Sarris, et al.
Civil Action No. 1:25-cv-5643 (LAK)

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1)  that the document has been served*
   the (date)_____
   at (place, street, number)_____

---

--in one of the following methods authorized by article 5—
   ____ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention*
   ____ (b) in accordance with the following particular method*:

_____

---

   ____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person)_____

---

-- relationship to addressee (family, business or other):_____

_____

2) that the document has not been served, by reason of the following
facts*:_____

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____

In appropriate cases, documents
establishing the service:
_____
_____

Done at:            ,the
_____,_____

Signature and/or stamp.

_____

*delete if inappropriate.

USM-94

A.O.H. Driedijk Holding B.V., et al., v. Sarris, et al.
Civil Action No. 1:25-cv-5643 (LAK)

# WARNING

**Identity and address of the addressee:**

**Victor Jiang**
**c/o Sapien Ventures**
Level 2, 171 La Trobe Street
Melbourne, VIC, 3000 Australia

## IMPORTANT

**The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should, however, read the document itself carefully. It may be necessary to seek legal advice.**

**If your financial resources are insufficient, you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.**

**Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:**

> Clerk of the Court
> Daniel Patrick Moynihan
> U.S Courthouse
> 500 Pearl Street
> New York, New York 10007

3

USM-94