# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

<table>
<tr><td>

A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN
BHATT, Individually and on Behalf of All Others
Similarly Situated,

<hr>

*Plaintiff(s)*

v.

WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID
PAUL, BRIAN MORAN, KARIM NURANI,
MARGARET SLEMMER, VICTOR JIANG, ALISON
DAVIS, NORMAN REED, ADAM T. HENDERSON,
AND RAINMAKER SECURITIES, LLC.

<hr>

*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.  1:25-cv-5643 (LAK)

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Victor Jiang
Level 2
171 La Trobe Street, Melbourne
VIC, 3000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Mariah Heinzerling
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/20/2026                                          /s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-5643 (LAK)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Victor Jiang</u> was received by me on *(date)* <u>2/3/26</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>I arrived at the location at approximately 11:07 am. There was no one present in the hallway from whom I could request assistance, and I did not observe the subject on the premises. At approximately 12:26 pm, I observed several attorneys exiting the courthouse for the lunch recess; however, I did not see the subject. Shortly thereafter, I spoke with an attorney (Male; Caucasian; approximately 5'8"; salt-and-pepper hair; hazel eyes) who was entered back into the courtroom. We spoke inside the courtroom, and he stated that the subject, Victor Jiang, was out of the country and would not be present today. When asked whether he represented Victor Jiang, the attorney confirmed that he did not. I waited in the hallway for a short time. I then departed from the premises at 1:45 pm</u> ; or

☐ Other: _____ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: 02/04/2026

_____
*Server's signature*

Cynthia Guerra PSC-25630
_____
*Printed name and title*

5773 Woodway Dr., Houston, TX 77057
_____
*Server's address*

Additional Documents to be Served:
Plaintiffs' Amended Class Action Complaint for Violations of Federal and State Securities Laws