UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

*A.O.H. Driedijk Holding B.V. et al.*

        *Plaintiff,*

    v.                      Case No. **1:25-cv-05643-LAK-BCM**

*Sarris et al.,*

        *Defendant.*

_____

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, **David M. Furbush** (Applicant) hereby moves this Court for an order granting admission pro hac vice to appear as counsel for defendant **Alison Davis** in the above-captioned action.

In support of this Motion, Applicant states as follows:

1.    Applicant's full name, firm or organization name, mailing address, telephone number, and email address are set forth below:

> David M. Furbush
> Law Office of David M. Furbush
> 1 Embarcadero Center, Suite 1200
> San Francisco, CA 94111
> Telephone: 415-655-1121
> Email: dmf@furbush.com

1

2.    Applicant is a member in good standing of the bar of the State of California (State Bar No.83447), as well as the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

3.    Applicant is not an attorney admitted to practice in this Court.

4.    Applicant has never been convicted of a felony.

5.    Applicant has never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.    There are no disciplinary proceedings presently pending against Applicant in any jurisdiction.

7.    Accompanying this Motion are (a) Applicant's Affidavit in Support of Motion for Admission Pro Hac Vice, sworn and notarized, addressing the matters set forth in Local Civil Rule 1.3(c); (b) a Certificate of Good Standing issued by the State Bar of California within thirty (30) days of the date of this filing; and (c) a proposed Order for Admission Pro Hac Vice.

8.    The required filing fee of $200.00 has been paid electronically through the Court's CM/ECF system.

WHEREFORE, Applicant respectfully requests that this Court enter the accompanying proposed Order granting Applicant's admission to appear pro hac vice in this action on behalf of defendant Alison Davis.

Dated: May 26, 2026

Respectfully submitted,

By: _____

David M. Furbush
Law Office of David M. Furbush
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-655-1121
Email: dmf@furbush.com

CA State Bar No. 83447


Applicant Pro Hac Vice for Alison Davis

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*A.O.H. Driedijk Holding B.V. et al.*

                *Plaintiff,*

      v.                              Case No. **1:25-cv-05643-LAK-BCM**

*Sarris et al.,*

             *Defendant.*

---

## AFFIDAVIT OF DAVID M. FURBUSH

## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF CALIFORNIA          )

                         ) ss.:

COUNTY OF MARIN            )

David M. Furbush, being duly sworn, deposes and states under penalty of perjury pursuant to Local Civil Rule 1.9 of the Southern District of New York and 28 U.S.C. § 1746 as follows:

1.    I am an attorney duly admitted to practice law in the State of California (State Bar No. 83447) and in the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.  I make this affidavit in support of my Motion for Admission Pro Hac Vice to appear as counsel for defendant Alison Davis in the above-captioned action, pursuant to

1

Local Civil Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York.

2.    I am a member in good standing of the bar of the State of California and of all federal courts in California to which I am admitted.  I have never been suspended, disbarred, or subjected to any disciplinary sanction by any of these courts or bars.

3.    My office address and contact information are as follows:

> David M. Furbush
> Law Office of David M. Furbush
> 1 Embarcadero Center, Suite 1200
> San Francisco, CA 94111
> Telephone: 415-655-1121
> Email: dmf@furbush.com

4.    Pursuant to Local Civil Rule 1.3(c), I hereby represent as follows:

(a)    Felony Conviction.  I have never been convicted of a felony.

(b)    Censure, Suspension, Disbarment, or Denial of Admission.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

(c)    Pending Disciplinary Proceedings.  There are no disciplinary proceedings presently pending against me in any jurisdiction.

(d)    Explanation of Affirmative Responses.  The representations made in subparagraphs (a) through (c) above are all negative.  Accordingly, no explanation is required.

5.    I am familiar with the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the New York State Rules of Professional Conduct, and I agree to abide by all applicable rules and standards.

2

6.    I understand that admission pro hac vice confers no right to appear in any action in this

Court other than the above-captioned case, and that any such further appearance requires a

separate application to this Court.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed this 18th day of May, 2026, at Mill Valley, California.


_____
David M. Furbush


Sworn to and subscribed before me this
18th day of ___May___ , 2026.

_____
Notary Public
State of California
My Commission Expires: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA County of MARIN
Subscribed and sworn to (or affirmed) before me on this
18th day of ___MAY___ ,20 26 by
___DAVID M. FURBUSH___
proved to me on the basis of satisfactory evidence to be
the person(s) who appeared before me.

Notary Signature _____

REZA TARIVERDI
COMM. # 2496066
NOTARY PUBLIC-CALIFORNIA
COUNTY OF MARIN
MY COMM. EXP. AUG. 1, 2028

3



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *DAVID MALCOLM FURBUSH*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify DAVID MALCOLM FURBUSH  #83447, was on the 29 day of December 1978, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of May 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
*D. Urzua, Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

*A.O.H. Driedijk Holding B.V. et al.*

       *Plaintiff,*

   v.                           Case No. **1:25-cv-05643-LAK-BCM**
*Sarris et al.,*

       *Defendant.*

---

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of DAVID M. FURBUSH for admission to practice pro hac vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California; that there are no pending disciplinary proceedings against him in any state or federal court; that he has never been convicted of a felony; and that he has never been censured, suspended, disbarred, or denied admission or readmission by any court.

IT IS HEREBY ORDERED that **DAVID M. FURBUSH** is admitted to practice pro hac vice as counsel for defendant ALISON DAVIS in the above-captioned case in the United States District Court for the Southern District of New York.

1

IT IS FURTHER ORDERED that **DAVID M. FURBUSH** shall, upon entry of this Order,

register for ECF filing access via PACER and file a Notice of Appearance in this action through

the Court's CM/ECF system.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

SO ORDERED.


Dated: _____, 2026
    New York, New York


_____
United States District Judge
Southern District of New York

2