**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

*A.O.H. Driedijk Holding B.V. et al.*

      *Plaintiff,*


  v.                        Case No. **1:25-cv-05643-LAK-BCM**
*Sarris et al.*,


      *Defendant.*

---

**ORDER FOR ADMISSION PRO HAC VICE**


The motion of DAVID M. FURBUSH for admission to practice pro hac vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California; that there are no pending disciplinary proceedings against him in any state or federal court; that he has never been convicted of a felony; and that he has never been censured, suspended, disbarred, or denied admission or readmission by any court.

IT IS HEREBY ORDERED that **DAVID M. FURBUSH** is admitted to practice pro hac vice as counsel for defendant ALISON DAVIS in the above-captioned case in the United States District Court for the Southern District of New York.

1

IT IS FURTHER ORDERED that **DAVID M. FURBUSH** shall, upon entry of this Order,

register for ECF filing access via PACER and file a Notice of Appearance in this action through

the Court's CM/ECF system.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

SO ORDERED.


Dated: _____, 2026
    New York, New York


_____
United States District Judge
Southern District of New York

2