**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC. <br><br> Defendants. | Case No. 1:25-cv-5643 (LAK) <br><br><br> **STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER** |

**WHEREAS**, on July 9, 2025, Lori Raffa Maxwell and Anthony Deluccia filed a putative class action complaint against Defendant William J. Sarris the ("Original Complaint") (ECF No.1);

**WHEREAS**, on July 17, 2025, Defendant Sarris agreed to waive or accept service of the summons and Original Complaint, without waiver of or prejudice to any of his rights or defenses (other than improper service) (ECF No. 5);

**WHEREAS**, on August 21, 2025, the Court entered an order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") extending Defendant Sarris's time to answer, move, or otherwise respond to the Original Complaint from September 15, 2025 until after appointment of the statutory lead plaintiff(s) ("Lead Plaintiffs") and approved lead counsel ("Lead Counsel") and the filing or designation of an operative complaint (ECF 19);

**WHEREAS**, on September 17, 2025, the Court appointed A.O.H. Driedijk Holding B.V. and Jaiman Bhatt as Lead Plaintiffs and Catherine Pratsinakis of Dilworth Paxson LLP and Scott+Scott Attorneys at Law LLP as Co-Lead Lead Counsel (ECF No. 26);

**WHEREAS**, on October 16, 2025, the Court entered a Stipulation and Scheduling Order directing that Lead Plaintiffs file any amended complaint on November 15, 2025 and that Defendant Sarris move, answer, or otherwise respond to any amended complaint by December 15, 2025 (ECF No. 34);

**WHEREAS**, on November 17, 2025, Lead Plaintiffs filed an amended complaint ("First Amended Complaint") naming defendant Sarris and 10 additional parties as new defendants ("New Defendants") (ECF No. 46);

**WHEREAS**, on November 19, 2025, the Court granted the parties' request to accept the Amended Complaint filed on November 17, 2025 as timely and to extend Defendant Sarris's time to answer, move, or otherwise respond to the First Amended Complaint from December 15, 2025 to the deadline of December 17, 2025 (ECF No 47);

**WHEREAS**, on December 11, 2025, the Court entered an Amended Scheduling Order directing that, within seven days of the final defendant being served, Lead Counsel and counsel for defendants shall confer and submit a proposed amended scheduling order and modified briefing schedule for any consolidated motion to dismiss or other motion with respect to the First Amended Complaint (ECF No. 60);

**WHEREAS**, on May 19, 2026, Lead Counsel filed an affidavit of service on Victor Jiang (ECF 100);

**WHEREAS**, on May 22, 2026, Lead Counsel and counsel for William Sarris, Joseph A. Endoso, Alison Davis, Brian Moran, Karim Nurani, David Paul,[1] and Rainmaker Securities (the "undersigned Defendants") conferred to propose this amendment to the scheduling order;

---

[1] David Furbush, counsel for Alison Davis and William Kimball, counsel for David Paul, have not yet been admitted to this Court, and so are not signatories to this stipulation. But they have separately informed the undersigned counsel that Defendant Alison Davis and Defendant David Paul consent to this filing.

**WHEREAS**, the undersigned Defendants contemplate filing a consolidated brief on joint interests, with separate, shorter briefs on Defendant-specific issues;

**WHEREAS**, the undersigned Defendants contend they require time to confer on this briefing, including to ensure an efficient and orderly presentation for the Court;

**WHEREAS**, the undersigned Defendants contend that six of the seven undersigned Defendants are new to this litigation;

**WHEREAS**, the undersigned Defendants contend they also require time to confer with counsel for Defendants Norman Reed, Adam Henderson, Margaret Slemmer, and Victor Jiang, but do not currently have contact information for their counsel, who have not appeared;

**WHEREAS**, the undersigned Defendants contend, based on the affidavit of service filed with respect to Victor Jiang (ECF 100), that Mr. Jiang does not appear to be located within the United States;

**WHEREAS**, the undersigned Defendants contend they require time to determine if Defendants Reed, Henderson, Slemmer, and Jiang have counsel, and to coordinate with them on the consolidated briefing;

**WHEREAS**, to accomplish the above goals, the undersigned Defendants respectfully submit that they require at least 60 days for opening briefing on a motion to dismiss and 30 days for reply briefs;

**NOW, THEREFORE**, Lead Plaintiffs and the undersigned Defendants, by and through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1.    Defendants shall answer the First Amended Complaint or move to dismiss by July 30, 2026;

2.      Lead Plaintiff shall file any opposition to any motion to dismiss filed by Defendants on October 1, 2026;

3.      Defendants shall file any reply in support of their motion to dismiss on November 5, 2026.

**DILWORTH PAXSON LLP**

*/s/ Catherine Pratsinakis*

Catherine Pratsinakis (*PHV*)
1650 Market Street, Suite 1200
Philadelphia, PA 19139
Telephone: (215) 575-7013
cpratsinakis@dilworthlaw.com

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
Amanda Lawrence
Matthew Peller
The Helmsley Building
230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: (212) 223-6444
alawrence@scott-scott.com
mpeller@scott-scott.com

*Counsel for Lead Plaintiffs*

**EHRLICH & CRAIG LLP**

*/s/ Alexander Setzepfandt*

Alexander Setzepfandt
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060
alex@ehrlich-craig.com

*Counsel for Defendant Karim Nurani*

**PIERSON FERDINAND LLP**
*/s/ Aurora Cassirer*

Aurora Cassirer
Alicia N. Washington
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
aurora.cassirer@pierferd.com
alicia.washington@pierferd.com

*Counsel for Defendant Joseph Endoso*

**CHIESA SHAHINIAN &
GIANTOMASI PC**
*/s/ Lee Vartan*

Lee Vartan
11 Times Square, 34th Floor
New York, New York 10036
lvartan@csglaw.com
(212) 973-0572

*Counsel for Defendant Brian Moran*

**TREANOR DEVLIN BROWN PLLC**

*/s/ Timothy J. Treanor*

Timothy J. Treanor
Arlo Devlin-Brown
John J. Lavelle
230 Park Avenue, Suite 450
New York, NY 10169
Telephone: +1 (212) 858-9080
ttreanor@tdblaw.com
arlo@tdblaw.com
jlavelle@tdblaw.com

*Counsel for Defendant William Sarris*

**KOPECKY SCHUMACHER
ROSENBURG LLC**

*/s/ David Slovick*

David Slovick
James L. Kopecky
120 N. LaSalle Street, Suite 200
Chicago, IL 60602
dslovick@ksrlaw.com
jkopecky@ksrlaw.com
(312) 380-6552

*Counsel for Defendant Rainmaker
Securities, LLC*

**SO ORDERED:**

 Dated:

HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE