UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-26

*A.O.H. Driedijk Holding B.V. et al.*

Plaintiff,

v.

*Sarris et al.,*

Defendant.

Case No. **1:25-cv-05643-LAK-BCM**

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, **David M. Furbush** (Applicant) hereby moves this Court for an order granting admission pro hac vice to appear as counsel for defendant **Alison Davis** in the above-captioned action.

In support of this Motion, Applicant states as follows:

1.   Applicant's full name, firm or organization name, mailing address, telephone number, and email address are set forth below:

David M. Furbush
Law Office of David M. Furbush
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-655-1121
Email: dmf@furbush.com

**SO ORDERED**

LEWIS A. KAPLAN USDJ

1

2.   Applicant is a member in good standing of the bar of the State of California (State Bar No.83447), as well as the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

3.   Applicant is not an attorney admitted to practice in this Court.

4.   Applicant has never been convicted of a felony.

5.   Applicant has never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.   There are no disciplinary proceedings presently pending against Applicant in any jurisdiction.

7.   Accompanying this Motion are (a) Applicant's Affidavit in Support of Motion for Admission Pro Hac Vice, sworn and notarized, addressing the matters set forth in Local Civil Rule 1.3(c); (b) a Certificate of Good Standing issued by the State Bar of California within thirty (30) days of the date of this filing; and (c) a proposed Order for Admission Pro Hac Vice.

8.   The required filing fee of $200.00 has been paid electronically through the Court's CM/ECF system.

WHEREFORE, Applicant respectfully requests that this Court enter the accompanying proposed Order granting Applicant's admission to appear pro hac vice in this action on behalf of defendant Alison Davis.

2

Dated: May 26, 2026

Respectfully submitted,

By: _____

David M. Furbush
Law Office of David M. Furbush
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-655-1121
Email: dmf@furbush.com

CA State Bar No. 83447

Applicant Pro Hac Vice for Alison Davis