UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW TORK

A.O.H. DRIEDIJK HOLDING B.V., et al.,

Plaintiffs,

v.

WILLIAM SARRIS, et al.,

Defendants.

No: 1:25-cv-5643 (LAK)

AFFIDAVIT OF JAMES KOPECKY

Pursuant to Rule 1.3(k) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James Kopecky, being duly sworn, states:

1.      I am a partner with the law firm Kopecky Schumacher Rosenburg LLC in Chicago, Illinois. I am an attorney licensed to practice law in the State of Illinois. I submit this affidavit in support of my application for admission pro hac vice in the above-captioned case on behalf of Defendant Rainmaker Securities LLC.

2.      I am a member in good standing of the bar of the State of Illinois. See Attached.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.      There are no disciplinary proceedings presently against me.

James Kopecky

Sworn to and subscribed before me this _16th_ day of _JUNE_, 2026.

Signature of Notary

County _Cook_

DEBORAH C. MUELLER
Printed Name.

Commission Expires _8-1-27_

OFFICIAL SEAL
DEBORAH C MUELLER
Notary Public - State of Illinois
Commission No. 975873
My Commission Expires August 1, 2027

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

James Leonard Kopecky

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/1994 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of June, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois