**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW TORK**

**A.O.H. DRIEDIJK HOLDING B.V., et al.,**

**Plaintiffs,**

**v.**

**WILLIAM SARRIS, et al.,**

**Defendants.**

**No: 1:25-cv-5643 (LAK)**

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of attorney James Kopecky to appear pro hac vice on behalf of Defendant Rainmaker Securities LLC in the above-captioned case is **GRANTED**.

**IT IS HEREBY ORDERED** that Mr. Kopecky is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026

_____
Lewis A. Kaplan
United States District Judge