**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW TORK**

| | |
|---|---|
| **LORI RAFA MAXWELL and**<br>**ANTHONY DELUCCIA, et al.,**<br><br>           **Plaintiffs,**<br><br>           **v.**<br><br>**WILLIAM SARRIS, et al.,**<br>      **Defendants.** | **No: 1:25-cv-5643 (LAK)**<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney James Kopecky hereby moves the Court for an order allowing him to appear pro hac vice in the above-captioned case on behalf of Defendant Rainmaker Securities LLC. Submitted with this Motion are the affidavit and certificate of good standing required by Local Rule 1.3(k), and a proposed order granting this Motion.

Dated: June 16, 2026

Respectfully submitted,

/s/ James Kopecky
James Kopecky
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
jkopecky@ksrlaw.com
(312) 380-6552

*Attorney for Defendant Rainmaker Securities LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 16, 2026, I caused the foregoing Motion to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

<u>/s/ James Kopecky</u>