Case 1:25-cv-05643-LAK-BCM    Document 106    Filed 06/16/26    Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 6-23-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI RAFA MAXWELL and
ANTHONY DELUCCIA, et al.,

                    Plaintiffs,

          v.

WILLIAM SARRIS, et al.,
         Defendants.

No: 1:25-cv-5643 (LAK)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, attorney James Kopecky hereby moves the Court for an order

allowing him to appear pro hac vice in the above-captioned case on behalf of Defendant Rainmaker

Securities LLC. Submitted with this Motion are the affidavit and certificate of good standing

required by Local Rule 1.3(k), and a proposed order granting this Motion.

Dated: June 16, 2026

Respectfully submitted,

/s/ James Kopecky
James Kopecky
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
jkopecky@ksrlaw.com
(312) 380-6552

*Attorney for Defendant Rainmaker Securities LLC*

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026, I caused the foregoing Motion to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ James Kopecky