AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

<table>
<tr><td>MAXWELL et al,</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.    1:25-cv-5643-LAK-BCM</td></tr>
<tr><td>SARRIS</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norman Reed and Adam T. Henderson                                                                                          .

Date:       07/10/2026

/s/ Jenna M. Dabbs
*Attorney's signature*

Jenna M. Dabbs, JM1245
*Printed name and bar number*

HECKER FINK LLP
350 Fifth Avenue, 63 Floor
New York, NY 10118
*Address*

jdabbs@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*