AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| MAXWELL et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     1:25-cv-5643-LAK-BCM |
| SARRIS | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norman Reed and Adam T. Henderson                                                          .

Date:        07/10/2026                                    /s/ Kate L. Doniger
                                                                              *Attorney's signature*

                                                               Kate L. Doniger, KD4213
                                                               *Printed name and bar number*

                                                               HECKER FINK LLP
                                                               350 Fifth Avenue, 63 Floor
                                                               New York, NY 10118
                                                               *Address*

                                                               kdoniger@heckerfink.com
                                                               *E-mail address*

                                                               (212) 763-0883
                                                               *Telephone number*

                                                               (212) 564-0883
                                                               *FAX number*