AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MAXWELL et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-5643-LAK-BCM |
| SARRIS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norman Reed and Adam T. Henderson                                                                      .

Date:      07/10/2026

/s/ Jacob Steiner
*Attorney's signature*

Jacob Steiner, 6259253
*Printed name and bar number*

HECKER FINK LLP
350 Fifth Avenue, 63 Floor
New York, NY 10118

*Address*

jsteiner@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*