# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC. <br><br> Defendants. | Case No. 1:25-cv-5643 (LAK) <br><br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, William H. Kimball (Applicant) hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant David Paul in the above-captioned action.

I am a member in good standing of the bars of the states of California and New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a notarized affidavit pursuant to Local Rule 1.3(k).

Dated: July 17, 2026

Respectfully submitted,

*/s/ William H. Kimball*
William H. Kimball
Law Office of William H. Kimball
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 704-1400
wkimball@wkimball.com

*Applicant for Defendant David Paul*