## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**AFFIDAVIT OF WILLIAM H. KIMBALL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE WITH CERTIFICATES OF GOOD STANDING AND NOTARY ACKNOWLEDGEMENT** |

Pursuant to Rule 1.3(k) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William H. Kimball, being duly sworn, state:

1. I submit this affidavit in support of my motion for admission Pro Hac Vice in the above-captioned case on behalf of Defendant David Paul.

2. I am a member in good standing of the bars of the State of California and the State of New York. Please see attached certificates of good standing.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

_____
William H. Kimball



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *WILLIAM HUGO KIMBALL*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that WILLIAM HUGO KIMBALL, #242626, was on the 1st day of June 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 13th day of July 2026.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
T. Ma, Deputy Clerk



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, *Susanna M. Rojas*, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## William H. Kimball

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 16, 1990**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 7, 2026.

*Clerk of the Court*

CertID-00297808

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ MARin _____ )

On __ 7/16/26 __ before me, __ Tim Solomon, Notary public __
(insert name and title of the officer)

personally appeared __ William H Kimball __,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __ Tim Soloman __        (Seal)

TIM SOLOMON
Notary Public - California
Marin County
Commission # 2512676
My Comm. Expires Mar 19, 2029