## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC. <br><br> Defendants. | Case No. 1:25-cv-5643 (LAK) <br><br> [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 07/20/2026 |

The motion of Applicant William H. Kimball for admission to practice Pro Hac Vice in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the states of California and New York; and that his contact information is as follow:

William H. Kimball
Law Office of William H. Kimball
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 704-1400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant David Paul in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July ___20___ , 2026

_____
HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE