**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

A.O.H. DRIEDIJK HOLDING B.V. and
JAIMIN BHATT, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiffs,

    v.

WILLIAM SARRIS, JOSEPH A. ENDOSO,
DAVID PAUL, BRIAN MORAN, KARIM NURANI,
MARGARET SLEMMER, VICTOR JIANG,
ALISON DAVIS, NORMAN REED,
ADAM T. HENDERSON, and RAINMAKER
SECURITIES, LLC,

                    Defendants.

-----------------------------------------------------------------------X

Case No. 1:25-cv-5643
(LAK) (BCM)

**NOTICE OF**
**APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that I, Alicia N. Washington, of the law firm Pierson

Ferdinand LLP and a member of this Court in good standing, hereby enter my appearance as

counsel of record on behalf of Defendant Joseph A. Endoso, in the above-captioned action, and

request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
      July 24, 2026

PIERSON FERDINAND LLP

By: */s/* Alicia N. Washington
    Alicia N. Washington
    1270 Avenue of the Americas
    7th Floor-1050
    New York, NY 10020
    T: (929) 484-3684

*Counsel for Defendant Joseph A. Endoso*