AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| A.O.H Driedijk Holding B.V., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:25-cv-5643-LAK-BCM |
| Sarris, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Margaret Slemmer                                                                              .

Date:     07/27/2026                                     /s/ Brian M. French
                                                                          *Attorney's signature*

                                                            Brian M. French, 5262498
                                                            *Printed name and bar number*

                                                            Cooley LLP
                                                            55 Hudson Yards
                                                            New York, NY 10001-2163

                                                            *Address*

                                                            bfrench@cooley.com
                                                            *E-mail address*

                                                            (212) 479-6000
                                                            *Telephone number*

                                                            (212) 479-6275
                                                            *FAX number*