AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| A.O.H Driedijk Holding B.V., et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sarris, et al. | ) |
| *Defendant* | ) |

Case No.    1:25-cv-5643-LAK-BCM

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Margaret Slemmer                                                                                               .

Date:    07/27/2026

/s/ Brian P. Golger
*Attorney's signature*

Brian P. Golger, 5899240
*Printed name and bar number*

Cooley LLP
55 Hudson Yards
New York, NY 10001-2163

*Address*

bgolger@cooley.com
*E-mail address*

(212) 479-6000
*Telephone number*

(212) 479-6275
*FAX number*