**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK) (BCM)<br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander Setzepfandt, of the law firm Ehrlich & Craig LLP and a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Karim Nurani, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: July 27, 2026
      Berkeley, California

**EHRLICH & CRAIG LLP**

By: */s/ Alexander Setzepfandt*
    Alexander Setzepfandt
    803 Hearst Avenue
    Berkeley, California 94710
    Telephone: (510) 548-3600
    Fax: (510) 291-3060
    alex@ehrlich-craig.com

*Counsel for Defendant Karim Nurani*