UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>- against -<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>       Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br> |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

**WHEREAS**, on May 5, 2026, the Court entered a Stipulation and Amended Scheduling Order requiring Defendants to answer or move to dismiss the First Amended Complaint ("FAC") by July 30, 2026; requiring Plaintiffs to file any opposition to any motion to dismiss on October 1, 2026; and requiring Defendants to file any reply in support of their motion to dismiss on November 5, 2026. (ECF 103);

**WHEREAS**, Defendants William Sarris, Joseph A. Endoso, David Paul, Brian Moran, Karim Nurani, Margaret Slemmer, Norman Reed, Adam T. Henderson, and Rainmaker Securities (the "undersigned Defendants") intend to file or join portions of a consolidated brief on joint interests in connection with their motion to dismiss the FAC, with some of the undersigned Defendants also filing separate, shorter briefs on Defendant-specific issues;

**WHEREAS**, to ensure an efficient and orderly presentation of joint and Defendant-specific arguments to the Court, the undersigned Defendants respectfully submit that they require an extension of the Court's page limits for moving and reply briefs for both the consolidated

memorandum of law and separate page limits for any shorter Defendant-specific supplemental memoranda of law;

**WHEREAS**, on July 24, 2026, Lead Counsel for Plaintiffs met with counsel for Defendant William Sarris, acting on behalf of undersigned Defendants, to confer about an extension of page limits for moving, opposition, and reply briefs in connection with the undersigned Defendants' motions to dismiss the FAC;

**WHEREAS**, Plaintiffs may file an ominibus brief in opposition to any motions to dismiss the FAC, and Lead Counsel for Plaintiffs would agree to undersigned Defendants' request for an extension of this Court's page limits for moving and reply briefs so long as Plaintiffs receive a corresponding extension of page limits for briefs in opposition to the consolidated motion to dismiss and any Defendant-specific supplemental motions to dismiss;

**WHEREAS**, Counsel for the undersigned Defendants understand that no counsel has appeared yet in this action on behalf of Defendant Victor Jiang and have been advised that counsel for Defendant Alison Davis has taken ill, but that no contact information for replacement counsel for Defendant Davis has been provided to undersigned Defendants;

**WHEREAS**, to accomplish the above goals, the undersigned Defendants respectfully submit that they require an extension of page limits for briefing on the consolidated motion to dismiss and any Defendant-specific motions to dismiss as described below;

**NOW, THEREFORE**, Lead Plaintiffs and the undersigned Defendants, by and through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1.      With respect to undersigned Defendants' consolidated motion to dismiss, the undersigned Defendants shall have up to 55 pages for their opening brief, Plaintiffs shall have up

2

to 55 pages for their opposition brief; and the undersigned Defendants shall have up to 25 pages for any reply brief;

2. With respect to supplemental briefing on Defendant-specific issues, the relevant parties shall have up to:[1] (a) 10 pages for the opening brief of Defendant Slemmer, 10 pages for Plaintiffs' opposition brief, and 5 pages for any reply brief; (b) 15 pages for the joint opening brief of Defendants Reed and Henderson, 15 pages for Plaintiffs' opposition brief, and 10 pages for any joint reply brief; (c) 8 pages for the opening brief of Defendant Rainmaker, 8 pages for Plaintiffs' opposition brief, and 5 pages for any reply brief; and (d) 5 pages for the opening brief of any other undersigned Defendant, 5 pages for Plaintiffs' opposition brief, and 2 pages for any reply brief.

**DILWORTH PAXSON LLP**
*/s/ Catherine Pratsinakis*
Catherine Pratsinakis (admitted pro hac vice)
1650 Market Street, Suite 1200
Philadelphia, PA 19139
Telephone: (215) 575-7013
cpratsinakis@dilworthlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda Lawrence
Matthew Peller
The Helmsley Building
230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: (212) 223-6444
alawrence@scott-scott.com
mpeller@scott-scott.com

*Counsel for Lead Plaintiffs*

**TREANOR DEVLIN BROWN PLLC**
*/s/ Timothy J. Treanor*
Timothy J. Treanor
Arlo Devlin-Brown
John J. Lavelle
230 Park Avenue, Suite 450
New York, NY 10169
Telephone: +1 (212) 858-9080
ttreanor@tdblaw.com
arlo@tdblaw.com
jlavelle@tdblaw.com

*Counsel for Defendant William Sarris*

**PIERSON FERDINAND LLP**
*/s/ Aurora Cassirer*
Aurora Cassirer
Alicia N. Washington
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
aurora.cassirer@pierferd.com
alicia.washington@pierferd.com

---

[1] Slemmer, Reed, and Henderson plan to join in the consolidated brief only in part and therefore require additional pages for their supplemental briefs. Reed and Henderson plan to file jointly, and Slemmer may choose to join Reed and Henderson in joint briefs but has not yet made that decision.

3

*Counsel for Defendant Joseph Endoso*

**LAW OFFICE OF WILLIAM H. KIMBALL**
*/s/ William H. Kimball*
William H. Kimball
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 704-1400
wkimball@wkimball.com

*Counsel for Defendant David Paul*

**CHIESA SHAHINIAN & GIANTOMASI PC**
*/s/ Lee Vartan*
Lee Vartan
11 Times Square, 34th Floor
New York, New York 10036
Telephone: (212) 973-0572
lvartan@csglaw.com

*Counsel for Defendant Brian Moran*

**EHRLICH & CRAIG LLP**
*/s/ Alexander Setzepfandt*
Alexander Setzepfandt
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060
alex@ehrlich-craig.com

*Counsel for Defendant Karim Nurani*

**COOLEY LLP**
*/s/ Brian M. French*
Brian M. French
Brian P. Golger
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6504
bfrench@cooley.com
bgolger@cooley.com

4

Case 1:25-cv-05643-LAK-BCM   Document 115   Filed 07/24/26   Page 5 of 5

*Counsel for Defendant Margaret Slemmer*

**HECKER FINK LLP**
*/s/ Jenna M. Dabbs*
Jenna M. Dabbs
Kate L. Doniger
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
jdabbs@heckerfink.com
kdoniger@heckerfink.com

*Counsel for Defendants Norman Reed and
Adam T. Henderson*

**KOPECKY SCHUMACHER
ROSENBURG LLC**
*/s/ David Slovick*
David Slovick
James L. Kopecky
120 N. LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 380-6552
dslovick@ksrlaw.com
jkopecky@ksrlaw.com

*Counsel for Defendant Rainmaker Securities,
LLC*

**SO ORDERED:**

Dated:  July 27, 2026

_____
HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE

5