**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. and JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, and RAINMAKER SECURITIES, LLC,<br><br>Defendants. | No. 1:25-cv-5643 (LAK) (BCM) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Lee Vartan, Esq. of Chiesa Shahinian & Giantomasi PC is admitted to practice in this Court and hereby appears as counsel for Defendant Brian Moran in the above-captioned matter.  Counsel hereby requests that all papers be served upon the undersigned.

CHIESA SHAHINIAN & GIANTOMASI PC

By  /s/ *Lee Vartan*
      Lee Vartan

Dated:  July 28, 2026

Lee Vartan, Esq.
11 Times Square, 34th Floor
New York, NY 10036
(p) 973.325.1500
(f) 973.325.1501
lvartan@csglaw.com