UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiffs,<br><br>    - against -<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>                 Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 1.4 of this Court, that I, Thomas Ross Hooper, of the law firm Seward & Kissel LLP and a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Alison Davis, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
      July 28, 2026

                **SEWARD & KISSEL LLP**

                By: _/s/ Thomas Ross Hooper_
                   Thomas Ross Hooper
                   One Battery Park Plaza
                   New York, New York 10004
                   Telephone: (212) 574-1200
                   hooper@sewkis.com

                *Counsel for Defendant Alison Davis*