UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-5643 (LAK) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| - against - | |
| WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC, | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 1.4 of this Court, that I, Brian P. Maloney, of the law firm Seward & Kissel LLP and a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Alison Davis, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
July 28, 2026

SEWARD & KISSEL LLP

By: */s/ Brian P. Maloney*
Brian P. Maloney
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
maloney@sewkis.com

*Counsel for Defendant Alison Davis*