**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------X

A.O.H. DRIEDIJK HOLDING B.V. and                    Case No. 1:25-cv-5643
JAIMIN BHATT, Individually and on Behalf of          (LAK) (BCM)
All Others Similarly Situated,

                    Plaintiffs,

     v.                                              **NOTICE OF**
                                                     **APPEARANCE**

WILLIAM SARRIS, JOSEPH A. ENDOSO,
DAVID PAUL, BRIAN MORAN, KARIM NURANI,
MARGARET SLEMMER, VICTOR JIANG,
ALISON DAVIS, NORMAN REED,
ADAM T. HENDERSON, and RAINMAKER
SECURITIES, LLC,

                    Defendants.

---------------------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

          PLEASE TAKE NOTICE that I, Aurora Cassirer, of the law firm Pierson Ferdinand

LLP and a member of this Court in good standing, hereby enter my appearance as counsel of record

on behalf of Defendant Joseph A. Endoso, in the above-captioned action, and request that copies of

all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
          July 28, 2026

                                                     PIERSON FERDINAND LLP

                                                     By: */s/ Aurora Cassirer*
                                                         Aurora Cassirer
                                                         1270 Avenue of the Americas
                                                         7th Floor-1050
                                                         New York, NY 10020
                                                         T: (917) 817-6617

                                                     *Counsel for Defendant Joseph A. Endoso*