UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT ALISON DAVIS'S DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/2026

**WHEREAS,** on May 27, 2026, the Court entered a Stipulation and Amended Scheduling Order requiring Defendants to answer or move to dismiss the First Amended Complaint ("FAC") by July 30, 2026; requiring Plaintiffs to file any opposition to any motion to dismiss on October 1, 2026; and requiring Defendants to file any reply in support of their motion to dismiss on November 5, 2026. (ECF 103);

**WHEREAS,** prior counsel to Defendant Alison Davis is unable to continue representing Defendant Davis as a result of a medical emergency;

**WHEREAS,** Defendant Alison Davis retained new counsel on July 27, 2026, who appeared on her behalf on July 28, 2026. (ECF 121, 122);

**WHEREAS,** new Counsel for Defendant Alison Davis respectfully submits that they require additional time to become familiar with the record, review the relevant filings, and prepare Defendant Davis's response to the FAC;

**WHEREAS,** Defendant Alison Davis does not seek to modify any other deadline, no prior request has been made by Defendant Alison Davis for an extension, and the requested extension does not affect any other deadlines or scheduled dates set forth in the Court's Amended Scheduling Order; and

**WHEREAS,** Counsel for Defendant Alison Davis has conferred with Counsel for Lead Plaintiffs and Counsel for Defendants William Sarris, Joseph A. Endoso, David Paul, Brian Moran, Karim Nurani, Margaret Slemmer, Norman Reed, Adam T. Henderson, and Rainmaker Securities (the "undersigned Defendants"), who have consented to a fourteen-day extension of Defendant Davis's deadline to respond to the FAC.

**NOW, THEREFORE,** Lead Plaintiffs and the undersigned Defendants, by and through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1.    The deadline for Defendant Alison Davis to answer or move to dismiss the FAC is extended by fourteen (14) days from July 30, 2026, to August 13, 2026.  No other deadlines are affected by this extension.


**DILWORTH PAXSON LLP**
*/s/ Catherine Pratsinakis*
Catherine Pratsinakis (admitted pro hac vice)
1650 Market Street, Suite 1200
Philadelphia, PA 19139
Telephone: (215) 575-7013
cpratsinakis@dilworthlaw.com


**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

**SEWARD & KISSEL LLP**
*/s/ Brian P. Maloney*
Brian P. Maloney
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
maloney@sewkis.com
hooper@sewkis.com

*Counsel for Defendant Alison Davis*

Amanda Lawrence
Matthew Peller

The Helmsley Building
230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: (212) 223-6444
alawrence@scott-scott.com
mpeller@scott-scott.com

*Counsel for Lead Plaintiffs*

**TREANOR DEVLIN BROWN PLLC**
*/s/ Timothy J. Treanor*
Timothy J. Treanor
Arlo Devlin-Brown
John J. Lavelle
230 Park Avenue, Suite 450
New York, NY 10169
Telephone: +1 (212) 858-9080
ttreanor@tdblaw.com
arlo@tdblaw.com
jlavelle@tdblaw.com

*Counsel for Defendant William Sarris*

**PIERSON FERDINAND LLP**
*/s/ Alicia N. Washington*
Aurora Cassirer
Alicia N. Washington
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
aurora.cassirer@pierferd.com
alicia.washington@pierferd.com

*Counsel for Defendant Joseph Endoso*

**LAW OFFICE OF WILLIAM H. KIMBALL**
*/s/ William H. Kimball*
William H. Kimball
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 704-1400
wkimball@wkimball.com

*Counsel for Defendant David Paul*

3

**CHIESA SHAHINIAN & GIANTOMASI PC**

*/s/ Lee Vartan*

Lee Vartan
11 Times Square, 34th Floor
New York, New York 10036
Telephone: (212) 973-0572
lvartan@csglaw.com

*Counsel for Defendant Brian Moran*

**EHRLICH & CRAIG LLP**

*/s/ Alexander Setzepfandt*

Alexander Setzepfandt
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060
alex@ehrlich-craig.com

*Counsel for Defendant Karim Nurani*

**COOLEY LLP**

*/s/ Brian M. French*

Brian M. French
Brian P. Golger
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6504
bfrench@cooley.com
bgolger@cooley.com

*Counsel for Defendant Margaret Slemmer*

**HECKER FINK LLP**

*/s/ Jenna M. Dabbs*

Jenna M. Dabbs
Kate L. Doniger
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
jdabbs@heckerfink.com
kdoniger@heckerfink.com

Case 1:25-cv-05643-LAK-BCM     Document 124     Filed 07/28/26     Page 5 of 5

*Counsel for Defendants Norman Reed and Adam T. Henderson*

**KOPECKY SCHUMACHER ROSENBURG LLC**

*/s/ James L. Kopecky*
David Slovick
James L. Kopecky
120 N. LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 380-6552
dslovick@ksrlaw.com
jkopecky@ksrlaw.com

*Counsel for Defendant Rainmaker Securities, LLC*

**SO ORDERED:**

Dated:  July 29, 2026

HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE