UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

A.O.H. DRIEDIJK HOLDING B.V. and JAIMIN BHATT,    Case No. 1:25-cv-5643
Individually and on Behalf of All Others Similarly Situated,    (LAK) (BCM)

                                    Plaintiffs,

                         – against –

WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL,
BRIAN MORAN, KARIM NURANI, MARGARET
SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN
REED, ADAM T. HENDERSON, and RAINMAKER
SECURITIES, LLC,

                                    Defendants.

--------------------------------------------------------------------------------X

**NOTICE OF CONSOLIDATED MOTION
TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the

Moving Defendants' Consolidated Motion to Dismiss the First Amended Complaint, the

Declaration of Timothy J. Treanor, sworn to on July 30, 2026, together with all exhibits thereto,

the pleadings and proceedings previously had in herein, and such other matters as may properly

come before the Court, Defendants William Sarris, Joseph Endoso, David Paul, Brian Moran,

Karim Nurani, and Rainmaker Securities, LLC ("Moving Defendants") hereby move this Court,

before the Honorable Lewis A. Kaplan, United States District Judge, at the United States

Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New

York 10007, on a date and time to be determined by the Court pursuant to the Court's Individual

Rules, for an Order:

1. Granting the Moving Defendants' Consolidated Motion to Dismiss the First Amended
   Complaint in its entirety with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of
   Civil Procedure for failure to state a claim upon which relief can be granted; and

2. Granting such other and further relief as the Court deems just and proper.

1

Dated: New York, New York
        July 30, 2026

Respectfully submitted,

TREANOR DEVLIN BROWN PLLC
*/s/ Timothy J. Treanor*
Timothy J. Treanor
Arlo Devlin-Brown
John J. Lavelle
230 Park Avenue, Suite 450
New York, NY 10169
Telephone: +1 (212) 858-9080
ttreanor@tdblaw.com
arlo@tdblaw.com
jlavelle@tdblaw.com
*Counsel for Defendant William Sarris*

PIERSON FERDINAND LLP
*/s/ Aurora Cassirer*
Aurora Cassirer
Alicia N. Washington
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
aurora.cassirer@pierferd.com
alicia.washington@pierferd.com
*Counsel for Defendant Joseph Endoso*

LAW OFFICE OF WILLIAM H. KIMBALL
*/s/ William H. Kimball*
William H. Kimball
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 704-1400
wkimball@wkimball.com
*Counsel for Defendant David Paul*

CHIESA SHAHINIAN & GIANTOMASI PC
*/s/ Lee Vartan*
Lee Vartan
11 Times Square, 34th Floor
New York, New York 10036
Telephone: (212) 973-0572
lvartan@csglaw.com
*Counsel for Defendant Brian Moran*

EHRLICH & CRAIG LLP
*/s/ Alexander Setzepfandt*
Alexander Setzepfandt
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060
alex@ehrlich-craig.com
*Counsel for Defendant Karim Nurani*

KOPECKY SCHUMACHER ROSENBURG
LLC
*/s/ David Slovick*
David Slovick
James L. Kopecky
120 N. LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 380-6552
dslovick@ksrlaw.com
jkopecky@ksrlaw.com
*Counsel for Defendant Rainmaker Securities,
LLC*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Timothy J. Treanor*
Timothy J. Treanor

3