**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>      Defendants. | Case No.: 1:25-CV-05643-LAK<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT MARGARET SLEMMER'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the Supplemental Memorandum of Law in Support of Defendant Margaret Slemmer's Motion to Dismiss Plaintiffs' Amended Class Action Complaint, filed November 17, 2025 (the "Amended Complaint"), the Memorandum of Law in Support of the Moving Defendants' Consolidated Motion to Dismiss the First Amended Complaint, and all pleadings and proceedings herein, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Margaret Slemmer, by and through her undersigned counsel, will move this Court, before the Honorable Judge Lewis A. Kaplan, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for an Order granting dismissal of Plaintiffs' Amended Complaint in its entirety with prejudice, and granting other and further relief as the Court deems proper.

Dated: July 30, 2026

**COOLEY LLP**

By:    */s/ Brian M. French*

Brian M. French (SBN 5262498)
Brian Golger (SBN 5899240)
55 Hudson Yards
New York, NY 10001-2163
Tel: (212) 479-6000
Fax: (212) 479-6275
bfrench@cooley.com
bgolger@cooley.com

*Attorneys for Defendant Margaret Slemmer*

2