UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------x

A.O.H. DRIEDIJK HOLDING B.V. and JAIMIN BHATT,

individually and on behalf of all others similarly situated,

    Plaintiffs,

          v.

WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID
PAUL, BRIAN MORAN, KARIM NURANI,
MARGARET SLEMMER, VICTOR JIANG, ALISON
DAVIS, NORMAN REED, ADAM T. HENDERSON, and
RAINMAKER SECURITIES, LLC,

    Defendants.

-----------------------------------------------------------------------------------x

Case No. 1:25-cv-05643
(LAK) (BCM)

### DECLARATION OF TIMOTHY J. TREANOR IN SUPPORT OF THE MOVING DEFENDANTS' CONSOLIDATED MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Timothy J. Treanor, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Managing Principal in the law firm of Treanor Devlin Brown PLLC and am counsel to Defendant William Sarris in the above-captioned action. I respectfully submit this Declaration in support of the Moving Defendants' Consolidated Motion To Dismiss the First Amended Complaint (the "FAC").[1]

2. I submit this declaration solely to place before the Court true and correct copies of documents that plaintiffs reference or rely upon, together with certain public records. The grounds on which these documents are properly considered on a motion to dismiss—incorporation by reference, the integral-document doctrine, and judicial notice—are set out in the accompanying memorandum of law. The facts stated herein are based on my personal knowledge and on my review of the records maintained by my firm in this matter and certain public records. If called as a witness, I could and would testify competently as to the facts herein.

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to such terms in the Motion.

3. Attached hereto as Exhibit A is a true and correct copy of the First Amended Complaint in this action, filed on November 17, 2025 (ECF No. 46).

4. Attached hereto as Exhibit B is a true and correct copy of the Amended and Restated Limited Liability Company Operating Agreement of Linqto Liquid shares, LLC, effective January 21, 2020, including its schedules and attachments. This document was produced by a Linqto investor in the Chapter 11 proceedings, *In re Linqto Texas, LLC*, No. 25-90186 (Bankr. S.D. Tex.) and was filed in that proceeding at Bk. Dkt. 1905-2.[2]

5. Attached hereto as Exhibit C is a true and correct copy of Amendment No. 1, effective August 7, 2024, to the Second Amended and Restated Limited Liability Company Operating Agreement of Linqto Liquidshares, LLC, effective January 1, 2022. This document was produced by the debtors in the Chapter 11 proceedings, *In re Linqto Texas, LLC*, No. 25-90186 (Bankr. S.D. Tex.), and was filed in that proceeding at Bk. Dkt. 1295-8.

6. Attached hereto as Exhibit D are true and correct copies of proofs of claim numbers 10156 (A.O.H. Driedijk Holding B.V.), 10560 (Jaimin Bhatt), and 10642 (A.O.H. Driedijk Holding B.V.), together with the attachments filed therewith, filed by A.O.H. Driedijk Holding B.V. and Jaimin Bhatt on December 8, 2025, in the Chapter 11 proceedings, *In re Linqto Texas, LLC*, No. 25-90186 (Bankr. S.D. Tex.) at Bk. Dkt. 1127-1 (Pratsinakis Decl.) Ex. 1 (Rule 2004 Notice to UCC) at Ex. B (proofs of claim).

7. The lead plaintiffs filed proofs of claim on behalf of the proposed class in this matter in the Chapter 11 proceedings, *In re Linqto Texas, LLC*, No. 25-90186 (Bankr. S.D. Tex.).  The proofs of claim are reflected on the claims register at Proof of Claim Nos. 14822, 14825, 14830, and 14831, but the filings themselves are not currently available from the claims administrator.

8. Attached hereto as Exhibit E are true and correct copies of the following materials filed in this action on September 8, 2025 in support of the motion for appointment of Lead Plaintiffs (ECF No. 23): (i) the Certifications of Ademar Driedijk, Director and Sole Owner of A.O.H. Driedijk Holding B.V., and Jaimin Bhatt, together with the accompanying schedules of their transactions in Linqto securities (ECF No. 23-1); (ii) a Principal Loss Analysis (ECF No. 23-2); and (iii) the Joint Declaration of Linqto Investors, executed by Ademar Driedijk and Jaimin Bhatt (ECF No. 23-3).

9. Attached hereto as Exhibit F are true and correct copies of Notices of Exempt Offering of Securities (Form D), and amendments thereto, filed with the U.S. Securities and Exchange Commission by or on behalf of Linqto Liquidshares, LLC for the following Series, retrieved at my direction on July 30, 2026, from the SEC's EDGAR system: Ripple – Series 5 (initial filing, dated April 11, 2022, as amended May 22, 2023, as amended again April 4, 2024); PolySign – Series 13 (initial filing, dated December 13, 2022, as amended December 4, 2023,

---

[2] The Operating Agreement consists of pages 1-77 of an 81-page exhibit filed in the bankruptcy proceeding as indicated by the filing stamp at the top of the document. The remaining four pages are not part of the Operating Agreement.  They consist of three different investor membership certificates and a scan of a shipping label and appear to be a misnumbered part of the next exhibit in the filing.

as amended again December 11, 2024); Ripple – Series 29 (dated April 4, 2024); Space Exploration – Series 12 (dated July 15, 2024); H2O.ai – Series 3 (dated October 21, 2024); Cerebras – Series 28 (dated November 25, 2024); Databricks – Series 1 (dated November 26, 2024) and Anthropic – Series 16 (dated December 2, 2024).

10. Attached hereto as Exhibit G are true and correct copies of archived versions of pages from Linqto's website, www.linqto.com—including its "Frequently Asked Questions" pages—as captured and preserved by the Internet Archive's Wayback Machine (web.archive.org) on the capture dates reflected in the Internet Archive banner appearing on each page. These copies were retrieved on July 30, 2026, from web.archive.org at my direction.

11. Attached hereto as Exhibit H are true and correct copies of two Linqto Liquidshares subscription agreement samples, dated October 19, 2021, and January 2, 2025, respectively. These subscription agreements were produced by the debtors in the Chapter 11 proceedings, *In re Linqto Texas, LLC*, No. 25-90186 (Bankr. S.D. Tex.), as hearing exhibits and were filed in that proceeding on October 1, 2025, at Bk. Dkt. 634 (Witness and Exhibit List) Ex. 29 (January 2, 2025, subscription agreement) and Ex. 35 (October 19, 2021, subscription agreement).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 30th July 2026, at New York, New York.

/s/ Timothy J. Treanor
Timothy J. Treanor

**TREANOR DEVLIN BROWN PLLC**
230 Park Avenue, Suite 450
New York, NY 10169
Telephone: +1 (212) 858-9080
ttreanor@tdblaw.com

*Counsel to Defendant William Sarris*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Timothy J. Treanor*
Timothy J. Treanor