Treanor Declaration - Exhibit C

Docusign Envelope ID: 6B3CE9FE-B368-4EC1-A2A6-68B24FDA6C20

# AMENDMENT NO. 1 TO OPERATING AGREEMENTS

This Amendment No. 1 (the "Amendment") to the Amended and Restated Limited Liability Company Operating Agreement of Linqto Liquidshares LLC, dated as of January 1, 2020 ("Original Operating Agreement") and to the Second Amended and Restated Limited Liability Company Operating Agreement of Linqto Liquidshares LLC, dated as of January 1, 2022 ("Current Operating Agreement," and together, the "Operating Agreements"), is made and effective as of August 7, 2024.  Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in the Current Operating Agreement.

**WHEREAS,** Section 2.2(b**)** of the Original Operating Agreement and Section 2.4(b) of the Current Operating Agreement each provide the Managing Member with authority to sell, transfer, or otherwise dispose of the Company Investments in a manner greater than is required to effect the purposes of each Series;

**WHEREAS**, the Managing Member believes the expansive authority over Company Investments in each of the Operating Agreements resulted from an inadvertent clerical error and intends to limit that authority to effect the respective purpose of each Series;

**WHEREAS**, the Managing Member intends to clarify that its authority over the Company Investments in each of the Operating Agreements was limited to effecting the purposes of each Series; and

**WHEREAS**, Section 11.1(a)(iii) of each of the Operating Agreements authorizes the Managing Member to amend the respective Operating Agreement without the consent of the Members, including without limitation: to (F) cure any manifest errors or ambiguity in the terms of the Operating Agreement, including amendments to correct typographical errors, eliminate ambiguities, or make other changes that the Managing Member determines in good faith not to be adverse to the Members; (J) add to the representations, duties, or obligations of the Managing Member, or surrender any right or power (but not responsibilities) granted to the Managing Member in the Operating Agreement; or (L) make any other amendments that, in the reasonable discretion of the Managing Member, would not be materially adverse to the Members.

**NOW, THEREFORE,** in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Managing Member hereby amends each of the Operating Agreements as written below:

1.  Each of Section 2.2(b) of the Original Operating Agreement and Section 2,4(b) of the Current Operating Agreement shall hereby be read as follows:

*… Authority of the Managing Member*. The Managing Member shall have the power on behalf of and in the name of the Company and any Series to carry out any and all of the objects and purposes of the Company and each Series in accordance with, and subject to the limitations contained in, this Agreement, and to perform all acts that the Managing Member, in its sole and absolute discretion, may deem necessary, desirable, or appropriate in connection therewith and with the business and operations of the Company and each Series, including, without limitation, the power to:

(a)  …

(b)  acquire, hold, manage, own, sell, transfer, convey, assign, exchange, pledge or otherwise dispose of any Company Investment; and any other security, instrument or other investment that may be

Docusign Envelope ID: 6B3CE9FE-B368-4FC1-A2A6-68B24FDA6C20

consistent with the investment program of the Company; provided, however, that the sale, transfer, assignment, or otherwise disposition of a Company Investment held by a Series shall (1) only occur upon the approval of the Members representing a majority of the Interests of the Series, or (2) in connection with a merger or acquisition, tender offer, initial public offering, or other transaction that otherwise results in liquidity involving the Company Investment initiated by a third party over which the Manager has no control. Subject to the limitation set forth in the preceding sentence, the Company may enter into any of the transactions contemplated by this Section 2.4(b) with any party, including, without limitation, Affiliates of the Manager; …

2. All other sections of the Operating Agreements remain unchanged.


**IN WITNESS WHEREOF**, the undersigned Managing Member of the Company, intending to be legally bound, have caused this Amendment to be duly executed and delivered as of the date first set forth above.


**LINQTO LIQUIDSHARES MANAGER LLC**

By:_____Joe Endoso_____
Print Name: Joseph Endoso
Title: CEO