Treanor Declaration - Exhibit D

**EXHIBIT B – PROOFS OF CLAIM**

Case 25-90188 Document 110-3 Filed in TXSB on 07/28/25 Page 3 of 41

**Claim** #10560

**Creditor** Jaimin, Bhatt

**Value** $42,748.58

**Filed** Jul 22 2025

No Image

**Debtor** 25-90188   LINQTO LIQUIDSHARES LLC

| Creditor Address | Filed Amounts | |
| --- | --- | --- |
| Address on file | Claimed Unsecured | $42,748.58 |
| | **Remarks** | |

Hide Details ▲

| United States Bankruptcy Court for the Southern District of Texas | | |
|---|---|---|
| **Name of Debtor:** Linqto Texas, LLC | | **For Court Use Only** |
| | | Claim Number: 0000010156 |
| **Case Number:** 25-90186 | | File Date: 07/14/2025 13:19:06 |

# Proof of Claim (Official Form 410)

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

04/25

---

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): A.O.H. Driedijk Holding B.V.

Other names the creditor used with the debtor: Ademar Driedijk

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: A.O.H. Driedijk Holding B.V. | Name: _____ |
| Address: Laan der V.O.C. 194 | Address: _____ |
| City: Almere | City: _____ |
| State: _____ ZIP Code 1335RV | State: _____ ZIP Code _____ |
| Country (if International): Netherlands | Country (if International): _____ |
| Phone: _____ | Phone: _____ |
| Email: rdriedijk@gmail.com | Email: _____ |
| Uniform claim identifier (if you use one): _ _ _ _ _ _ _ _ _ _ _ _ | |

**4. Does this claim amend one already filed?**

☑ No

☐ Yes.

Claim number on court claims register (if known) _____

Filed on _____
       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes.

Who made the earlier filing? _____

Page 1 of 3

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

_____

**7. How much is the claim?**

$ \_\_\_300,029.22_____  unliquidated

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Other Basis _____

Contingent SPV investment (Ripple)

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

| Part 3: | Sign Below |
|---|---|

<table>
<tr>
<td>

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

</td>
<td>

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Ademar Driedijk, Director AOH Driedijk*                    07/14/2025 13:19:06

Signature                                                              Date

**Provide the name and contact information of the person completing and signing this claim:**

Name  _____

Address  _____

_____

_____

_____

City  _____

State  _____ Zip  _____

Country (in international)  _____

Phone  _____

Email  _____

</td>
</tr>
</table>



## REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020

## LINQTO LIQUIDSHARES LLC.

**Certificate No: 53**

**Series Name: Linqto Liquidshares LLC - Polysign - 13**

**Date of Issuance: December 27, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 20,577.00**

**Company Name: Polysign, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 27, 2022**

**William Sarris, CEO, Linqto, Inc.**

**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____ _____% of the membership interest, represented within this certificate, and appoint _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

**Seller**

**Newly Named Member**

**Witness**

© GOES 748

LITHO IN U.S.A.

Case 3:25-cv-00643-DAB Document 11-2 Filed 11/20/25 Page 10 of 41

# REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020



## LINQTO LIQUIDSHARES LLC.

**Certificate No: 54**

**Series Name: Linqto Liquidshares LLC - Polysign - 13**

**Date of Issuance: December 27, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 20,577.00**

**Company Name: Polysign, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 27, 2022**

**William Sarris, CEO, Linqto, Inc.**

**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____
_____% of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

**Seller**

**Newly Named Member**

**Witness**

© GOES 748

LITHO IN U.S.A.

Case 3:25-cv-00643-Document-110-2 Filed 11/30/25 Filed 11/30/25 Page 9 of 41

# REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020



## LINQTO LIQUIDSHARES LLC.

**Certificate No: 37**

**Series Name: Linqto Liquidshares LLC - Ripple - 5**

**Date of Issuance: December 23, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 4,445.00**

**Company Name: Ripple Labs, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 23, 2022**

_____

**William Sarris, CEO, Linqto, Inc.**

_____

**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____ _____% of the membership interest, represented within this certificate, and appoint _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

_____

**Seller**

_____

**Newly Named Member**

_____

**Witness**

© GOES 748

LITHO IN U.S.A.



## REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020

## LINQTO LIQUIDSHARES LLC.

**Certificate No: 39**

**Series Name:** Linqto Liquidshares LLC - Ripple - 5

**Date of Issuance:** December 27, 2022

**Member Name:** A.O.H. Driedijk Holding B.V.

**Equivalent Number of Shares:** 4,445.00

**Company Name:** Ripple Labs, Inc

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 27, 2022

_____
**William Sarris, CEO, Linqto, Inc.**

_____
**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____
_____% of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

_____  _____  _____
**Seller**                    **Newly Named Member**          **Witness**

© GOES 748

LITHO IN U.S.A.

# Linqto Bankruptcy Claim Statement

Claim Basis:

This claim is submitted on a precautionary basis only, without waiving or conceding any ownership or economic interest in the underlying Special Purpose Vehicle (SPV) or in the shares it holds (e.g., Ripple Labs Inc. and/or PolySign Inc.).

The claimant, A.O.H. Driedijk Holding B.V., purchased investment interests through Linqto's investment platform in December 2022, which were structured via SPV(s) and evidenced by certificate(s) of beneficial interest.

This claim is submitted solely in the event that said SPV(s), or the legal interests therein, are determined to be part of the bankruptcy estate or otherwise impaired as a result of Linqto's Chapter 11 proceedings.

The total amount claimed reflects the original investment amount: $300,029.22, inclusive of any transaction fees.

Claimant explicitly reserves all rights to assert or retain direct or indirect beneficial ownership in the SPV(s) and the assets held therein, irrespective of the outcome of this bankruptcy case.

The claimant is a fully accredited investor under SEC Rule 501 and made the investment through a qualified Dutch holding company (A.O.H. Driedijk Holding B.V.).

To the extent that other parties may have participated in violation of investor accreditation requirements, such status should not affect or diminish the enforceability of this claimant's economic interest or claim.

| | |
|---|---|
| From: | **Linqto** <no-reply@linqto.com> |
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 23.12.2022 20:02:03 (+01:00) |



# Order Complete

**Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.**

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32680

Company Name: Ripple

Amount: $100,012.50

Equivalent Number of Shares*: 4,445

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

Case 1:23-cv-11195-SHS-OTW   Document 110-2   Filed 07/03/25   Page 25 of 41
Case 1:25-cv-01963-DLC   Document 11-2   Filed 03/14/25   Bond 07/03/25   Page 25 of 41

| From: | **Linqto** <no-reply@linqto.com> |
|---|---|
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 28.12.2022 03:02:04 (+01:00) |



# Order Complete

**Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.**

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32823

Company Name: Polysign

Amount: $50,002.11

Linqto Bucks: -$5,000.00

Total: $45,002.11

Equivalent Number of Shares*: 20,577

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

| From: | **Linqto** <no-reply@linqto.com> |
| --- | --- |
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 28.12.2022 02:02:02 (+01:00) |



# Order Complete

### Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32866

Company Name: Ripple

Amount: $100,012.50

Linqto Bucks: -$2,222.50

Total: $97,790.00

Equivalent Number of Shares*: 4,445

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

| From: | **Linqto** <no-reply@linqto.com> |
|---|---|
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 28.12.2022 03:02:08 (+01:00) |



# Order Complete

### Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32867

Company Name: Polysign

Amount: $50,002.11

Linqto Bucks: -$5,250.00

Total: $44,752.11

Equivalent Number of Shares*: 20,577

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

| From: | **Linqto** <no-reply@linqto.com> |
|---|---|
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Accredited Investor Verified |
| Date: | 30.06.2025 15:30:28 (+02:00) |



# Accredited Investor Status Verified

## Dear Ademar Driedijk,

We appreciate you taking the time to submit your documents for accreditation. Your status as an accredited investor has been verified.

If you do not recognize this request, please notify Linqto Support **here**

Copyright © 2025 LINQTO, INC. All rights reserved.

You're receiving this email because you're a user of Linqto and this message contains **important information** related to your account or experience on the Linqto platform.

**IMPORTANT LEGAL NOTICE AND DISCLOSURES:**
This email and any attachment(s) are intended only for the exclusive use of the addressee(s). If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer. This information is proprietary property of Linqto, Inc and/or its affiliates (collectively, "Linqto") and any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. This information is provided for informational purposes only and is subject to change without notice.

An investment on the Linqto platform is an investment in shares of a series of Linqto Liquidshares, LLC (the "Fund"), a Delaware limited liability company, which will invest in a private company either by directly purchasing shares of the private company or indirectly through an investment in a third-party special purpose vehicle that holds shares of the private company. Investors in the Fund will not directly own or hold shares of the private company but will own shares of the Fund. The securities being offered have not been registered under the Securities Act of 1933 (the "33 Act") or any state securities laws and are being offered and sold in accordance with exemptions provided by Regulation D promulgated under the 33 Act. Linqto makes no guarantee that any private company available on its platform will experience an IPO or any other liquidity event.

The information contained herein does not constitute any form of representation or undertaking and nothing herein should in any way be deemed to alter the legal rights and obligations contained in the agreements between Linqto and its clients. Nothing herein is intended to constitute investment, legal, tax, accounting, insurance, or other professional advice. Linqto does not make any recommendations regarding the merit of any company, security or other financial product or investment strategy, or any recommendation regarding the purchase or sale of any company, security, financial product or investment, nor endorse or sponsor any company identified in this presentation. Investing in securities in private companies is speculative and involves a high degree of risk. Investors must be prepared to withstand a total loss of their investment. Before investing in the Fund, investors are encouraged to complete their own independent due diligence of the Fund and the private company, which includes, but it not limited to, reviewing all offering documents, including the private placement memorandum, subscription agreement, the Fund's operating agreement, and any other relevant materials provided by Linqto.

Case 1:23-cv-11195-SHS-OTW Document 110782 Filed 10/20/26 Page 21 of 41

Case 1:23-cv-11195-SHS-OTW Document 110782 Filed 10/20/26 Page 21 of 41

| United States Bankruptcy Court for the Southern District of Texas | | |
|---|---|---|
| **Name of Debtor:** Linqto Texas, LLC | **For Court Use Only** | |
| | Claim Number: | 0000010642 |
| **Case Number:** 25-90186 | File Date: | 07/24/2025 12:41:36 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9),
do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

04/25

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): A.O.H. Driedijk Holding B.V.

Other names the creditor used with the debtor: Ademar Driedijk

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: A.O.H. Driedijk Holding B.V. | Name: |
| Address: Laan der V.O.C. 194 | Address: |
| City: Almere | City: |
| State: _____ ZIP Code 1335RV | State: _____ ZIP Code _____ |
| Country (if International): Netherlands | Country (if International): |
| Phone: | Phone: |
| Email: rdriedijk@gmail.com | Email: |
| Uniform claim identifier (if you use one): _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

**4. Does this claim amend one already filed?**

☐ No

☑ Yes.

Claim number on court claims register (if known) 0000010156

Filed on ___07/14/2025___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes.

Who made the earlier filing?

Page 1 of 3

Case 23-11131-TMH   Doc 1102   Filed 03/05/26   Page 23 of 41

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

_____

**7. How much is the claim?**

$ ___1,655,750.00___    unliquidated

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Other Basis

_____

Contingent SPV investment (Ripple)

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                        $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

| Part 3: | Sign Below |
|---|---|

<table>
<tr>
<td>

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

</td>
<td>

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Ademar Driedijk, Director AOH Driedijk*               07/24/2025 12:41:36

Signature                                 Date

**Provide the name and contact information of the person completing and signing this claim:**

Name _____

Address _____

_____

_____

_____

City _____

State _____ Zip _____

Country (in international) _____

Phone _____

Email _____

</td>
</tr>
</table>



## REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020

## LINQTO LIQUIDSHARES LLC.

**Certificate No: 53**

**Series Name: Linqto Liquidshares LLC - Polysign - 13**

**Date of Issuance: December 27, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 20,577.00**

**Company Name: Polysign, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 27, 2022**

_____

**William Sarris, CEO, Linqto, Inc.**

_____

**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____
_____% of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

_____
**Seller**

_____
**Newly Named Member**

_____
**Witness**

© GOES 748

LITHO IN U.S.A.

REGISTERED UNDER THE LAWS OF
THE STATE OF DELAWARE
January 21, 2020



## LINQTO LIQUIDSHARES LLC.

**Certificate No: 54**

**Series Name: Linqto Liquidshares LLC - Polysign - 13**

**Date of Issuance: December 27, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 20,577.00**

**Company Name: Polysign, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 27, 2022**

**William Sarris, CEO, Linqto, Inc.**

**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____
_____% of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

**Seller**

**Newly Named Member**

**Witness**

© GOES 748

LITHO IN U.S.A.



# REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020

## LINQTO LIQUIDSHARES LLC.

**Certificate No: 37**

**Series Name: Linqto Liquidshares LLC - Ripple - 5**

**Date of Issuance: December 23, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 4,445.00**

**Company Name: Ripple Labs, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 23, 2022**

_____

**William Sarris, CEO, Linqto, Inc.**

_____

**Witness: Joseph Endoso, Director, Linqto, Inc.**

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

For _____ received, I, _____ sell and transfer unto _____
_____% of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

_____     _____     _____
**Seller**                          **Newly Named Member**              **Witness**

© GOES 748

LITHO IN U.S.A.

# REGISTERED UNDER THE LAWS OF
## THE STATE OF DELAWARE
### January 21, 2020



## LINQTO LIQUIDSHARES LLC.

**Certificate No: 39**

**Series Name: Linqto Liquidshares LLC - Ripple - 5**

**Date of Issuance: December 27, 2022**

**Member Name: A.O.H. Driedijk Holding B.V.**

**Equivalent Number of Shares: 4,445.00**

**Company Name: Ripple Labs, Inc**

**Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement**

**Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: December 27, 2022**

**William Sarris, CEO, Linqto, Inc.**

**Witness: Joseph Endoso, Director, Linqto, Inc.**

For _____ received, I, _____ sell and transfer unto _____
_____% of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

**Seller**

**Newly Named Member**

**Witness**

© GOES 748

LITHO IN U.S.A.

**Linqto Bankruptcy Claim Statement**

Claim Basis:

This claim is submitted on a precautionary basis only, without waiving or conceding any ownership or economic interest in the underlying Special Purpose Vehicle (SPV) or in the shares it holds (e.g., Ripple Labs Inc. and/or PolySign Inc.).

The claimant, A.O.H. Driedijk Holding B.V., purchased investment interests through Linqto's investment platform in December 2022, which were structured via SPV(s) and evidenced by certificate(s) of beneficial interest.

This claim is submitted solely in the event that said SPV(s), or the legal interests therein, are determined to be part of the bankruptcy estate or otherwise impaired as a result of Linqto's Chapter 11 proceedings.

The total amount claimed reflects the original investment amount: $300,029.22, inclusive of any transaction fees.

Claimant explicitly reserves all rights to assert or retain direct or indirect beneficial ownership in the SPV(s) and the assets held therein, irrespective of the outcome of this bankruptcy case.

The claimant is a fully accredited investor under SEC Rule 501 and made the investment through a qualified Dutch holding company (A.O.H. Driedijk Holding B.V.).

To the extent that other parties may have participated in violation of investor accreditation requirements, such status should not affect or diminish the enforceability of this claimant's economic interest or claim.

| From: | **Linqto** <no-reply@linqto.com> |
|---|---|
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 23.12.2022 20:02:03 (+01:00) |



# Order Complete

### Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32680

Company Name: Ripple

Amount: $100,012.50

Equivalent Number of Shares*: 4,445

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

Case 1:23-cv-00108-DKC Document 110-2 Filed 10/03/25 Page 42 of 53
Case 1:23-cv-00108-LMB-WEF Document 1172 Filed 10/30/25 Page 31 of 41

| From: | **Linqto** <no-reply@linqto.com> |
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 28.12.2022 03:02:04 (+01:00) |



# Order Complete

**Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.**

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32823

Company Name: Polysign

Amount: $50,002.11

Linqto Bucks: -$5,000.00

Total: $45,002.11

Equivalent Number of Shares*: 20,577

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

| From: | **Linqto** <no-reply@linqto.com> |
|---|---|
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 28.12.2022 02:02:02 (+01:00) |



Linqto

# Order Complete

### Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32866

Company Name: Ripple

Amount: $100,012.50

Linqto Bucks: -$2,222.50

Total: $97,790.00

Equivalent Number of Shares*: 4,445

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other

investment advice. All emails sent to or from Linqto Inc. may be retained, monitored and/or reviewed by Linqto and its personnel.

| From: | **Linqto** <no-reply@linqto.com> |
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Order Completed |
| Date: | 28.12.2022 03:02:08 (+01:00) |



Linqto

# Order Complete

**Dear Ademar Driedijk, here are the details of your new Buy Order with Linqto.**

Buyer Name: A.O.H. Driedijk Holding B.V.

Order ID: 32867

Company Name: Polysign

Amount: $50,002.11

Linqto Bucks: -$5,250.00

Total: $44,752.11

Equivalent Number of Shares*: 20,577

*You are purchasing the number of units in the Series that represents the equivalent number of shares identified above.

Thank you so much for your order. Order is completed.

**View Full Order Details**

Need help? **Contact Support**.

Copyright © 2022 LINQTO, INC. All rights reserved.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: Nothing contained in this email constitutes tax, legal, insurance or investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. This email and any attachment(s) are intended only for the exclusive use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer without making any copies. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other

investment advice. All emails sent to or from Linqto Inc. may be retained,
monitored and/or reviewed by Linqto and its personnel.

Case 3:25-cv-01363-DTK Document 110-2 Filed in TXSB on 11/03/25 Page 40 of 41

investment advice. All emails sent to or from Linqto Inc. may be retained,
monitored and/or reviewed by Linqto and its personnel.

| From: | **Linqto** <no-reply@linqto.com> |
|---|---|
| To: | **rdriedijk@gmail.com** <rdriedijk@gmail.com> |
| Subject: | Accredited Investor Verified |
| Date: | 30.06.2025 15:30:28 (+02:00) |



# Accredited Investor Status Verified

## Dear Ademar Driedijk,

We appreciate you taking the time to submit your documents for accreditation. Your status as an accredited investor has been verified.

If you do not recognize this request, please notify Linqto Support **here**

Copyright © 2025 LINQTO, INC. All rights reserved.

You're receiving this email because you're a user of Linqto and this message contains **important information** related to your account or experience on the Linqto platform.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:
This email and any attachment(s) are intended only for the exclusive use of the addressee(s). If you have received this message in error, please notify the sender by return email immediately and delete the message from your computer. This information is proprietary property of Linqto, Inc and/or its affiliates (collectively, "Linqto") and any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. This information is provided for informational purposes only and is subject to change without notice.

An investment on the Linqto platform is an investment in shares of a series of Linqto Liquidshares, LLC (the "Fund"), a Delaware limited liability company, which will invest in a private company either by directly purchasing shares of the private company or indirectly through an investment in a third-party special purpose vehicle that holds shares of the private company. Investors in the Fund will not directly own or hold shares of the private company but will own shares of the Fund. The securities being offered have not been registered under the Securities Act of 1933 (the "33 Act") or any state securities laws and are being offered and sold in accordance with exemptions provided by Regulation D promulgated under the 33 Act. Linqto makes no guarantee that any private company available on its platform will experience an IPO or any other liquidity event.

The information contained herein does not constitute any form of representation or undertaking and nothing herein should in any way be deemed to alter the legal rights and obligations contained in the agreements between Linqto and its clients. Nothing herein is intended to constitute investment, legal, tax, accounting, insurance, or other professional advice. Linqto does not make any recommendations regarding the merit of any company, security or other financial product or investment strategy, or any recommendation regarding the purchase or sale of any company, security, financial product or investment, nor endorse or sponsor any company identified in this presentation. Investing in securities in private companies is speculative and involves a high degree of risk. Investors must be prepared to withstand a total loss of their investment. Before investing in the Fund, investors are encouraged to complete their own independent due diligence of the Fund and the private company, which includes, but it not limited to, reviewing all offering documents, including the private placement memorandum, subscription agreement, the Fund's operating agreement, and any other relevant materials provided by Linqto.

Case 1:23-cv-00108-LMB-JFA Document 1172 Filed 10/05/26 Page 39 of 41

# Amended Claim Statement – A.O.H. Driedijk Holding B.V.

This Amended Claim Statement is submitted to supplement and clarify the originally filed Proof of Claim dated July 2025 by A.O.H. Driedijk Holding B.V., in the Chapter 11 bankruptcy case of Linqto Texas, LLC (Case No. 25-90186). This amendment pertains specifically to the valuation basis and structure of the claim regarding investments made through Linqto Liquidshares SPVs, including Ripple – 5 and Polysign-related SPVs.

## I. Preservation of Ownership and Equitable Rights

This claim remains precautionary and without waiver of any asserted or implied beneficial ownership interest in the Series LLC interests or the underlying securities (notably Ripple Labs Inc. shares and Polysign Inc. shares). Claimant explicitly reserves all rights to assert beneficial or constructive ownership in accordance with applicable doctrines such as constructive trust, equitable estoppel, and unjust enrichment prevention.

## II. Updated Valuation of Ripple Investment

Claimant initially declared a total investment of $300,029.22. However, based on updated market developments and verified liquidity events, Claimant now attaches a specific valuation to the Ripple-related portion of the claim.

Ripple conducted a verified tender offer in late Q2 2025 at a share price of $175 per common share. Claimant holds an interest in Ripple – 5, equivalent to 8,890 Ripple shares. Based on this tender price, the economic value of the claim relating to Ripple is at least $1,555,750 USD.

This valuation should be treated as the minimum fair market value for distribution or settlement purposes, without prejudice to further appreciation of Ripple's equity, XRP-related valuation effects, or updated tender prices prior to plan confirmation or liquidation.

## III. Status of Polysign Investment

Claimant also invested approximately $100,000 USD in an SPV managed by Linqto Liquidshares LLC, which was represented as holding equity in Polysign, Inc. As of the date of this filing, the status of Polysign, Inc. is uncertain and no verified secondary or tender price is available. The claim is therefore conservatively valued at original invested capital.

Claimant reserves the right to reduce, maintain, or adjust this portion of the claim subject to material developments, verified market prices, or future liquidity events affecting Polysign's valuation or solvency.

## IV. Reservation of Rights to Adjust Claim

Given the speculative and potentially appreciating nature of private equity in Ripple Labs Inc. and the uncertain outlook of Polysign, Inc., Claimant reserves the right to further amend or adjust the asserted value of this claim prior to any distribution, confirmation, or final resolution. Claimant requests that any reorganization plan or creditor settlement process account for the dynamic valuation of underlying assets and permit claims to be adjusted accordingly.

Dated: July 20, 2025

Respectfully submitted,

/s/ A.O.H. Driedijk
A.O.H. Driedijk on behalf of A.O.H. Driedijk Holding B.V.
Laan der V.O.C. 194
1335 RV Almere, The Netherlands
Email: rdriedijk@gmail.com