Treanor Declaration - Exhibit G



https://www.linqto.com/faq/   Go   MAY **AUG** OCT

57 captures
23 Jun 2021 - 5 Mar 2026

◀ **04** ▶

2022 **2023** 2024 ▼ About this capture

# Frequently Asked Questions

How can we help? Type a question or choose a category to find answers to your questions

Search FAQs 🔍



ng     **Getting Started**     **Funding** Y

## What is Linqto? —

Linqto's vision is "Private Investing Made Simple". Our mission is to make investing in private companies as easy and accessible as investing in the public stock market. Our

platform features high growth, technology driven companies who we believe will go public or be acquired within 5 years. Ripple, Polysign, Epic Games, Zipline- these are just a few of the companies we have featured on our platform. Robinhood, Coinbase, and SoFi are examples of companies that our investors were able to purchase before they were publicly traded and experienced an IPO within a year.

## Why should I invest in private company shares?                                   —

There are many reasons to invest in private equity. First and foremost, the private markets have far outperformed the public markets. Over the past 25 years, the average internal rate of return (IRR) for the top quartile of VC funds has ranged around 25% according to the Cambridge Associates Venture Capital Index. Over the same period, the S&P 500 returned around 10% per year. On a fundamental level, these investments are generally riskier and therefore demand higher returns on investment.

In today's market, companies are staying private for much longer than they used to. The median age for tech companies going public in 2000 was 4-5 years compared with 12 years in 2018. The returns generated by these companies during their growth phase are only achievable by accessing the private share market. As an investor, this makes it essential that you gain an earlier entry point to these companies by investing in private company shares.

## What makes Linqto different?                                                     —

Linqto is structured in a unique way that benefits everyone involved in the private equity investment process.

For investors, we offer access to top private companies with industry-low minimums and no fees, all through a simple to use platform backed by world-class customer support. Plus, we believe so strongly in every company on our platform that we keep some equity for ourselves, so we're invested right alongside our investors.

For founders and employees of private companies, we provide a mean to realize the value of their equity at a fair price without needing to wait for their company to IPO or be acquired. We handle all the necessary paperwork and negotiations with the company to make it a stress free process for the individual.

For private companies, we provide your employees and investors with a path to liquidity while serving as only one investor on your cap table.

## How does Linqto decide what companies to offer on the platform?    —

Our team of experts uses an incredible amount of information to determine the best companies to invest in and feature on the platform. While each situation is unique, generally we target the following companies:
-Mid-to-late stage in terms of financing (Series C or later)
-Growing fast
-Part of a large market and industry
-Solid financials - positive earnings or have a clear path to it
-Incredible leadership team
-Potential to exit within the next 5 years

## Where does Linqto get these shares from?    —

Linqto purchases shares from current and former employees, early investors and advisors of the company. They are typically selling only a portion of their holdings in order to cover costs associated with exercising and paying taxes on the remainder of their shares, for life events such as purchasing a home or preparing for a child, or to diversify their holdings.

## How does Linqto make money?    —

Linqto purchases shares in large quantities from founders, employees, and investors, so we're able to get a great price on them. We then turn around and sell that equity in smaller quantities to many investors with a reasonable markup.

## Do I have to be an accredited investor?    —

Yes. As a US based company we are bound by regulations that state you must be accredited or qualified to invest in private equity based on your local regulations.  Most

countries have regulations that require you to have sufficient net worth, income, or are considered a sophisticated investor.

In the US, an accredited investor includes anyone who:
-earned income that exceeded $200,000 (or $300,000 together with a spouse or spousal equivalent) in each of the prior two years, and reasonably expects the same for the current year, OR
-has a net worth over $1 million, either alone or together with a spouse or spousal equivalent (excluding the value of the person's primary residence), OR
-holds in good standing a Series 7, 65 or 82 license.

Not in the US? Click here to contact our team to learn about your countries requirements.

## Are there fees to invest?                                                    —

No! Linqto sources deals and marks them up so that there are no further follow on fees for the investor whatsoever. While fees have historically been very high in private markets, we, at Linqto, are proud to offer a zero-fee investment management platform. Linqto has no continuing management fees/expenses, no brokerage fees, no carried interest, nothing.

## What's the minimum investment size?                                          —

At Linqto we want to make private investing accessible to all. Historically, investing in a private company required you to invest at least $100,000, but at Linqto you can invest with as little as $5,000. This allows you to diversify your holdings across a number of companies- an important aspect of achieving consistent returns in the private markets.

## How can I get started?                                                        —

If you haven't already, start by signing up for an account and verifying your email address.

Once you have an account, there's a three step process you'll need to complete in order

to make an investment on Linqto.

Step 1: Identity Verification

This is a standard practice as part of our Know Your Customer and Anti Money Laundering (KYC/AML) compliance. You'll be asked to scan your Drivers License or Passport and take a self-photo to verify your identity.

Step 2: Basic Information

You'll need to complete the rest of your profile such as your citizenship and SSN/Tax ID number. This information is used for things such as tax reporting and is not shared with anyone.

Step 3: Verify Accreditation Status

Most countries have regulations that require you to have sufficient net worth, income, or are considered a sophisticated investor in order to invest in private companies.
In the US, an accredited investor includes anyone who:
-earned income that exceeded $200,000 (or $300,000 together with a spouse or spousal equivalent) in each of the prior two years, and reasonably expects the same for the current year, OR
-has a net worth over $1 million, either alone or together with a spouse or spousal equivalent (excluding the value of the person's primary residence), OR
-holds in good standing a Series 7, 65 or 82 license.

Not in the US? Click here to contact our team to learn your countries requirements.

## Why do I have to be an accredited investor?                                            —

The rapid growth in private equity is sparking debates over the fairness of access to private equity opportunities. Private investing platforms like Linqto are helping to solve that and make it easy for you, but US law only permits us and companies like ours to service accredited investors (Regulation D). The SEC reportedly wants more people to have access to private markets, possibly by making changes to the accreditation rules. Until then, non-accredited retail investors are not eligible to invest on our platform.

## Can I invest if I don't live in the United States? —

Yes, many of our investors are not from the US. As long as you meet the qualification standards in your country, you are eligible to invest on Linqto.

## How can I verify my status as an accredited investor? —

To verify your income, you can provide the last 2 years worth of tax documents that prove you have had sufficient income for the last two years to meet the requirements of your country.

To verify your net worth, you can provide account statements, cryptocurrency wallets, proof of property ownership, or other documentation showing ownership that proves you have a net worth that meets the requirements of your country.

To verify your Series 7, 65 or 82 license, you can provide your FINRA CRD number for validation.

Alternatively, you can have your financial advisor provide verification documentation on your behalf.

## How long does it take to verify my accreditation status? —

Submitting your documentation is easy and only takes a minute. Once submitted, we'll review your qualifications within 2 business days and confirm once it's completed.

## How do I verify my identity? —

Identity verification is a standard practice as part of our Know Your Customer and Anti Money Laundering (KYC/AML) compliance. Once you've created your account, you will be directed to a screen that allows you to scan either your passport (available for investors worldwide) or driver's license (available for US investors). Once you've scanned your passport or driver's license, you will be asked to take a selfie to complete our identity verification process.

If you are based outside the USA with no passport, please click here to contact our team for help.

## What if I don't have a drivers license or passport?    —

Click here to contact our team for help verifying your identity.

## How can I invest?    —

Our Invest page provides a quick view of the companies on our platform, along with a brief description and what industry they're in. When you view an individual company, we provide in depth information about that company including key facts from our investment team, leadership team, funding rounds and key investors, as well as the Implied Valuation based on the unit share price.

Once you know which company you want to invest in, use the slider to select the size of your investment. After you click the Place Order button, you'll be asked to choose your payment method, which can be a linked Uphold account or your Linqto cash balance*. Lastly, you'll be presented with a review page where you can review your investment and associated agreements and place the order.

*Some accounts may be subject to our legacy Wire Transfer process. When you go to place an order and choose Wire Transfer as the payment method, instructions will be provided once you place your order and we will confirm with you upon receipt of your funds. Funds must be received within 5 business days of the order being placed, after which the order will be cancelled.

## What am I purchasing when I invest?    —

When you make an investment on Linqto, you are purchasing the equivalent number of shares in a Special Purpose Vehicle managed by Linqto but owned by the investors and are protected against creditors in the event of bankruptcy.

We do this for several reasons. First, when private equity is sold, the company has the

right to refuse that sale. By selling representation of shares that Linqto owns, we can guarantee an immediate sale to investors without the company having the right to refuse that sale. Secondly, this structure allows only 1 investor, Linqto, on the company's cap table, which is desirable to the company as they want to minimize the number of investors on their cap table for funding and regulatory reasons.

## Is there any waiting period once I make an investment for the deal to close?
—

No, all investments are instantly yours once funding is complete.

Unlike many firms that provide access to purchasing private company shares, Linqto isn't simply a broker. We won't put your money into escrow while we wait for the underlying company to (hopefully) approve the deal. Instead, before we feature an investment in a company, Linqto has already taken its own capital and fully bought the company's shares. So when you come to Linqto, we already own the shares. This means we can transfer that exposure to you immediately, and there is no risk of the deal falling through. Every offering you see on Linqto's platform is 100% guaranteed to close.

## What happens if a company I'm invested in goes public?
—

When the underlying company exits to the public markets, Linqto will reach out to obtain your brokerage account information. If you don't have a brokerage account, you can open one (many times for free) at a variety of online or traditional brokers. Linqto will then transfer your now-public, registered shares of stock into your brokerage account.

At that point, the company shares can be fully managed by you. Linqto wants to provide you to the exposure of private companies- once they go public, you should have flexibility to manage your own situation as you see fit. While some of our investors like to hold a company's stock after it goes public, many others want consistent exposure to the private markets. After the company exits, they will liquidate their position to re-invest the proceeds back into the private markets.

1 2 3 Next



# Your Access to Private Investment

**Support**

FAQs

Contact Us

Get Started

**For Investors**

Invest

Insights

Blog

Linqto Learn

**Company**

About Us

Team

Partners

Terms of Use

Privacy

Press

Careers

**For Equity Holders**

Sell to Linqto



© 2023 LINQTO Inc.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:

Informational use only. Not intended for reproduction, copying or distribution without expressed written consent of Linqto, Inc. et al. Not intended to provide investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. Nothing contained in this website constitutes tax, legal, insurance or investment advice. Any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All communications/emails sent to or from Linqto Inc. corporate email systems are retained through Global Relay and are monitored and/or reviewed by each of these named entities and their respective personnel. Registered Representatives are supervised by Linqto Capital and its agents on BrokerCheck.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

https://www.linqto.com/faq/page/2/ | Go | JUL **AUG** SEP

**7 captures**
4 Aug 2023 - 14 Oct 2025 | 2022 **2023** 2024 ▼ About this capture

# Frequently Asked Questions

How can we help? Type a question or choose a category to find answers to your questions

Search FAQs 🔍



ng | Getting Started | Funding Y

## What happens if a company I'm invested in is acquired by another company?

Every merger or acquisition is unique, so there are several possibilities that may arise

depending on the details. If this happens, our team will guide you through what your options are.

## What happens to my investments if Linqto goes bankrupt?    —

You can rest assured that your investments will continue to exist even if Linqto goes away. All of our investments exist in bankruptcy-remote vehicles. In the event of a liquidation, all Linqto's investments are fully shielded from claims by any creditor.

## Can I sell before a company exits?    —

Currently, Linqto allows investors to gain exposure to the stock of private companies. However, this is only the first part of Linqto's vision. The second part is to create a venue where these investments can be freely traded. If you're imagining something like a stock exchange for private companies, you're thinking exactly like us.

Traditionally, private equity investments involve complex rules and the requirement to wait for an IPO or undergo a cumbersome broker process for returns. Linqto cuts through these barriers. We've made private investing simple with our intuitive platform, including a newly launched sell feature for select companies, gradually expanding to more over time.

## What companies have the sell feature enabled?    —

Currently, users who own shares of the following companies can sell their shares, with more companies being added over time:

-Ripple

-Polysign

-Uphold

-Linqto

-Copper

-Chainalysis

-Cerebras

-H2O.ai

-Circle

-SnapLogic

-Glint

-BigID

-iTrustCapital

-Axiom Space

## How do I initiate a sell order?                                    —

Go to My Portfolio, select the company you wish to sell shares of, and press 'Sell'. Once you enter the number of shares to sell, you'll see the estimated proceeds of that order. After you review and submit your order, your proceeds will immediately be available in your cash account.

## Are there fees for selling my shares?                              —

Yes, there is a transaction fee that helps cover the operating costs of the platform and the local and federal regulatory filing fees uniquely associated with private equity sales, such as Blue Sky Laws.

## Can I choose the price I want to sell my shares for?               —

The price per share you can sell your holdings at is determined based on supply and demand of that company. Limit orders are not currently supported on the platform.

## Can I choose which shares to sell if I had acquired my shares across    —
## multiple purchases?

Currently, shares are sold first in, first out (FIFO), meaning the shares you purchased first will be sold first. We are planning to support more advanced trading capabilities in the future such as choosing specific lots to sell from.

**Is there a minimum number of shares I can sell?** —

The minimum sell offer amount is $5,000 or all of your shares, whichever is lower.

**How will I receive the proceeds when my shares are sold?** —

Proceeds from sell orders are deposited into your cash account, ready to be used towards your next investment.

**What if the 'Sell' button isn't visible?** —

If you're viewing a company within My Portfolio and don't see the Sell button, it means that the selling is not currently available for that company. We just launched our sell feature to select companies on our platform, with more being added over time. We may also disable the sell feature for reasons such as platform maintenance, the liquidity pool purchasing the shares needs additional funds added, or if trading has been halted due to a pending exit event.

**Can I revise or cancel my order after submitting it?** —

No, all sales on the Linqto platform are final.

**How can I fund my investment?** —

We support several options to fund your investment - ACH Transfer, Wire Transfer, and Uphold.

US investors can instantly link their bank account via Plaid and submit a deposit request via an ACH transfer. ACH transfers are typically received and processed within 1-3 business days, but can take up to 5 business days.

Wire Transfers are typically received and processed within 1 business day, but can take

up to 3 business days.

Limits on transfers from bank accounts vary per bank. Please contact your bank regarding your limits.

Uphold is a separate company from Linqto, but one that we partner closely with. Uphold's digital wallet can hold US dollars, foreign currencies, cryptocurrencies, commodities, and other assets. All of these assets can be used to fund your individual cash account at Linqto. Uphold's 'anything to anything' platform facilitates the conversion to USD when an order is placed.

Once you've created your account, go to the Wallet page and choose the cash account you would like to fund. Selecting 'Add Funds' will prompt you to choose your funding method, where you can choose from your linked accounts or view the wire transfer instructions. We'll notify you once the deposit has been processed and the funds will be available to you when you go to place an order.

## When will my deposits be available in my cash balance?    —

ACH Bank Transfers are typically received and processed in 1-3 business days, but can take up to 5 business days. Wire Transfers are typically received and processed within 1 business day, but can take up to 3 business days. Uphold transfers are available immediately. We'll notify you via email when your deposit is available to use.

Please note that the speed in which your deposits are available depends on when your bank processes your request, which is typically done during business hours. Each bank has its own settlement process and timeline, which is why we recommend contacting your bank if you ever feel that a deposit is taking too long.

## Are there fees for transferring money to my cash balance?    —

Linqto does not currently charge any fees or place limits on deposits, withdrawals, or to maintain your cash balance. Most banks do not charge a fee for ACH deposits, however many do charge a wire transfer fee. Check with your bank regarding transfer fees.

Uphold does not charge a fee for transferring USD, but does charge fees when

transferring from other currencies. Click Here to view Uphold fees.

## How is my cash balance protected?    —

Cash balances reside in a JPMorgan Chase bank account, so you can rest assured that your funds are protected. JPMorgan Chase is one of the largest financial services companies in the world, is ranked as the world's most systemically important bank by the G20 Financial Stability Forum, and has the highest capital requirements among the largest banks in the US.

Additionally, your Linqto account is protected by Two-Factor Authentication (2FA), which requires two sources of verification to sign in to your account: something you know (your password) and something you have (a one-time verification code). This step helps protect your account, even if someone knows or guesses your password.

## Does my cash balance earn interest?    —

No, cash balances are in a non-interest bearing account.

## How can I withdraw money from my cash balance?    —

You can withdraw your money at any time with no cost to you. Click here to contact our team and we'll work with you to confirm your banking information and amount you'd like to withdraw. The transfer is typically completed within 5 business days after we've processed the request.

## Why was my deposit rejected or returned?    —

A transfer reversal can happen for a few reasons, including:

-Name mismatch between Linqto account and bank account
-Insufficient funds
-Account doesn't support ACH transactions
-Duplicate transfer

-Declined transfer

Contact your bank if you have questions regarding a rejected or returned deposit.

## Can I invest through a retirement vehicle? ⎯

Yes! Click here to contact our team of experienced financial professionals with the details of your retirement account. We will create a separate entity through which you can invest via your retirement vehicle. This entity will sit within your same Linqto profile for maximum convenience. When it is time to invest, you'll choose to invest through your personal account or your retirement account. You'll have the flexibility, within the same Linqto profile, to make one investment in your personal account, and the next in your retirement vehicle.

Previous 1 **2** 3 Next



# Your Access to Private Investment

**Support**

FAQs

Contact Us

**Company**

About Us

Team

Get Started

Partners

Terms of Use

**For Investors**

Privacy

Invest

Press

Insights

Careers

Blog

**For Equity Holders**

Linqto Learn

Sell to Linqto



© 2023 LINQTO Inc.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:

Informational use only. Not intended for reproduction, copying or distribution without expressed written consent of Linqto, Inc. et al. Not intended to provide investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. Nothing contained in this website constitutes tax, legal, insurance or investment advice. Any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All communications/emails sent to or from Linqto Inc. corporate email systems are retained through Global Relay and are monitored and/or reviewed by each of these named entities and their respective personnel. Registered Representatives are supervised by Linqto Capital and its agents on BrokerCheck.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Case 1:25-cv-05643-LAK-BCM    Document 130-7    Filed 07/30/26    Page 20 of 46

# Frequently Asked Questions

How can we help? Type a question or choose a category to find answers to your questions

Search FAQs 🔍



ng                          **Getting Started**                          **Funding Y**

## Can I invest through an LLC, Trust, or other entity?                    —

Yes! [Click here](#) to contact our team of experienced financial professionals with the details of your LLC, Trust, or other entity. We will set up this entity through which you can invest.

This entity will sit within your same Linqto profile for maximum convenience, and has its own cash account that you can add funds via a wire transfer or linked bank account. When it is time to invest, you'll be presented with a dropdown menu where you can choose to invest through your personal account or your other entity. You'll have the flexibility, within the same Linqto profile, to make one investment in your personal account, and the next in your other entity.

## What are Linqto Bucks?

Linqto Bucks are discount dollars that you can use to lower your cost basis when making an investment. For example, if you were making a $10,000 investment and applied $1,000 Linqto Bucks, you would only pay $9,000 when you place the order but would still receive the equivalent shares worth $10,000.

## How do I get Linqto Bucks?

The primary way to obtain Linqto Bucks is to refer someone to Linqto. If they make a purchase, you'll receive $750 Linqto Bucks to be used towards your next investment. There is no limit on the amount of Linqto Bucks you can earn.

Once you're signed in, click here to get your referral link to share and start earning Linqto Bucks.

## How do I use my Linqto Bucks?

When you're placing an order, you'll be given the option to use your Linqto Bucks towards that investment. Linqto Bucks can be used for up to 10% of the order and cannot be combined with other promotions.

## Can't find what you're looking for?

If you have searched this FAQ and cannot find an answer to your question, click here to contact us.

Previous  1  2  **3**



# Your Access to Private Investment

**Support**

FAQs

Contact Us

Get Started

**For Investors**

Invest

Insights

Blog

Linqto Learn

**Company**

About Us

Team

Partners

Terms of Use

Privacy

Press

Careers

**For Equity Holders**

Sell to Linqto



© 2023 LINQTO Inc.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:

Informational use only. Not intended for reproduction, copying or distribution without expressed written consent of Linqto, Inc. et al. Not intended to provide investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. Nothing contained in this website constitutes tax, legal, insurance or investment advice. Any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All communications/emails sent to or from Linqto Inc. corporate email systems are retained through Global Relay and are monitored and/or reviewed by each of these named entities and their respective personnel. Registered Representatives are supervised by <u>Linqto Capital</u> and its agents on <u>BrokerCheck</u>.

This site is protected by reCAPTCHA and the Google <u>Privacy Policy</u> and <u>Terms of Service</u> apply.

Case 1:25-cv-05643-LAK-BCM    Document 130-7    Filed 07/30/26    Page 24 of 46

# Frequently Asked Questions

How can we help? Type a question or choose a category to find answers to your questions

Search FAQs



ng                    Getting Started                    Funding Y

## What is the current hold period from when I purchase shares?            —

90 days is our current hold period. From the date of purchase, members must hold the asset for 90 days before selling and cannot use those shares to purchase another security

on the platform.

## How is my cost basis determined when selling my shares?                    —

Cost basis uses the First In, First Out method. I.e., the oldest shares in your portfolio will be "sold" first.

## How is the share price calculated for my current holdings when initiating a sale?                    —

The share price is calculated the at the time of your trade and can vary during times of high market activity.

## What happens if there is a fluctuation in price from when I start a transaction?                    —

Final price may vary up to 5% during periods of high volume.

## If I pay with shares for a new purchase, how does it work?                    —

Investors can leverage their current Linqto equity by selecting shares as a funding source when making a purchase order, enabling them to invest in new shares with a different company. With this feature you will be able to see how much proceeds will be used, as well as their value per share for the new purchase before executing the trade order. Note that shares are used first for a purchase, and cash in your account can cover any remaining balance.

## What is Linqto?                    —

Linqto's vision is "Your Access to Private Investment". Our mission is to make investing in private companies as easy and accessible as investing in the public stock market. Our platform features high growth, technology driven companies who we believe will go public or be acquired within 5 years. Ripple, Polysign, Epic Games, Zipline- these are just

a few of the companies we have featured on our platform. Robinhood, Coinbase, and SoFi are examples of companies that our investors were able to purchase before they were publicly traded and experienced an IPO within a year.

## Why should I invest in private company shares?     —

There are many reasons to invest in private equity. First and foremost, the private markets have far outperformed the public markets. Over the past 25 years, the average internal rate of return (IRR) for the top quartile of VC funds has ranged around 25% according to the Cambridge Associates Venture Capital Index. Over the same period, the S&P 500 returned around 10% per year. On a fundamental level, these investments are generally riskier and therefore demand higher returns on investment.

In today's market, companies are staying private for much longer than they used to. The median age for tech companies going public in 2000 was 4-5 years compared with 12 years in 2018. The returns generated by these companies during their growth phase are only achievable by accessing the private share market. As an investor, this makes it essential that you gain an earlier entry point to these companies by investing in private company shares.

## What makes Linqto different?     —

Linqto is structured in a unique way that benefits everyone involved in the private equity investment process.

For investors, we offer access to top private companies with industry-low minimums and no fees, all through a simple to use platform backed by world-class customer support. Plus, we believe so strongly in every company on our platform that we keep some equity for ourselves, so we're invested right alongside our investors.

For founders and employees of private companies, we provide a mean to realize the value of their equity at a fair price without needing to wait for their company to IPO or be acquired. We handle all the necessary paperwork and negotiations with the company to make it a stress free process for the individual.

For private companies, we provide your employees and investors with a path to liquidity

while serving as only one investor on your cap table.

## How does Linqto decide what companies to offer on the platform? —

Our team of experts uses an incredible amount of information to determine the best companies to invest in and feature on the platform. While each situation is unique, generally we target the following companies:
-Mid-to-late stage in terms of financing (Series C or later)
-Growing fast
-Part of a large market and industry
-Solid financials - positive earnings or have a clear path to it
-Incredible leadership team
-Potential to exit within the next 5 years

## Where does Linqto get these shares from? —

Linqto purchases shares from current and former employees, early investors and advisors of the company. They are typically selling only a portion of their holdings in order to cover costs associated with exercising and paying taxes on the remainder of their shares, for life events such as purchasing a home or preparing for a child, or to diversify their holdings.

## How does Linqto make money? —

Linqto purchases shares in large quantities from founders, employees, and investors, so we're able to get a great price on them. We then turn around and sell that equity in smaller quantities to many investors with a reasonable markup.

## Do I have to be an accredited investor? —

Yes. As a US based company we are bound by regulations that state you must be accredited or qualified to invest in private equity based on your local regulations. Most countries have regulations that require you to have sufficient net worth, income, or are considered a sophisticated investor.

In the US, an accredited investor includes anyone who:
-earned income that exceeded $200,000 (or $300,000 together with a spouse or spousal equivalent) in each of the prior two years, and reasonably expects the same for the current year, OR
-has a net worth over $1 million, either alone or together with a spouse or spousal equivalent (excluding the value of the person's primary residence), OR
-holds in good standing a Series 7, 65 or 82 license.

Not in the US? Click here to contact our team to learn about your country's requirements.

## Are there fees to invest?                                               —

No! Linqto sources deals and marks them up so that there are no further follow on fees for the investor whatsoever. While fees have historically been very high in private markets, we, at Linqto, are proud to offer a zero-fee investment management platform. Linqto has no continuing management fees/expenses, no brokerage fees, no carried interest, nothing.

## What's the minimum investment size?                                     —

At Linqto we want to make private investing accessible to all. Historically, investing in a private company required you to invest at least $100,000, but at Linqto you can invest with as little as $2,500 on your first order. After that, the minimum investment is $5,000. This allows you to diversify your holdings across a number of companies- an important aspect of achieving consistent returns in the private markets.

## How can I get started?                                                   —

If you haven't already, start by signing up for an account and verifying your email address.

Once you have an account, there's a three step process you'll need to complete in order to make an investment on Linqto.

Step 1: Identity Verification
This is a standard practice as part of our Know Your Customer and Anti Money Laundering (KYC/AML) compliance. You'll be asked to scan your Drivers License or Passport and take a self-photo to verify your identity.

Step 2: Basic Information
You'll need to complete the rest of your profile such as your citizenship and SSN/Tax ID number. This information is used for things such as tax reporting and is not shared with anyone.

Step 3: Verify Accreditation Status
Verify if you are an accredited investor in order to have access to all investment opportunities. Most countries have regulations that require you to have sufficient net worth, income, or are considered a sophisticated investor in order to invest in private companies.
In the US, an accredited investor includes anyone who:
-earned income that exceeded $200,000 (or $300,000 together with a spouse or spousal equivalent) in each of the prior two years, and reasonably expects the same for the current year, OR
-has a net worth over $1 million, either alone or together with a spouse or spousal equivalent (excluding the value of the person's primary residence), OR
-holds in good standing a Series 7, 65 or 82 license.

Not in the US? Click here to contact our team to learn your countries requirements.

## Can I invest if I don't live in the United States?                    —

Yes, many of our investors are not from the US. As long as you meet the qualification standards in your country, you are eligible to invest on Linqto.

## How can I verify my status as an accredited investor?                    —

To verify your income, you can provide the last 2 years worth of tax documents that prove you have had sufficient income for the last two years to meet the requirements of your country.

To verify your net worth, you can provide account statements, cryptocurrency wallets, proof of property ownership, or other documentation showing ownership that proves you have a net worth that meets the requirements of your country.

To verify your Series 7, 65 or 82 license, you can provide your FINRA CRD number for validation.

Alternatively, you can have your financial advisor provide verification documentation on your behalf.

## How long does it take to verify my accreditation status?    —

Submitting your documentation is easy and only takes a minute. Once submitted, we'll review your qualifications within 2 business days and confirm once it's completed.

## How do I verify my identity?    —

Identity verification is a standard practice as part of our Know Your Customer and Anti Money Laundering (KYC/AML) compliance. Once you've created your account, you will be directed to a screen that allows you to scan either your passport (available for investors worldwide) or driver's license (available for US investors). Once you've scanned your passport or driver's license, you will be asked to take a selfie to complete our identity verification process.

If you are based outside the USA with no passport, please click here to contact our team for help.

## What if I don't have a drivers license or passport?    —

Click here to contact our team for help verifying your identity.

**1** 2 3 Next

# Your Access to Private Investment

**Support**

FAQs

Contact Us

Get Started

**For Investors**

Invest

Insights

Blog

Linqto Learn

**Company**

About Us

Team

Partners

Terms of Use

Privacy

Press

Careers

**For Equity Holders**

Sell to Linqto



© 2024 LINQTO Inc.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:

Informational use only. Not intended for reproduction, copying or distribution without expressed written consent of Linqto, Inc. et al. Not intended to provide investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. Nothing contained in this website constitutes tax, legal, insurance or investment advice. Any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All communications/emails sent to or from Linqto Inc. corporate email systems are retained through Global Relay and are monitored and/or reviewed by each of these named entities and their respective personnel. Registered Representatives are supervised by Linqto Capital and its agents on BrokerCheck.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Case 1:25-cv-05643-LAK-BCM    Document 130-7    Filed 07/30/26    Page 33 of 46



# Frequently Asked Questions

How can we help? Type a question or choose a category to find answers to your questions

Search FAQs 🔍



ng    Getting Started    Funding Y

## How can I invest?    —

Our Invest page provides a quick view of the companies on our platform, along with a brief description and what industry they're in. When you view an individual company, we

provide in depth information about that company including key facts from our investment team, leadership team, funding rounds and key investors, as well as the Implied Valuation based on the unit share price.

Once you know which company you want to invest in, use the slider to select the size of your investment. After you click the Place Order button, you'll be asked to choose your payment method, which can be a linked Uphold account or your Linqto cash balance*. Lastly, you'll be presented with a review page where you can review your investment and associated agreements and place the order.

*Some accounts may be subject to our legacy Wire Transfer process. When you go to place an order and choose Wire Transfer as the payment method, instructions will be provided once you place your order and we will confirm with you upon receipt of your funds. Funds must be received within 5 business days of the order being placed, after which the order will be cancelled.

## What am I purchasing when I invest?                                                           —

When you make an investment on Linqto, you are purchasing the equivalent number of shares in a Special Purpose Vehicle managed by Linqto but owned by the investors and are protected against creditors in the event of bankruptcy.

We do this for several reasons. First, when private equity is sold, the company has the right to refuse that sale. By selling representation of shares that Linqto owns, we can guarantee an immediate sale to investors without the company having the right to refuse that sale. Secondly, this structure allows only 1 investor, Linqto, on the company's cap table, which is desirable to the company as they want to minimize the number of investors on their cap table for funding and regulatory reasons.

## Is there any waiting period once I make an investment for the deal to close?                                                                                —

No, all investments are instantly yours once funding is complete.

Unlike many firms that provide access to purchasing private company shares, Linqto isn't simply a broker. We won't put your money into escrow while we wait for the

underlying company to (hopefully) approve the deal. Instead, before we feature an investment in a company, Linqto has already taken its own capital and fully bought the company's shares. So when you come to Linqto, we already own the shares. This means we can transfer that exposure to you immediately, and there is no risk of the deal falling through. Every offering you see on Linqto's platform is 100% guaranteed to close.

## What happens if a company I'm invested in goes public? ─

When the underlying company exits to the public markets, Linqto will reach out to obtain your brokerage account information. If you don't have a brokerage account, you can open one (many times for free) at a variety of online or traditional brokers. Linqto will then transfer your now-public, registered shares of stock into your brokerage account.

At that point, the company shares can be fully managed by you. Linqto wants to provide you to the exposure of private companies- once they go public, you should have flexibility to manage your own situation as you see fit. While some of our investors like to hold a company's stock after it goes public, many others want consistent exposure to the private markets. After the company exits, they will liquidate their position to re-invest the proceeds back into the private markets.

## What happens if a company I'm invested in is acquired by another company? ─

Every merger or acquisition is unique, so there are several possibilities that may arise depending on the details. If this happens, our team will guide you through what your options are.

## What happens to my investments if Linqto goes bankrupt? ─

You can rest assured that your investments will continue to exist even if Linqto goes away. All of our investments exist in bankruptcy-remote vehicles. In the event of a liquidation, all Linqto's investments are fully shielded from claims by any creditor.

## Can I sell before a company exits? ─

Currently, Linqto allows investors to gain exposure to the stock of private companies. However, this is only the first part of Linqto's vision. The second part is to create a venue where these investments can be freely traded. If you're imagining something like a stock exchange for private companies, you're thinking exactly like us.

Traditionally, private equity investments involve complex rules and the requirement to wait for an IPO or undergo a cumbersome broker process for returns. Linqto cuts through these barriers. We've made private investing simple with our intuitive platform, including a newly launched sell feature for select companies, gradually expanding to more over time.

## How do I initiate a sell order?                                              —

Go to My Portfolio, select the company you wish to sell shares of, and press 'Sell'. Once you enter the number of shares to sell, you'll see the estimated proceeds of that order. After you review and submit your order, your proceeds will immediately be available in your cash account.

## Are there fees for selling my shares?                                         —

Yes, there is a transaction fee that helps cover the operating costs of the platform and the local and federal regulatory filing fees uniquely associated with private equity sales, such as Blue Sky Laws.

## Can I choose the price I want to sell my shares for?                          —

The price per share you can sell your holdings at is determined based on supply and demand of that company. Limit orders are not currently supported on the platform.

## Can I choose which shares to sell if I had acquired my shares across          — multiple purchases?

Currently, shares are sold first in, first out (FIFO), meaning the shares you purchased first

will be sold first. We are planning to support more advanced trading capabilities in the future such as choosing specific lots to sell from.

## Is there a minimum number of shares I can sell?    —

The minimum sell offer amount is $5,000 or all of your shares, whichever is lower.

## How will I receive the proceeds when my shares are sold?    —

Proceeds from sell orders are deposited into your cash account, ready to be used towards your next investment.

## What if the 'Sell' button isn't visible?    —

If you're viewing a company within My Portfolio and don't see the Sell button, it means that the selling is not currently available for that company. We just launched our sell feature to select companies on our platform, with more being added over time. We reserve the right to disable the sell feature for any reason without notice, including: platform maintenance, the liquidity pool purchasing the shares needs additional funds added, or if trading has been halted due to a pending exit event.

## Can I revise or cancel my order after submitting it?    —

No, all sales on the Linqto platform are final.

## How can I fund my investment?    —

We support several options to fund your investment - ACH Transfer, Wire Transfer, and Uphold.

US investors can instantly link their bank account via Plaid and submit a deposit request via an ACH transfer. ACH transfers are typically received and processed within 3 business days, but can take up to 5 business days.

Wire Transfers are typically received and processed within 1 business day, but can take up to 3 business days.

Limits on transfers from bank accounts vary per bank. Please contact your bank regarding your limits.

Uphold is a separate company from Linqto, but one that we partner closely with. Uphold's digital wallet can hold US dollars, foreign currencies, cryptocurrencies, commodities, and other assets. All of these assets can be used to fund your individual cash account at Linqto. Uphold's 'anything to anything' platform facilitates the conversion to USD when an order is placed.

Once you've created your account, go to the Wallet page and choose the cash account you would like to fund. Selecting 'Add Funds' will prompt you to choose your funding method, where you can choose from your linked accounts or view the wire transfer instructions. We'll notify you once the deposit has been processed and the funds will be available to you when you go to place an order.

## When will my deposits be available in my cash balance?                    —

ACH Bank Transfers are typically received and processed in 3 business days, but can take up to 5 business days. Wire Transfers are typically received and processed within 1 business day, but can take up to 3 business days. Uphold transfers are available immediately. We'll notify you via email when your deposit is available to use.

Please note that the speed in which your deposits are available depends on when your bank processes your request, which is typically done during business hours. Each bank has its own settlement process and timeline, which is why we recommend contacting your bank if you ever feel that a deposit is taking too long.

## Are there fees for transferring money to my cash balance?                  —

Linqto does not currently charge any fees or place limits on deposits, withdrawals, or to maintain your cash balance. Most banks do not charge a fee for ACH deposits, however many do charge a wire transfer fee. Check with your bank regarding transfer fees.

Uphold does not charge a fee for transferring USD, but does charge fees when transferring from other currencies. Click Here to view Uphold fees.

## How is my cash balance protected? —

Cash balances reside in a JPMorgan Chase bank account, so you can rest assured that your funds are protected. JPMorgan Chase is one of the largest financial services companies in the world, is ranked as the world's most systemically important bank by the G20 Financial Stability Forum, and has the highest capital requirements among the largest banks in the US.

Additionally, your Linqto account is protected by Two-Factor Authentication (2FA), which requires two sources of verification to sign in to your account: something you know (your password) and something you have (a one-time verification code). This step helps protect your account, even if someone knows or guesses your password.

## Does my cash balance earn interest? —

No, cash balances are in a non-interest bearing account.

Previous  1  **2**  3  Next



# Your Access to Private Investment

## Support

FAQs

Contact Us

Get Started

## For Investors

Invest

Insights

Blog

Linqto Learn

## Company

About Us

Team

Partners

Terms of Use

Privacy

Press

Careers

## For Equity Holders

Sell to Linqto

    

© 2024 LINQTO Inc.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:

Informational use only. Not intended for reproduction, copying or distribution without expressed written consent of Linqto, Inc. et al. Not intended to provide investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. Nothing contained in this website constitutes tax, legal, insurance or investment advice. Any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All communications/emails sent to or from Linqto Inc.

corporate email systems are retained through Global Relay and are monitored and/or reviewed by each of these named entities and their respective personnel. Registered Representatives are supervised by Linqto Capital and its agents on BrokerCheck.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Case 1:25-cv-05643-LAK-BCM    Document 130-7    Filed 07/30/26    Page 42 of 46

# Frequently Asked Questions

How can we help? Type a question or choose a category to find answers to your questions

| Search FAQs | 🔍 |



ng    **Getting Started**    **Funding Y**

## How can I withdraw money from my cash balance?    —

You can withdraw your money at any time with no cost to you. Click here to contact our team and we'll work with you to confirm your banking information and amount you'd

like to withdraw. The transfer is typically completed within 5 business days after we've processed the request.

## Why was my deposit rejected or returned?   —

A transfer reversal can happen for a few reasons, including:

-Name mismatch between Linqto account and bank account
-Insufficient funds
-Account doesn't support ACH transactions
-Duplicate transfer
-Declined transfer

Contact your bank if you have questions regarding a rejected or returned deposit.

## Can I invest through a retirement vehicle?   —

Yes! Click here to contact our team of experienced financial professionals with the details of your retirement account. We will create a separate entity through which you can invest via your retirement vehicle. This entity will sit within your same Linqto profile for maximum convenience. When it is time to invest, you'll choose to invest through your personal account or your retirement account. You'll have the flexibility, within the same Linqto profile, to make one investment in your personal account, and the next in your retirement vehicle.

## Can I invest through an LLC, Trust, or other entity?   —

Yes! Click here to contact our team of experienced financial professionals with the details of your LLC, Trust, or other entity. We will set up this entity through which you can invest. This entity will sit within your same Linqto profile for maximum convenience, and has its own cash account that you can add funds via a wire transfer or linked bank account. When it is time to invest, you'll be presented with a dropdown menu where you can choose to invest through your personal account or your other entity. You'll have the flexibility, within the same Linqto profile, to make one investment in your personal account, and the next in your other entity.

## What are Linqto Bucks?                                    —

Linqto Bucks are discount dollars that you can use to lower your cost basis when making an investment. For example, if you were making a $10,000 investment and applied $1,000 Linqto Bucks, you would only pay $9,000 when you place the order but would still receive the equivalent shares worth $10,000.

## How do I get Linqto Bucks?                               —

The primary way to obtain Linqto Bucks is to refer someone to Linqto. If they make a purchase, you'll receive $1,000 Linqto Bucks to be used towards your next investment. There is no limit on the amount of Linqto Bucks you can earn.

Once you're signed in, click here to get your referral link to share and start earning Linqto Bucks.

## How do I use my Linqto Bucks?                            —

When you're placing an order, you'll be given the option to use your Linqto Bucks towards that investment. Linqto Bucks can be used for up to 10% of the order and cannot be combined with other promotions.

## Can't find what you're looking for?                       —

If you have searched this FAQ and cannot find an answer to your question, click here to contact us.

Previous  1  2  **3**



# Your Access to Private Investment

## Support

FAQs

Contact Us

Get Started

## For Investors

Invest

Insights

Blog

Linqto Learn

## Company

About Us

Team

Partners

Terms of Use

Privacy

Press

Careers

## For Equity Holders

Sell to Linqto



© 2024 LINQTO Inc.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:

Informational use only. Not intended for reproduction, copying or distribution without expressed written consent of Linqto, Inc. et al. Not intended to provide investment advice nor does it constitute a solicitation or an offer to buy or sell any security or other financial instrument. Nothing contained in this website constitutes tax, legal, insurance or investment advice. Any use, interference with, disclosure or copying of this material is unauthorized and strictly prohibited. Investing in securities in private companies is speculative and involves a high degree of risk. The recipient must be prepared to withstand a total loss of your investment. We strongly encourage the recipient to complete their own independent due diligence before investing in securities or financial instruments including obtaining additional information, opinions, financial projections and legal or other investment advice. All communications/emails sent to or from Linqto Inc. corporate email systems are retained through Global Relay and are monitored and/or reviewed by each of these named entities and their respective personnel. Registered Representatives are supervised by Linqto Capital and its agents on BrokerCheck.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.