**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.<br><br>*Defendant*s. | Case No. 1:25-cv-5643 (LAK)<br><br>**ADAM T. HENDERSON AND NORMAN REED'S NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that Defendants Adam T. Henderson and Norman Reed, by and through their undersigned counsel, respectfully move, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), for an order dismissing the First Amended Complaint with prejudice and such other further relief as the Court may deem just and proper.

Pursuant to the schedule set by the May 27, 2026 order, Plaintiffs' opposition to the motion is due October 1, 2026.  Defendants' reply is due November 5, 2026.

Dated: July 30, 2026

Respectfully submitted,

Jenna M. Dabbs
Kate L. Doniger
Benjamin S. Spiegel
Jacob Steiner
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

*Attorneys for Adam T. Henderson and
Norman Reed*