**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt hereby voluntarily dismiss without prejudice all claims in the above-captioned action solely against Defendant Alison Davis, who has not served a responsive pleading in this action.

Date:  August 12, 2026

Respectfully submitted,

**DILWORTH PAXSON LLP**
*/s/ Catherine Pratsinakis*
Catherine Pratsinakis (admitted pro hac vice)
1650 Market Street, Suite 1200
Philadelphia, PA 19139
Telephone: (215) 575-7013
cpratsinakis@dilworthlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda Lawrence
Matthew Peller
The Helmsley Building

230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: (212) 223-6444
alawrence@scott-scott.com
mpeller@scott-scott.com

*Counsel for Lead Plaintiffs*