**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>    Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/14/2026

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt hereby voluntarily dismiss without prejudice all claims in the above-captioned action solely against Defendant Alison Davis, who has not served a responsive pleading in this action.

Date:  August 12, 2026

**SO ORDERED.**

**/s/ Lewis A. Kaplan**
**Hon. Lewis A. Kaplan, USDJ**
**Dated: August 14, 2026**

Respectfully submitted,

**DILWORTH PAXSON LLP**
*/s/ Catherine Pratsinakis*
Catherine Pratsinakis (admitted pro hac vice)
1650 Market Street, Suite 1200
Philadelphia, PA 19139
Telephone: (215) 575-7013
cpratsinakis@dilworthlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda Lawrence
Matthew Peller
The Helmsley Building

230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: (212) 223-6444
alawrence@scott-scott.com
mpeller@scott-scott.com

*Counsel for Lead Plaintiffs*

2