Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(215) 575-7013

Catherine Pratsinakis
cpratsinakis@dilworthlaw.com

August 17, 2026

**BY ELECTRONIC CASE FILING**

The Honorable J. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Maxwell v. Sarris,* No. 25-cv-05643 (S.D.N.Y.)

Dear Judge Kaplan:

We write on behalf of Lead Plaintiffs A.O.H. Driedijk Holding, B.V. and Jaimin Bhatt to respectfully request that the Court direct the Clerk of Court to update the names of the Lead Plaintiffs, the names of Co-Lead Counsel, and update the case name and caption.

By way of background, this securities class action was originally brought on behalf of plaintiffs Lori Maxwell and Anthony DeLuccia by attorney Mr. John Deaton. On September 17, 2026, pursuant to the Order Granting Motion by Linqto Investors for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel ("Leadership Order"), ECF No. 26, the Court appointed A.O.H. Driedijk Holding B.V. and Jaimin Bhatt as Lead Plaintiffs and Catherine Pratsinakis of Dilworth Paxson LLP and Scott+Scott Attorneys at Law LLP as Co-Lead Counsel. During a hearing held on October 30, 2025, Mr. Deaton withdrew from his representation of the original plaintiffs and other Linqto investors. (ECF No. 40.) Ms. Pratsinakis agreed to step in as counsel for the original plaintiffs and other absent class members. (ECF No. 40.)

The docket still references *Maxwell, et al. v. Sarris,* sets forth "Linqto Investors" as Lead Plaintiffs, Scott+Scott Attorneys at Law LLP as Lead Counsel, and Catherine Pratsinakis of Dilworth Paxson LLP as counsel for the original plaintiffs.

Lead Plaintiffs respectfully request an order instructing the Clerk of the Court to make the following administrative corrections to the case docket:

(1) replace "Linqto Investors" with "A.O.H. Driedijk Holding B.V. and Jaimin Bhatt" as Lead Plaintiffs;

(2) add Catherine Pratsinakis of Dilworth Paxson LLP as Co-Lead Counsel for the Lead Plaintiffs;

(3) designate Scott+Scott Attorneys at Law LLP as Co-Lead Counsel for the Lead Plaintiffs;

(4) replace the original case name "*Maxwell, et al. v. Sarris*" with the updated case name "*A.O.H. Driedijk Holding B.V., et al. v. Sarris, et al.*"; and

(5) change the case caption to:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. and JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK) |

The request is ministerial and will not affect any substantive rights, claims, defenses, or the merits of the case. Defendants do not object to this request. Granting this relief will ensure the docket and filings reflect the correct Lead Plaintiffs, Co-Lead Counsel, case name, and the case caption going forward.

We appreciate the Court's attention to these administrative issues and have attached a proposed Order for the Court's convenience.

Respectfully submitted,

**/s/ *Catherine Pratsinakis***

Catherine Pratsinakis (PHV)
Mariah Heinzerling (PHV)
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)-575-7000
cpratsinakis@dilworthlaw.com
mheinzerling@dilworthlaw.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Amanda Lawrence
Lana Levin
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (202) 223-6444
Facsimile: (212) 223-6334
alawrence@scott-scott.com
llevin@scott-scott.com