**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORI RAFFA MAXWELL and ANTHONY DELUCCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS,<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**[PROPOSED] ORDER RE ADMINISTERIAL AMENDMENTS** |

Upon consideration of Lead Plaintiffs' letter requesting certain administerial amendments to the docket to reflect the proper Lead Plaintiffs, Co-Lead Counsel, case name, and case caption, and for good cause shown, it is hereby ORDERED that the Clerk of Court shall:

1. replace "Linqto Investors" with "A.O.H. Driedijk Holding B.V. and Jaimin Bhatt" as Lead Plaintiffs on the docket;
2. add Catherine Pratsinakis of Dilworth Paxson LLP as Co-Lead Counsel for the Lead Plaintiffs;
3. designate Scott+Scott Attorneys at Law LLP as Co-Lead Counsel for the Lead Plaintiffs;
4. replace the original case name "*Maxwell, et al. v. Sarris*" with the updated case name "*A.O.H. Driedijk Holding B.V., et al. v. Sarris, et al.*" on the docket; and
5. update the case caption to the following:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK) |

**SO ORDERED:**

Dated:

HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE