**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>CLASS ACTION<br>JURY TRIAL DEMAND |

**PLAINTIFFS' MOTION TO STRIKE CERTAIN MATERIALS SUBMITTED BY MOVING DEFENDANTS IN SUPPORT OF THEIR CONSOLIDATED MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Lead Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt ("Plaintiffs"), by and through their counsel, submit this Memorandum of Law in support of their Motion to Strike certain improper exhibits attached to and relied on in Moving Defendants' Consolidated Motion to Dismiss and accompanying memoranda of law (ECF No. 131). Specifically, Plaintiffs move to strike the following Exhibits B, C, F, and H[1] to the Declaration of Timothy J. Treanor ("Treanor Decl.") dated July 30, 2026 (ECF No. 130) (collectively the "Disputed Exhibits") as well as all arguments related to the Disputed Exhibits.

In support of this Motion, Plaintiffs file the accompanying Memorandum of Law.

[1] Plaintiffs do not dispute Exhibits A, D, E, or G.

WHEREFORE, Plaintiffs respectfully request that the Court grant its motion to Strike the Disputed Exhibits as well as related arguments.

Dated: October 1, 2026

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/ Amanda F. Lawrence
Amanda F. Lawrence
156 South Main Street
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
alawrence@scott-scott.com

Lana V. Levin
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Hemsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
llevin@scott-scott.com

**DILWORTH PAXSON LLP**
Catherine Pratsinakis (admitted *pro hac vice*)
Mariah Heinzerling (admitted *pro hac vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)-575-7000
cpratsinakis@dilworthlaw.com
mheinzerling@dilworthlaw.com

*Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st of October, 2026, I caused the foregoing Motion to be electronically served on all counsel of record via the CM/ECF electronic filing system.

/s/ Amanda F. Lawrence

Amanda F. Lawrence