**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**DECLARATION OF C. PRATSINAKIS IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

I, Catherine Pratsinakis, hereby declare and state as follows:

1. I am a partner with Dilworth Paxson LLP, and I represent Plaintiffs A.O.H. Driedijk Holding B.V. and Jaimin Bhatt and the Putative Class in this matter. I submit this Declaration in connection with Plaintiffs' Request for Judicial Noitice in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss (ECF Nos. 127-129, 131, 132-137) in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called upon to do so, would and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the press release of the United States Attorney's Office for the Southern District of New York, dated September 2, 2026 titled "William Sarris Charged and Joseph Endoso Pleads Guilty in Scheme to Defraud Linqto Customers Through Lies About Pricing of Securities".

3. Attached hereto as Exhibit B is a true and correct copy of the unsealed criminal indictment of Defendant William Sarris in Case No. 1:26-cr-00399-VM (S.D.N.Y.), ECF No. 5,

charging him with securities fraud and related offenses arising from his operation of the Linqto investment platform.

4. Attached hereto as Exhibit C is a true and correct copy of the *Declaration of Jeffrey S. Stein in Support of Motion of Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Section 1142(b) Directing Forge Global Holdings, Inc. to Perform Its Duties as Liquidating Trustee Under the Confirmed Plan*, filed as ECF No. 2063 in *In re Linqto Texas, LLC*, No. 25-90186 (Bankr. S.D. Tex.) (the "Stein Declaration").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 1, 2026

*/s/ Catherine Pratsinakis*
Catherine Pratsinakis