# EXHIBIT A

**PRESS RELEASE**

# Former Executives Of “Pre-IPO” Investment Platform Charged In Connection With $450 Million Fraud Scheme

Wednesday, September 2, 2026

**For Immediate Release**

U.S. Attorney's Office, Southern District of New York

## William Sarris Charged and Joseph Endoso Pleads Guilty in Scheme to Defraud Linqto Customers Through Lies About Pricing of Securities

Deputy United States Attorney for the Southern District of New York, Sean S. Buckley, and Assistant Director in Charge of the New York Field Office of the Federal Bureau of Investigation (the “FBI”), James C. Barnacle, Jr., announced today the unsealing of an Indictment charging WILLIAM SARRIS, the founder of Linqto Inc. (“Linqto”), a “pre-IPO” investment platform, with securities fraud, broker-dealer fraud, wire fraud, and conspiracy charges. SARRIS was arrested today and will be presented in the U.S. District Court for the Northern District of California. SARRIS’s former second-in-command, JOSEPH ENDOSO, pled guilty to an Information before U.S. District Judge Denise L. Cote on August 27, 2026, in connection with his participation in the scheme at Linqto. ENDOSO is cooperating with the Government.

> ***"This Office is committed to pursuing those who would take advantage of the private markets—including the 'pre-IPO' market—to defraud ordinary investors," said Deputy U.S. Attorney Sean S. Buckley. "William Sarris allegedly exploited the 'pre-IPO' market to boost his company's revenue at the expense of tens of thousands of investors. In the private markets, which lack the pricing transparency of a public exchange, investors rely on the honesty of those offering access. The defendants allegedly lied about what the 'market' price was, fabricated scarcity to inflate prices, and imposed staggering markups that in some cases exceeded 200%."***

"William Sarris's alleged fraud scheme caused real financial harm to victims who trust our financial markets," said FBI Assistant Director in Charge James C. Barnacle, Jr. "Protecting those investors is one of our top priorities, and we thank our partners in the Securities and Commodities Fraud Task Force for their critical support in bringing this case forward."

As alleged in the Indictment unsealed today in Manhattan federal court:(1)

From 2020 through 2025, SARRIS engaged in a scheme to defraud the customers of Linqto, an online investment platform. SARRIS accomplished his scheme by exploiting the lack of visibility into the true price of the private securities in which customers invested. Linqto marketed itself as a way for ordinary investors to invest in private companies expected to eventually offer securities on a public exchange but whose stock, in the meantime, did not have readily identifiable prices. SARRIS abused his informational advantage over his customers: he manufactured false scarcity to drive up prices, he manipulated Linqto's pricing model to maximize revenue while telling customers that they were buying at "market" prices, and he pushed markups far beyond what his own lawyers repeatedly warned him was lawful.

SARRIS pursued this scheme because it stood to make him wealthy. He had a sizeable stake in Linqto and was hunting for a way to cash out. The markup scheme made it appear that Linqto was a successful and growing company, which was crucial to SARRIS's ability to sell his equity position.

To protect his scheme, SARRIS evaded regulatory regimes that would have forced disclosures and hampered his ability to charge the exorbitant markups fueling Linqto's growth. And when Linqto's finances came under pressure in January 2025, to help meet the company's revenue targets, SARRIS sold shares allocated to customers' holdings, without telling his customers. By

mid-2025, Linqto collapsed into bankruptcy. By that time, the markup scheme had drawn in over $450 million from more than 13,000 customers.

* * *

SARRIS, 75, of Monterey, California, is charged with two counts of securities fraud, one count of broker-dealer fraud, and one count of wire fraud, each of which carries a maximum sentence of 20 years in prison, as well as one count of conspiracy to commit securities fraud and broker-dealer fraud, and one count of conspiracy to defraud the United States and to conduct unregistered investment company transactions, each of which carries a maximum sentence of five years in prison.

ENDOSO, 66, of Ross, California, pled guilty to one count of securities fraud and one count of broker-dealer fraud, each of which carries a maximum sentence of 20 years in prison, as well as one count of conspiracy to commit securities fraud and broker-dealer fraud, and one count of conspiracy to defraud the United States and to conduct unregistered investment company transactions, each of which carries a maximum sentence of five years in prison.

The maximum sentences in this case are prescribed by Congress and provided here for informational purposes only, as any sentencing of the defendants will be determined by a judge.

Mr. Buckley praised the outstanding work of the FBI. Mr. Buckley further thanked the U.S. Securities and Exchange Commission for its assistance.

This case is being handled by the Office's Securities and Commodities Fraud Task Force. Assistant United States Attorneys Shiva H. Logarajah, Alexandra N. Rothman, and Samuel P. Rothschild are in charge of the prosecution.

The charges contained in the Indictment are merely accusations, and the defendant is presumed innocent unless and until proven guilty.

26-250 ###

1. ^

   As the introductory phrase signifies, the entirety of the text of the Indictment and the description of the Indictment set forth herein constitute only allegations, and every fact described should be treated as an allegation.

**Contact**

Nicholas Biase, Shelby Wratchford
(212) 637-2600

*Updated September 2, 2026*

**Attachment**

sarris_indictment_-_redacted.pdf

**Topic**

**SECURITIES, COMMODITIES, & INVESTMENT FRAUD**

**Component**

USAO - New York, Southern

Press Release Number: 26-250

# Related Content

PRESS RELEASE

### Former Investment Adviser Pleads Guilty To Cherry-Picking Scheme

United States Attorney for the Southern District of New York, Jamie McDonald, and Assistant Director in Charge of the New York Field Office of the Federal Bureau of Investigation ("FBI")...

September 17, 2026

PRESS RELEASE

## Two Robinhood Employees Charged With Fraud

United States Attorney for the Southern District of New York, Jamie McDonald, and Assistant Director in Charge of the New York Field Office of the Federal Bureau of Investigation ("FBI"), James...

September 15, 2026

PRESS RELEASE

## Hedge Fund Founder Charged With Scheme To Misrepresent Fund Performance To Investors

United States Attorney for the Southern District of New York, Jamie McDonald, Assistant Director in Charge of the New York Field Office of the Federal Bureau of Investigation ("FBI"), James C...

September 11, 2026

**Southern District of New York**

26 Federal Plaza, 37th Floor
New York, NY 10278

Main Office & Criminal Division: (212) 637-2200