UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC,<br><br>Defendants. | Case No. 1:25-cv-5643 (LAK)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE AND REQUEST FOR JUDICIAL NOTICE** |

**WHEREAS**, on May 27, 2026, the Court entered a Stipulation and Amended Scheduling Order requiring Defendants to answer or move to dismiss the First Amended Complaint ("FAC") by July 30, 2026; requiring Plaintiffs to file any opposition to any motion to dismiss on October 1, 2026; and requiring Defendants to file any reply in support of their motion to dismiss on November 5, 2026 (ECF No. 103);

**WHEREAS**, on July 27, 2026, the Court so-ordered a stipulation setting page limits for the briefing on the motions to dismiss the FAC (ECF No. 119);

**WHEREAS**, on July 30, 2026, Defendants William Sarris, Joseph A. Endoso, David Paul, Brian Moran, Karim Nurani, and Rainmaker Securities, LLC (the "Moving Defendants") moved to dismiss the FAC (ECF Nos. 126, 131) and submitted the Declaration of Timothy J. Treanor with Exhibits A through H (ECF No. 130) (the "Treanor Declaration"), and Defendants Margaret Slemmer, Norman Reed, and Adam T. Henderson filed separate motions to dismiss (ECF Nos. 128, 136);

**WHEREAS**, on October 1, 2026, Plaintiffs filed their oppositions to the motions to dismiss (ECF Nos. 142, 143, 144) and a motion to strike Exhibits B, C, F, and H to the Treanor Declaration (ECF Nos. 130-2, 130-3, 130-6, and 130-8) and "all arguments related" to those exhibits (ECF Nos. 145, 145-1) (the "Motion to Strike");[1]

**WHEREAS**, on October 2, 2026, Plaintiffs filed a Request for Judicial Notice in support of their oppositions to the motions to dismiss (ECF Nos. 146, 147) (the "Request for Judicial Notice");

**WHEREAS**, absent an order of the Court, Local Civil Rule 6.1(b) would require any opposition to the Motion to Strike to be served by October 15, 2026;

**WHEREAS**, the Motion to Strike and the Request for Judicial Notice concern which materials the Court may consider in deciding the motions to dismiss, and the parties agree that it would promote efficiency for Defendants to respond to them on the same date as their replies in support of the motions to dismiss;

**WHEREAS**, no party has previously requested an extension of time to respond to the Motion to Strike or the Request for Judicial Notice;

**NOW, THEREFORE**, Lead Plaintiffs and the undersigned Defendants, by and through their undersigned counsel and subject to the Court's approval, stipulate and agree as follows:

1. Defendants shall include any opposition to the Motion to Strike, and any response to the Request for Judicial Notice, in their reply memorandum of law in support of the consolidated motion to dismiss, due on or before November 5, 2026.

[1] The docket text for ECF No. 145 refers to ECF No. 130-7 (Exhibit G). The Motion to Strike identifies Exhibit F, which was filed as ECF No. 130-6, and states that Plaintiffs do not dispute Exhibits A, D, E, or G. ECF No. 145 at 1 & n.1.

2. The page limit for Defendants' reply memorandum of law in support of the consolidated motion to dismiss, set at 25 pages by paragraph 1 of ECF No. 119, is increased to 30 pages. All other page limits set by ECF No. 119 remain unchanged.

3. Plaintiffs shall file any reply in support of the Motion to Strike and the Request for Judicial Notice on or before November 12, 2026, in a single memorandum of law not to exceed 5 pages and limited to matters raised in Defendants' opposition to the Motion to Strike and response to the Request for Judicial Notice.

4. Nothing in this Stipulation waives or limits any argument of any party concerning the Motion to Strike, the Request for Judicial Notice, or the motions to dismiss, including any argument that the Motion to Strike is procedurally improper.

Dated: New York, New York

October 12, 2026

**DILWORTH PAXSON LLP**
*/s/ Catherine Pratsinakis*
Catherine Pratsinakis (admitted pro hac vice)
1650 Market Street, Suite 1200
Philadelphia, PA 19139
Telephone: (215) 575-7013
cpratsinakis@dilworthlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda Lawrence
Matthew Peller
The Helmsley Building
230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: (212) 223-6444
alawrence@scott-scott.com
mpeller@scott-scott.com

*Counsel for Lead Plaintiffs*

**TREANOR DEVLIN BROWN PLLC**
*/s/ Timothy J. Treanor*
Timothy J. Treanor
Arlo Devlin-Brown
John J. Lavelle
230 Park Avenue, Suite 450
New York, NY 10169
Telephone: +1 (212) 858-9080
ttreanor@tdblaw.com
arlo@tdblaw.com
jlavelle@tdblaw.com

*Counsel for Defendant William Sarris*

**PIERSON FERDINAND LLP**
*/s/ Aurora Cassirer*
Aurora Cassirer
Alicia N. Washington
1270 Avenue of the Americas
7th Floor – 1050

New York, NY 10020
aurora.cassirer@pierferd.com
alicia.washington@pierferd.com

*Counsel for Defendant Joseph Endoso*

**LAW OFFICE OF WILLIAM H. KIMBALL**
*/s/ William H. Kimball*
William H. Kimball
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 704-1400
wkimball@wkimball.com

*Counsel for Defendant David Paul*

**CHIESA SHAHINIAN & GIANTOMASI PC**
*/s/ Lee Vartan*
Lee Vartan
11 Times Square, 34th Floor
New York, New York 10036
Telephone: (212) 973-0572
lvartan@csglaw.com

*Counsel for Defendant Brian Moran*

**EHRLICH & CRAIG LLP**
*/s/ Alexander Setzepfandt*
Alexander Setzepfandt
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060
alex@ehrlich-craig.com

*Counsel for Defendant Karim Nurani*

**COOLEY LLP**
*/s/ Brian M. French*
Brian M. French
Brian P. Golger
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6504

bfrench@cooley.com
bgolger@cooley.com

*Counsel for Defendant Margaret Slemmer*

**HECKER FINK LLP**
*/s/ Jenna M. Dabbs*
Jenna M. Dabbs
Kate L. Doniger
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
jdabbs@heckerfink.com
kdoniger@heckerfink.com

*Counsel for Defendants Norman Reed and Adam T. Henderson*

**KOPECKY SCHUMACHER ROSENBURG LLC**
*/s/ David Slovick*
David Slovick
James L. Kopecky
120 N. LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 380-6552
dslovick@ksrlaw.com
jkopecky@ksrlaw.com

*Counsel for Defendant Rainmaker Securities, LLC*

**SO ORDERED:**

Dated:

_______________________________
HON. LEWIS A. KAPLAN
U.S. DISTRICT COURT JUDGE