AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

A.O.H Driedijk Holding B.V., et al.
*Plaintiff*
v.
Sarris, et al.
*Defendant*

Case No. 1:25-cv-5643-LAK-BCM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Margaret Slemmer .

Date: 11/05/2026

/s/ Nicholas Caselli
*Attorney's signature*

Nicholas Caselli, 5464326
*Printed name and bar number*

Cooley LLP
55 Hudson Yards
New York, NY 10001-2163
*Address*

ncaselli@cooley.com
*E-mail address*

(212) 479-6000
*Telephone number*

(212) 479-6275
*FAX number*