**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

A.O.H. DRIEDIJK HOLDING B.V. AND JAIMIN BHATT, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

WILLIAM SARRIS, JOSEPH A. ENDOSO, DAVID PAUL, BRIAN MORAN, KARIM NURANI, MARGARET SLEMMER, VICTOR JIANG, ALISON DAVIS, NORMAN REED, ADAM T. HENDERSON, AND RAINMAKER SECURITIES, LLC.

Defendants.

Case No. 1:25-cv-5643 (LAK) (BCM)

**DEFENDANT DAVID PAUL'S SUPPLEMENTAL REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOVING DEFENDANTS' CONSOLIDATED MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

LAW OFFICE OF WILLIAM H. KIMBALL
William H. Kimball
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 704-1400
Email: wkimball@wkimball.com

*Counsel for Defendant David Paul*

Plaintiffs' Opposition[1] fails to identify a single plausible allegation against Defendant David Paul in the First Amended Complaint ("FAC"). Instead, the few allegations in the FAC that do relate to Mr. Paul are based almost exclusively on his job title. Plaintiffs' Opposition makes no effort to explain how particular facts pled in the FAC demonstrate that Mr. Paul himself knew that any specific statements were false or misleading.

Instead, Plaintiffs impermissibly rely on a thick fog of group pleading based solely and improperly on Mr. Paul's job title. *See ICD Cap., LLC v. CodeSmart Holdings, Inc.*, 2020 WL 815733, at *5 (S.D.N.Y. Feb. 19, 2020) (individual's title alone does not establish liability without factual allegations regarding involvement in preparation of challenged statements). Plaintiffs fail to allege that Mr. Paul did anything wrong other than serve as Chief Financial and Administrative Office of Linqto Liquidshares, LLC between May 2020 and May 2025. FAC ¶¶ 22, 112, 175.

This failure is particularly striking when Plaintiffs attempt to satisfy the heightened standard for pleading fraud with particularity under Rule 9(b) and the additional scienter pleading requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In an attempt to make the requisite heightened showing of scienter, Plaintiffs create a table that contains a scant two lines about Mr. Paul that purport to be "clear individualized scienter allegations." Opp. at 28-29. In fact, the table's allegations state only that Mr. Paul was "CFAO of Liquidshares" and "therefore was aware" of unspecified false statements related to a "web" of LLCs and to "fees charged." *Id*, at 28. The table also states that Mr. Paul "signed Form D filings with the SEC." *Id*. Nothing more.

[1] References herein to "Opposition" or "Opp." refer to Plaintiffs' Opposition to Moving Defendants' Consolidated Motion to Dismiss the First Amended Complaint, ECF No. 142.

This table of so-called “clear and individualized scienter allegations” offers only Mr. Paul’s job title to argue that he was somehow responsible for false statements related to LLCs and fees. As for the Forms D mentioned in the table, Plaintiffs not only fail to allege specific misstatements in specific filings, but they also fail even to allege that the Form D filings were false. These allegations completely fail to state a single, plausible claim with respect to Mr. Paul and fail to satisfy the heightened pleading standards for fraud and scienter as required by claims included in the FAC.

For the foregoing reasons, for the reasons stated in Mr. Paul’s opening brief, and for the reasons provided in the joint briefs, each of Plaintiffs’ claims against Mr. Paul should be dismissed with prejudice.

Dated: November 5, 2026

**LAW OFFICE OF WILLIAM H. KIMBALL**

*/s/ William H. Kimball*
William H. Kimball
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 704-1400
wkimball@wkimball.com

*Counsel for Defendant David Paul*

**CERTIFICATON PURSUANT TO LOCAL RULE 7.1(c)**

I certify that this memorandum of law complies with Local Rule 7.1(c), this Court's Stipulation and Order Extending Page Limits for Briefing on Motions to Dismiss the First Amended Complaint, ECF No. 119, and this Court's Individual Rules of Practice. The brief is two pages, or 437 words, not including the caption, signature blocks, and this certification.

Dated: November 5, 2026

**LAW OFFICE OF WILLIAM H. KIMBALL**

*/s/ William H. Kimball*
William H. Kimball
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 704-1400
wkimball@wkimball.com

*Counsel for Defendant David Paul*